IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> ALICE'S HOME, *et al*. </br></br> Defendants. | ) </br> ) </br> )   C. A. No. </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF CHILDCRAFT EDUCATION
CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Childcraft Education Corporation ("Childcraft") hereby states as follows:

1.  Childcraft is a wholly-owned subsidiary of School Specialty, Inc.

2.  School Specialty, Inc. owns more than 10% of Childcraft's stock.

Childcraft reserves the right to supplement this statement, if necessary, pursuant to Fed. R. Civ. P. 7.1(b).

Dated: July 1, 2005

*Kelly E. Farnan*
Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899

Attorneys for Plaintiff
Childcraft Education Corporation

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

RLF1-2895301-1