AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Childcraft Education Corporation

V.

Alice's Home, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    05 - 461

TO: (Name and address of Defendant)

    Alice's Home
    c/o Secretary of State
    State of Delaware
    Townsend Building
    Dover, E 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kelly E. Farnan
    Richards Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            JUL 0 1 2005

CLERK                                            DATE

*(signature)*

(By) DEPUTY CLERK

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>7/5/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: ALICE'S HOME C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/5/05
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure