IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, </br></br>           Plaintiff, </br></br> v. </br></br> ALICE'S HOME, WILLIAM WEDD and ALICE WEDD, </br></br>           Defendants. | ) </br> ) </br> ) </br> )     C. A. No. 05-461-GMS </br> ) </br> ) </br> )     **JURY TRIAL DEMANDED** </br> ) </br> ) </br> ) </br> ) |

**MOTION AND ORDER**
**FOR PRO HAC VICE APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Christopher R. Johnson and Mark S. Floyd of Thompson Hine LLP to represent Plaintiff Childcraft Education Corporation in this matter.

Dated: July 14, 2005

*Kelly E. Farnan*
Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

SO ORDERED this _____ day of July, 2005.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                                                           Christopher R. Johnson
                                                                                           Thompson Hine LLP
                                                                                           3900 Key Center - 127 Public Square
                                                                                           Cleveland, Ohio 44114-1291

DATE: July 7, 2005

RLF1-2897128-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Mark S. Floyd
Thompson Hine LLP
3900 Key Center - 127 Public Square
Cleveland, Ohio 44114-1291

DATE: July 7, 2005

RLF1-2897128-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

I hereby further certify that on July 14, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

**BY FIRST CLASS MAIL**

Alice's Home
2784 Shady Ridge Drive
Columbus, OH 43231

William Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

Alice Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com