IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-461-GMS |
| v. | ) ) ) | |
| ALICE'S HOME, WILLIAM WEDD and ALICE WEDD, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MAILING FOR DEFENDANT ALICE WEDD

STATE OF DELAWARE    )
                     )  ss.
NEW CASTLE COUNTY    )

BE IT REMEMBERED that on this 21st day of July, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Kelly E. Farnan, who being by me duly sworn according to law, did depose and say that:

1. She is an attorney with the law firm of Richards, Layton & Finger, counsel for the plaintiff in the captioned matter.

2. Defendant Alice Wedd ("Wedd") is a non-resident of the State of Delaware. The last known address of Wedd is 2784 Shady Ridge Drive, Columbus, Ohio 43231.

3. On July 7, 2005, Affiant caused to be mailed, by registered mail, return receipt requested, a letter to Wedd. A copy of the complaint and summons were enclosed with the registered letter. A copy of the registered letter is attached hereto as Exhibit A and made a part hereof.

4.  Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto as Exhibit B and made a part hereof.

5.  The registered letter provided notice to defendant that the original complaint and summons in the captioned matter had been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del.C. § 3104, such service was as effectual for all intents and purposes as if it had been made upon this defendant personally in the State of Delaware.

6.  The registered letter was signed for and received on or about July 13, 2005. The proof of delivery and receipt of the registered letter was provided to Affiant by the United States Postal Service on July 18, 2005, a true and correct copy of which is attached as Exhibit C and made a part hereof.

                                                         */s/ Kelly E. Farnan*
                                                        Kelly E. Farnan

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

                                                        */s/ Barbara A. Wheeler*
                                                        Notary Public

                                                                BARBARA A. WHEELER
                                                           Notary Public - State of Delaware
                                                           My Comm. Expires June 20, 2006

# EXHIBIT A

Case 1:05-cv-00461-GMS   Document 8   Filed 07/21/2005   Page 3 of 8

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

July 7, 2005

**VIA REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Alice Wedd
2784 Shady Ridge Drive
Columbus, Ohio 43231

Re:   **Childcraft Education Corporation v. Alice's Home, William Wedd and Alice Wedd, D.Del., C.A. No. 05-461**

Dear Ms. Wedd:

Childcraft Education Corporation has filed a Complaint against you in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons, Complaint and Disclosure Statement filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Childcraft Education Corporation as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you, and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

*Kelly E. Farnan*

Kelly E. Farnan

KEF:kef
Enclosures

RLF1-2897121-1

# EXHIBIT B

| Registered No. RA 906 723 633 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ | | RODNEY SQ. WILM. DE 19801 RECEIVED JUL 7 2005 |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 10.45 | Restricted Delivery $ | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

FROM: Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

TO: Alice Webb
2784 Shady Ridge Drive
Columbus, Ohio 43231

KEF 148077

PS Form **3806**, June 2002      **Receipt for Registered Mail**      Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com*®

# EXHIBIT C

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _William Wedd_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): WILLIAM WEDD
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

1. Article Addressed to:

Alice Wedd
2784 Shady Ridge Dr.
Columbus, OH 43231
(Registered)

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RA 906 723 633 05

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540