IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | )<br>)<br>)   C.A. No. 05-461-GMS<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ALICE'S HOME, *et al.*, | )<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Childcraft Education Corporation ("Childcraft") moves this Court for an Order entering a default against defendants Alice's Home, Alice Wedd and William Wedd. Defendants have failed to plead, move or otherwise defend as required by the Federal Rules of Civil Procedure.

The grounds for this motion are fully set forth in the Memorandum in Support of Plaintiff's Motion for Entry of Default, filed contemporaneously herewith.

Dated: August 3, 2005

*/s/ Kelly E. Farnan*
Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

RLF1-2907107-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

I hereby further certify that on August 3, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

BY FIRST CLASS MAIL

Alice's Home
2784 Shady Ridge Drive
Columbus, OH 43231

William Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

Alice Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com