IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALICE'S HOME, *et al.*,  )<br>)<br>Defendants.  ) | C.A. No. 05-461-GMS |

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

DATED: August 3, 2005

Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

RLF1-2907123-1

## PROCEDURAL HISTORY

On July 1, 2005, Childcraft Education Corporation ("Childcraft"), filed its Complaint against defendants Alice's Home, Alice Wedd, and William Wedd alleging breach of contract, misappropriation of trade secrets, breach of employee duty of loyalty, and unjust enrichment. Childcraft's claims arise from Alice's Home and William Wedd's breach of a License Agreement and from Alice Wedd's misappropriation of trade secrets gathered while she worked for Childcraft. Service of the Summons and Complaint was made upon all defendants on July 5, 2005 (*see* D.I. 3, 4, 5), and a copy of the Summons and Complaint was mailed to all defendants on July 7, 2005, and received by them on July 13, 2005. (*See* D.I. 7, 8, 9). Because defendants were served pursuant to Delaware's long-arm statute, defendants were required to respond by July 27, 2005. 10 *Del.C.* § 3104(h).

To date, none of the defendants have answered or otherwise pled within the time required by law. No excuse exists for defendant's failure to act as required by the Federal Rules of Civil Procedure and Delaware's long-arm statute. Accordingly, default should be entered against defendant as a matter of law.

## ARGUMENT

When a party defending a claim "has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure]," the court may, upon application, enter a default on behalf of the party asserting the claim. *See* Fed. R. Civ. P. 55(a). Rule 55(a) applies to uncontested cases such as this, where defendants were properly notified of Childcraft's action, but failed to answer or otherwise defend in the time allotted by the Federal Rules of Civil Procedure. Accordingly, upon Childcraft's motion, this Court should now enter a default

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and grant Childcraft the relief it has requested.

Upon entry of default, Childcraft will submit evidence to the Court of its specific damages amount, the attorneys' fees and expenses incurred in prosecuting this action, and Court costs.

## CONCLUSION

For the reasons set forth above, Childcraft Education Corporation is entitled to a default against the defendants. Accordingly, Childcraft asks that this Court enter a default against defendants Alice's Home, Alice Wedd and William Wedd in the form attached hereto as Exhibit A.

Dated: August 3, 2005

Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

I hereby further certify that on August 3, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

**BY FIRST CLASS MAIL**

Alice's Home
2784 Shady Ridge Drive
Columbus, OH 43231

William Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

Alice Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com