# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| ALICE'S HOME, *et al.*, | |
| Defendants. | |

C.A. No. 05-461-GMS

### ENTRY OF DEFAULT

WHEREAS, plaintiff Childcraft Education Corporation filed a motion for entry of default against defendants Alice's Home, Alice Wedd and William Wedd on the grounds that all defendants failed to plead, move or otherwise defend as required by the Federal Rules of Civil Procedure. Upon due consideration, this Court finds that all defendants are in default and that no justification exists for this failure to act as required by the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT:

A default be entered against defendants Alice's Home, Alice Wedd and William Wedd, with the amount of damages, attorneys' fees and costs to be submitted by plaintiff pursuant to Federal Rule of Civil Procedure 55(b) within 30 days of the entry of this Order.

SO ORDERED this _____ day of August, 2005.

_____
JUDGE GREGORY M. SLEET

RLF1-2907157-1