IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHILDCRAFT EDUCATION CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-461-GMS |
| v. | ) ) | |
| **ALICE'S HOME,** *et al.*, | ) ) | |
| Defendants. | ) ) | |

### NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT

PLEASE TAKE NOTICE that Plaintiff Childcraft Education Corporation ("Childcraft") hereby withdraws its Motion for Default (D.I. 10, 11), without prejudice. It is anticipated that Childcraft and defendants Alice's Home, Alice Wedd and William Wedd will enter into a stipulation allowing additional time for Defendants to answer Childcraft's Complaint. Should Defendant fail to plead, move or otherwise defend pursuant to the anticipated stipulation, Childcraft reserves its right to again move for default.

*Kelly E. Farnan* (signature)

Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

Dated: August 4, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

I hereby further certify that on August 5, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

### BY FIRST CLASS MAIL

Alice's Home
2784 Shady Ridge Drive
Columbus, OH 43231

William Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

Alice Wedd
2784 Shady Ridge Drive
Columbus, OH 43231

Kelly E. Farnan (#4395)
farnan@rlf.com