IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-461-GMS |
| v. | ) ) ) | |
| ALICE'S HOME, et al., | ) ) | |
| Defendants. | ) ) | |

### NOTICE AND ORDER FOR EXTENSION OF TIME

PLEASE TAKE NOTICE that plaintiff Childcraft Education Corporation has agreed, subject to the approval of the Court, that the time within which defendants Alice's Home, William Wedd and Alice Wedd shall move, answer or otherwise respond to the Complaint filed herein is extended to and including September 2, 2005.

*Kelly E. Farnan*
Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

Dated: August 23, 2005

SO ORDERED this _____ day of August, 2005.

_____
United States District Judge

RLF1-2913391-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

I hereby further certify that on August 23, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS

James P. Connors, Esquire
Law Offices of James P. Connors
221 South High Street
Columbus, Ohio  43215
Counsel for Defendants

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-2899640-1