IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| ) | C.A. No. 05-461-GMS |
| v. ) | |
| ) | |
| ALICE'S HOME, et al., )<br>) | |
| Defendants ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time within which defendants Alice's Home, William Wedd and Alice Wedd shall move, answer or otherwise respond to the Complaint filed herein is extended to and including September 9, 2005.

*Kelly E. Farnan*
Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

Dated: September 1, 2005

/s/ S. Mark Hurd
S. Mark Hurd (#3297)
(shurd@mnat.com)
Samuel T. Hirzel (#4415)
(shirzel@mnat.com)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Attorneys for Defendants Alice's Home, Alice Wedd and William Wedd

Dated: September 1, 2005

**SO ORDERED** this _____ day of September, 2005.

_____
Gregory M. Sleet, J