IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-461-GMS |
| ALICE'S HOME, WILLIAM WEDD AND ALICE WEDD, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS,
OR IN THE ALTERNATIVE, STAY**

Defendants, by their undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(6), 12(b)(7) and 19, move to dismiss the Complaint or, in the alternative, to stay this action in favor of a prior-filed action pending in the Court of Common Pleas in Franklin County, Ohio. The grounds for this motion are set forth in an opening brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
S. Mark Hurd (#3297)
Jerry C. Harris (#4262)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Attorneys for Defendants

OF COUNSEL:

James P. Connors
Law Offices of James P. Connors
221 South High Street
Columbus, OH 43215

September 9, 2005

CERTIFICATE OF SERVICE

I, S. Mark Hurd, hereby certify that on September 9th, 2005, I electronically filed DEFENDANTS' MOTION TO DISMISS, ON IN THE ALTERNATIVE, TO STAY, which will send notification of such filing(s) to the following:

>Allen M. Terrell, Jr., Esq.
>Kelly E. Farnan, Esq.
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19899

_____
S. Mark Hurd (#3297)