IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-461-GMS ) |
| ALICE'S HOME, WILLIAM WEDD AND ALICE WEDD, | ) ) ) |
| Defendants. | ) ) |

**<u>AFFIDAVIT OF ALICE J. WEDD</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL
S. Mark Hurd (#3297)
Jerry C. Harris (#4262)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendants

OF COUNSEL:

James P. Connors
Law Offices of James P. Connors
221 South High Street
Columbus, OH 43215

September 9, 2005

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

Alice's Home, *et al.*,

    Plaintiffs,

vs.

    Childcraft Education Corp., *et al.*,

    Defendants.

Case No: 05CVH-05-5417

Judge Julie M. Lynch

## AFFIDAVIT OF ALICE J. WEDD

AFFIANT, Alice J. Wedd, after having first been duly sworn, states as follows:

1. I am a plaintiff in the above-captioned action, have personal knowledge and am competent to testify regarding the matters set forth herein. I submit this affidavit in opposition to the defendants' partial motion to dismiss and to stay for improper venue.

2. I am 54 years old and have lived and worked in Ohio for my entire life. I graduated from the University of Akron in 1973. I was a pre-school teacher in Akron City Schools from 1973-1976.

3. I was a child care director for the University of Akron 1976-1979. Since 1979 to the present, I have been involved in educational product sales in Ohio to Ohio public and private schools.

4. I started work for defendant Childcraft in Columbus, Ohio in 1995 as an independent contractor. I sold educational products for the Birth to Grade 3 catalog. Childcraft was owned by Disney Corp. at that time which sold the company to School Specialty Corp. in 1998 after which I then became an employee of Childcraft. I was an employee of Childcraft until I was wrongfully terminated by Childcraft in 2003.

5. I negotiated a license agreement for Alice's Home with Childcraft management dated April 1, 1998, a true and accurate copy of which is attached. The agreement

was negotiated and executed in Ohio. The license agreement was for an Alice's Home product known as the A116 "Extra Wide Language Easel with a Shelf," which pursuant to the contract is depicted in Exhibit A to the agreement. I designed and developed this product for Childcraft. The license agreement did not pertain to any other products from Alice's Home.

6. Before the license agreement was executed, Alice's Home manufactured the A116 for Childcraft. Alice's Home signed a document provided by Childcraft indicating at Childcraft's request that Childcraft had an exclusive product in the A116 for the time period listed in the document. True and accurate copies of the documents for 1997 and 1998 are attached.

7. This arrangement changed when Childcraft stated that it required a license agreement effective April 1, 1998. Childcraft prepared and sent me a draft contract for my signature in 1997, a true and accurate copy of which is attached.

8. The license agreement submitted and proposed to me was drafted by Childcraft and lists my name as signing on behalf of Alice's Home. All negotiations and discussions relative to this agreement took place in Ohio.

9. Alice's Home was started in 1992 by William Wedd and I to design, manufacture, and market my early childhood products designs. Starting in early 1992, we designed and marketed other versions of the Extra Wide Language Easel including but not limited to models which were identified as the A100, A101, A103, A104, A105, A106, A108, A109, A110, A165, A175, A150, A153, and A154. These other models have different dimensions, sizes, shapes, features, and none have a shelf as does the A116. In April 1998, Childcraft was well aware of these other models because I discussed them with Childcraft management and sales personnel.

10. In July 1996, I presented Alice's Home products to Childcraft at its request for inclusion in its 1997 Childcraft School Catalog. Childcraft said it wanted an "exclusive" easel product. I suggested the A116 and the A117, easels which I designed for Childcraft.

11. In October 1996, at the Childcraft national sales meeting in Lancaster, Pennsylvania, I was asked by Childcraft to present the background of Alice's Home, the theory behind the extra wide language easel, and the features and benefits of the A116 easel. Present at that meeting were the entire Childcraft management staff, the company officers, the director of manufacturing, and the entire sales force.

12. In 1997, Alice's Home manufactured A116 easels for Childcraft through purchase orders from Childcraft. Alice's Home had them manufactured by a small company called B+D Woodshack, located in Joliet, Illinois.

13. Childcraft is a very large company (revenues exceeding $100 million annually) with its own manufacturing subsidiary. Childcraft asked me if it could manufacture the A116 under a license agreement which is how the license agreement idea developed.

14. The license agreement was arranged to acknowledge Alice's Home's property rights and to allow Childcraft to manufacture, market, and distribute the A116 easel and no other products including any other easels, and to prevent Childcraft from doing so.

15. Childcraft requested design changes to the A116 in late 1998 or early 1999 and called me for approval of these changes, which I provided. Childcraft shipped me a product to review prior to the approved changes being made. Childcraft has never contacted me regarding other changes or different products or designs for other products using , nor have I approved any.

16. Neither I nor Alice's Home has entered any other agreements with Childcraft regarding any other products other than the A116 easel.

17. There is no connection or relationship whatsoever between me, Alice's Home, William Wedd, and the state of Delaware. None of us conducts business in or with Delaware, nor derives revenue from Delaware of which we are aware, nor has caused any injury in Delaware. None of us has contracted to supply goods in Delaware, owns any property in Delaware, and are not insurance sellers or sureties. None of us have had any contact with Delaware of any significance of which we are aware.

18. I asked about the paragraph concerning where a lawsuit would be filed in the event of a dispute with Childcraft, and its president Ronald Suchadolski told me that it was a formality and was necessary simply because "that is where business lawsuits are filed." I did not give this a second thought because I trusted him and Childcraft. Alice's Home did not have legal representation for this agreement at that time.

18. It would be extraordinarily burdensome for me to litigate this action in Delaware. I simply do not have the resources to conduct litigation in two different states with attorneys necessary for both cases. Since I was wrongfully terminated from my job with Childcraft in May 2003 (I reported my supervisor Mr. Green's drinking problems to management), I have not had steady work or income.

I am estranged from my husband and am in the process of moving to Akron in search of employment. I simply do not have the financial resources necessary to litigate this action in a forum so far away and so remote from the witnesses and evidence necessary to trial of the case. FURTHER, AFFIANT SAYETH NAUGHT.

_____
Alice J. Wedd

STATE OF OHIO      )
                   )ss
COUNTY OF SUMMIT   )

The foregoing instrument was subscribed, sworn to and acknowledged before me this 29th day of August, 2005, by Alice J. Wedd.

_____
Notary Public

My Commission expires: March 25, 2007

DARCI L. HENRY
Notary Public
In and for the State of Ohio
My Commission Expires
March 25, 2007

CERTIFICATE OF SERVICE

I, S. Mark Hurd, hereby certify that on September 9th, 2005, I electronically filed AFFIDAVIT OF ALICE J. WEDD, which will send notification of such filing(s) to the following:

> Allen M. Terrell, Jr., Esq.
> Kelly E. Farnan, Esq.
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, DE 19899

_____
S. Mark Hurd (#3297)