IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALICE'S HOME, et al., )<br>)<br>Defendants. )<br>)<br>) | C.A. No. 05-461-GMS |

**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that:

1. The time within which Plaintiff Childcraft Education Corporation must file and serve its Answering Brief in response to Defendants' Motion to Dismiss is extended through and including October 7, 2005; and

2. The time within which Defendants must file and serve their Reply Brief in support of their Motion to Dismiss is extended through and including October 21, 2005.

| | |
|---|---|
| *Kelly E. Farnan* (signature)<br>Allen M. Terrell, Jr. (#709)<br>(terrell@rlf.com)<br>Kelly E. Farnan (#4395)<br>(farnan@rlf.com)<br>Richards, Layton & Finger<br>One Rodney Square<br>920 King Street<br>P.O. Box 551<br>Wilmington, DE 19899<br>Attorneys for Plaintiff<br>Childcraft Education Corporation | /s/ S. Mark Hurd<br>S. Mark Hurd (#3297)<br>(shurd@mnat.com)<br>Samuel T. Hirzel, II (#4415)<br>(shirzel@mnat.com)<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br><br>Attorneys for Defendants Alice's Home, Alice Wedd and William Wedd |
| Dated: September 21, 2005 | Dated: September 21, 2005 |

RLF1-2925303-1

**SO ORDERED** this _____ day of September, 2005.

_____
Gregory M. Sleet, J.

RLF1-2904838-1
RLF1-2925303-1