IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALICE'S HOME, *et al.* )<br>)<br>)<br>Defendants. ) | C. A. No. 05-461-GMS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Childcraft Education Corporation ("Childcraft") voluntarily dismisses its claims against Defendant Alice Wedd, and only Alice Wedd, without prejudice.

*/s/ Kelly C. Farnan by Anne Shea Gaza*
Allen M. Terrell, Jr. (#709)  (#4093)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger

OF COUNSEL:
Mark S. Floyd
(Mark.Floyd@ThompsonHine.com)
Christopher R. Johnson
(Chris.Johnson@ThompsonHine.com)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500
Fax: (216) 566-5800

One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899

Attorneys for Plaintiff
Childcraft Education Corporation

Dated: September 28, 2005

RLF1-2928064-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

S. Mark Hurd, Esquire
Samuel T. Hirzel, II, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

I hereby certify that on September 28, 2005, I have sent by First Class Mail the foregoing document to the following non-registered participants:

James P. Connors, Esquire
Law Offices of James P. Connors
221 South High Street
Columbus, Ohio 43215

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2928123-1