IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 05-461-GMS ) |
| ALICE'S HOME, WILLIAM WEDD AND ALICE WEDD, | ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James P. Connors, Law Offices of James P. Connors, 221 South High Street, Columbus, Ohio 43215 to represent defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
S. Mark Hurd (#3297)
Jerry C. Harris (#4262)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Attorneys for Defendants

Date: October 10, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 10/10/05

James P. Connors, Esq.
Law Offices of James P. Connors
221 South High Street
Columbus, Ohio 43215
(614) 221-6868
FAX (614) 221-6889
Email: JClaw221@aol.com

485333

## CERTIFICATE OF SERVICE

I, Samuel T. Hirzel, hereby certify that on October 10th, 2005, I electronically filed a MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JAMES P. CONNORS, which will send notification of such filing(s) to the following:

>Allen M. Terrell, Jr., Esq.
>Kelly E. Farnan, Esq.
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19899

_____
Samuel T. Hirzel, II (#4415)