IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No. 05-461-GMS ) |
| ALICE'S HOME, WILLIAM WEDD AND ALICE WEDD, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT,
OR IN THE ALTERNATIVE, STAY**

Defendants, by their undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(6), 12(b)(7) and 19, move to dismiss the Amended Complaint or, in the alternative, to stay this action in favor of a prior-filed action pending in the Court of Common Pleas in Franklin County, Ohio. The grounds for this motion are set forth in an opening brief filed herewith.

OF COUNSEL:

James P. Connors
Law Offices of James P. Connors
221 South High Street
Columbus, OH 43215

October 21, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/

S. Mark Hurd (#3297)
Jerry C. Harris (#4262)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Attorneys for Defendants

CERTIFICATE OF SERVICE

I, Samuel T. Hirzel, hereby certify that on October 21st, 2005, I electronically filed DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT, OR IN THE ALTERNATIVE, STAY, which will send notification of such filing(s) to the following:

>Allen M. Terrell, Jr., Esq.
>Kelly E. Farnan, Esq.
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19899

_____
Samuel T. Hirzel, II (#4415)