IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Childcraft Education Corp.,** : | |
| : | |
| Plaintiff, : | Case No: 05-461-GMS |
| : | |
| vs. : | Judge Gregory M. Sleet |
| : | |
| **Alice's Home**, *et al.,* : | |
| : | |
| Defendants. : | |

### AFFIDAVIT OF WILLIAM E. WEDD

AFFIANT, William E. Wedd, after having first been duly sworn, states as follows:

1. I have personal knowledge and am competent to testify regarding the matters set forth herein. I submit this affidavit in support of the defendants' motion to dismiss the amended Complaint or stay this action.

2. Childcraft alleges at paragraph 13 of its amended Complaint: "In or about May, 2003, Childcraft learned that Alice's Home/William Wedd were marketing, offering for sale, selling and manufacturing the Extra Wide Language Easel in violation of Childcraft's exclusive license granted by the License Agreement." This allegation is completely false.

3. At no time since the License Agreement was executed has Alice's Home either marketed, offered for sale, sold or manufactured the A116 Extra Wide Language Easel which is the subject of the License Agreement.

4. The License Agreement is limited to a single product, the A116 Extra Wide Language Easel, which Childcraft acknowledges in its amended Complaint.

5. Both Alice's Home and Childcraft continue to honor the agreement as far as I am aware, as it concerns the subject of the agreement, the A116 Extra Wide Language Easel. Neither Childcraft nor Alice's Home has terminated the agreement. Childcraft continues to make

the royalty payments due under the agreement. Childcraft has not given any notice that it intends to terminate the agreement.

6.  Attached as Exhibits A, B, and C are true and accurate parts of the Alice's Home brochure (Ex. A) used in the mid 1990's, and catalogs used in 2002-2003 (Ex. B) and the same catalog used for the year 2004 to the present (Ex. C). None list or include the A116 Extra Wide Language Easel. Alice's Home has not published any catalogs or documents offering the A116 Extra Wide Language Easel for sale.

7.  Attached as Exhibits D, E, F, G, H, I, J, and K are true and accurate copies of manufacturer invoices for easels manufactured and shipped to Alice's Home customers for each of the years 1998 (Ex. D), 1999 (Ex. E), 2000 (Ex. F), 2001 (Ex. G), 2002 (Ex. H), 2003 (Ex. I), 2004 (Ex. J), and to the present in 2005 (Ex. K). These records are kept and maintained in the regular course of the business of Alice's Home and list the easels which have been manufactured and sold during the time period 1998 through and including the present.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
William E. Wedd

STATE OF OHIO        )
                     )ss
COUNTY OF FRANKLIN   )

The foregoing instrument was subscribed, sworn to and acknowledged before me this 19th day of October, 2005, by William E. Wedd.

_____
Notary Public

My Commission expires