# Exhibit A



We began our company at the request of early literacy teachers who were tired of purchasing easels that were breaking or had writing surfaces that wouldn't come clean or couldn't use magnetic letters.

Try one of our easels. We know you'll appreciate the differences! —Alice

**1.** All of our writing surfaces are made of porcelain on steel, bound with aluminum. These heavy-duty magnetic dry-erase and magnetic chalk boards have a fifty year guarantee. They are about 10 times more expensive than melamine dry-erase surfaces or painted chalkboards, both of which show signs of wear early and soon become unusable.

**2.** We use only full-frame construction. Our easel frames are all hardwood maple for safety and durability. The frame of the Extra-Wide Language Easel for example, has between two to five times more wood than most competing easels on the market.

**3.** In use, our easels are held open by a pair of short, stiff, locking leg braces. Even if a child leans on this brace, the easel doesn't collapse and fingers aren't damaged. The brace simply unlocks.

**4.** We don't cut corners in our easels or other innovative products. Our primary concerns are safety, durability, functionality, and value. We believe you deserve tools that match the excellence of your teaching.

DEFENDANT'S EXHIBIT A



### The Desktop Easel

**f** Our brand new desktop easel features a 12" x 18" porcelain on steel magnetic dry-erase writing surface mounted securely to a hardwood maple frame. It has a maple marker tray at the bottom of the board. You can also fold it flat, turn it around, and use it as a larger lapboard.

### The Magnetic Dry-Erase Lapboard

**d** This 9" x 12" porcelain on steel magnetic dry-erase surface lapboard is the perfect size for many situations. It allows you to use magnetic letters on the same board the students write on. It's bound with aluminum and, of course, it has a 50 year guarantee like all of our porcelain on steel boards. These lapboards perform much better than the inexpensive melamine dry erase boards (which we also carry—see the price list for details).

### Stand for the Magnetic Dry-Erase Lapboard

**e** Our hardwood maple lapboard stand was designed to hold our magnetic, wipe-off lapboard. It is heavy enough to hold the board securely and yet the board can be quickly inserted or removed from the stand. Like the other tools we manufacture, we build it to last for the duration of your career.

# The Original Extra-Wide Language Easel

This easel is 48" tall, so it can be used by children in preschool through the second grade. The 36" wide by 24" high writing surfaces allow students' writing to flow so that they end up with a sentence that looks like a sentence instead of a column of words. All Original Extra-Wide Language Easels feature our hardwood maple construction, porcelain on steel boards, and maple chalk/marker trays at the bottom of the working surfaces. Quite simply the finest language easel on the market. Your students can use the easel with magnetic letters, chart paper ruled the long way, or with a big book.

Order the easel any way you want it. See price list.



Phone & Fax: (614) 882-1879

# Alice's Home
### Tools for Teachers
2784 Shady Ridge Drive

## ORDER FORM

1. All orders not charged to schools or institution must be accompanied by payment.
2. Ohio Residents add tax 6%

Date _____

Purchase Order Number _____



## The Wall-Mounted Language Easel

**g** Finally, here's a way to let your students write on an angled surface when you don't have floor space for a freestanding easel. The Wall-Mounted Language Easel swings out from the bottom when in use, then folds back up against the wall when not in use. It's just that simple. For the safety of your children, this easel uses an ingenious design to brace it from the sides and the top so it can't be knocked off the wall. The porcelain on steel magnetic writing surfaces are 36" wide by 24" high with an aluminum frame and a chalk/marker tray at the bottom.

## The Economy Space-Saver Language Easel

We developed this easel for teachers who don't have the space or budget for the Extra-Wide Language Easel, or for teachers who want something taller. We use the same top quality materials as our easel, our most affordable floor model. The Space-Saver Easel is 53" high, and the writing surfaces are 24" wide by 18" high. Each writing surface has a chalk tray at the bottom.

Order the easel any way you want it. See price list.

Phone & Fax: (614) 882-187