# Exhibit B
# (part 2 of 2)

# Alice's Home
## Tools for Teachers

### Draw Write Now



This series, developed by a teacher over her thirty years in the classroom, is based on the principal that handwriting and drawing share the same skills. Each lesson features step by step instructions for drawing simple, basic shapes that evolve into pictures. Students then use the practice text provided to write about their drawings. It's simple, creative, fun, and effective.



DWN-1....Draw Write Now, Book One....$10.95
DWN-2....Draw Write Now, Book Two....$10.95
DWN-3....Draw Write Now, Book Three....$10.95
DWN-4....Draw Write Now, Book Four....$10.95
DWN-5....Draw Write Now, Book Five....$10.95
DWN-6....Draw Write Now, Book Six....$10.95
DWN-7....Draw Write Now, Book One....$10.95
DWN-8....Draw Write Now, Book Two....$10.95
DWN-0009....Draw Write Now, Boxed set of 8 Books.  $87.95
DWN-WB....My Draw Write Now Workbook..  $2.49



### Success with Sight Words



Multisensory Ways to Teach High-Frequency Words
Gr. 1-3

Tired of flipping flash cards to improve students' understanding and retention of basic sight words? This resource provides dozens of hands-on, multisensory activities to reinforce recognition of essential sight words necessary for reading and writing fluency. Activities include a variety of learning modalities (visual, auditory, and kinesthetic) to ensure success for every student. Also features easy-to-use reproducibles, assessment ideas, and parent-involvement tips. 80 pages.

CTP-2298...  $9.99

### Exploring Word Families

Using Word Patterns to Build Beginning Reading Skills
Gr. K-2

Improve students' decoding and comprehension skills with this collection of fun activities and games that encourage them to recognize letter patterns. The interactive ideas include games (using spinners, dice, and word cards) as well as fun whole-group and learning-center activities. Includes a full-color pull-out poster (16 1/4" x 21 1/4"). 32 pages.



CTP-2289....$7.99

### Fun with Phonograms



Learning How Words Work • Gr. 1-2

Enhance your reading program using word family stories and puzzles that reinforce 500 common primary words created from 37 phonograms. A great way to improve spelling, increase vocabulary, and develop comprehension skills. 96 pages.

CTP-2288.   $11.99

### Reading Comprehension



Eleven Strategies to Improve Comprehension • Gr. 1-3

This resource addresses eleven strategies necessary for developing effective comprehension skills and provides students with a variety of methods to monitor their progress. Reading Comprehension combines modeling of skills with direct instruction to present information in a meaningful, easy-to-understand way. 96 pages.

CTP-3356   $12.99

### Alternatives to Worksheets



Motivational Reading and Writing Activities Across the Curriculum • Gr. K-4

Meaningful child-centered activities, simple directions, and a teacher-friendly format. Forty activities with hundreds of variations for quality seatwork. 96 pages each.

CTP-3329...Alternatives to Worksheets
CTP-3327....MORE Alternatives to Worksheets
$9.99 each

### Phonics Without Worksheets

Phonics Lessons Students Remember • Gr. K-2

Phonics comes to life with this comprehensive program of multisensory phonics lessons! Lessons in this three-book series include cooking, craft-making, interactive games, and kinesthetic outdoor activities. Each hands-on activity is developmentally appropriate and designed to fit into a busy teacher's schedule. Perfect for either group or one-on-one instruction, each book includes reproducible, tear-out mini-books and picture and letter cards. 80 pages each.



CTP-2294   Vowels
CTP-2295....Blends, Digraphs, & More
$10.99 each

CTP-2296.   Phonics Without Worksheets Set..  $29.99



### Language in Motion
Wiggle, Gallop, and Leap with Words • Gr. PreK–1

Alphabet recognition and formation, rhyming words, sight word recognition, onsets and rimes, letter sounds, syllables, and sentence building become poetry in motion! This resource includes over 35 language-and-movement activities, a variety of reproducibles, an assessment checklist, playful chants, and a list of recommended music and literature links. 96 pages.

CTP-2287 ...$11.99





### Literacy Centers
What Your Other Kids Do During Guided-Reading Groups • Gr. 3–5

This book shows you how to build students' skills through independent work, foster creativity with imaginative activities, integrate reading and writing in all content areas, and reach all students with a variety of learning modalities. Listed resources, such as educational Web sites, are included along with reproducibles to minimize preparation and planning time. 144 pages.

CTP-3344....$16.99

### The Calendar and Beyond
Using Daily Calendar Time to Help Students Learn and Review Key Skills • Gr. K–1

Customize a calendar program that takes students beyond a discussion about the days of the week and allows you to teach and review key skills and concepts on a daily basis. Learn how to make over 30 interactive displays and implement hands-on activities that encourage students to observe patterns in their world; explore place value, graphing, and telling time; decode and generate new words; recite poetry; and more! 112 pages.



CTP-2594 ..$13.99



### Teachin' Cheap
Using Bags, Sacks, Paper, & Boxes in the Classroom
Gr. K–4

Turn bags, sacks, paper, and boxes into unique and creative tools for organizing and displaying children's work. This resource by Linda Hollman offers innovative ideas for inexpensive, simple-to-make projects that will liven up language arts, math, social studies, and science activities while showing off student work in new and creative ways. 112 pages.

CTP-2335....$12.99

### Teachin' Smart
Ideas to Make Teaching Easy, Efficient, and Fun! • Gr. K–3

Linda Hollman has done it again! In Teachin' Smart Linda offers a collection of her best teaching tips, center ideas, time- and money-savers, and heartfelt advice. Committed to making teaching as fun for the teacher as it is meaningful for the child, Linda gives the kind of wisdom her fans have come to expect of her. New teachers and experienced educators alike will come away from Teachin' Smart with new ideas and renewed enthusiasm. 80 pages.



CTP-2338   $9.99

### One Step, No Prep
Quick and Easy "Sponge" Activities to Make the Most of Every Minute • Gr. 1–3

Finally, the perfect resource for maximizing every educational minute! Students finish an assignment early? An assembly canceled? Need ideas for transitioning students through your daily schedule? Filled with entertaining, educational math and language arts games, One Step, No Prep has the answers. These simple, open-ended, repeatable games require no preparation, minimal materials, and can spontaneously fit any open minutes in your schedule. More than just filler, these plug-and-play "sponge" activities make every moment an opportunity to learn. 64 pages.

CTP-3352  $9.99

### What Are the Other Kids Doing While You Teach Small Groups?
The Answer to Every Teacher's Question • Gr. 1–3

This resource of 30 open-ended, easy-to-store literacy centers helps you keep the whole class on task while you work with small reading groups. Packed with management strategies, assessment tools, and reproducibles, this classroom-tested program will help provide uninterrupted teaching time with small groups and lots of independent learning fun. 160 pages.



CTP-3345....$16.99

### Graphic Organizers
Helping Children Think Visually • Gr. 3–6

Over 75 classroom ideas that span the curriculum. A wide selection of open-ended, creative organizers, including story boards, sorting circles, and building plans, offer students unique ways to brainstorm, classify, map, evaluate, and more! Includes 29 reproducible forms. 64 pages.



CTP-3330....$7.99

# Alice's Home
## Tools for Teachers

### Every Teacher's Guide to Classroom Management
Timesaving, Stress-Reducing Planning Tools • Gr. K–6

Recommended by teachers who have regained control, this resource provides teachers with powerful, practical strategies to manage time, people, space, materials, and paperwork! This comprehensive guide offers hundreds of timesaving, stress-reducing ideas to help teachers effectively manage their classrooms. Includes step-by-step guidelines, charts, and checklists for reducing paperwork; student incentive programs; classroom floor plans; and much more! 144 pages.

CTP-3335 . . $15.99



### Interactive Writing
Teachers and Students "Sharing the Pen" to Create Meaningful Text • Gr. K–2

Interactive writing is a dynamic process by which teachers and students create meaningful text together. This cutting-edge resource provides background information, student writing samples, and simple guidelines for implementing this powerful strategy in the classroom. In addition, Interactive Writing includes over 30 creative and unique cross-curriculum activity ideas, extensions, and tips for integrating this writing component into a balanced literacy program. Great for teachers at all levels of experience. 96 pages.

CTP-2291 . . . $11.99

### Teaching Beginning Writing
Basic Writing Skills for Young Authors • Gr. K–2

This resource provides help with the basics of beginning writing—helping students learn to organize what they want to say, discover vocabulary to say it, and use structure to write it. Each skill is introduced at the oral level so students can readily formulate their ideas before trying to write them on paper. Activities address five stages of writing (pre-emergent, emergent, early, developing, and established) to help beginning writers progress through a continuum of skills. Written by Jo Fitzpatrick, author of Phonemic Awareness and Reading Strategies That Work! 112 pages.

CTP-2299 . . $12.99



### Read! Write! Publish!
Making Books in the Classroom • Gr. 1–5

Simple instructions and diagrams show you and your students how to make 20 different books. Motivating writing activities and literature suggestions accompany each book idea. 70 pages.

CTP-2323 . . . $9.99



### I Can Read! I Can Write!
Promoting Literacy with Environmental Print
Gr. PreK–2

Immerse young readers in a print-rich environment and turn your classroom into a laboratory for learning. This book contains practical suggestions for using environmental print such as newspapers and street signs to promote literacy and foster appreciation for the written word. 79 pages.

CTP-3328 . . . $11.99



### Book Buddy Bags
Protect Your Classroom Library

Send books home with students and get them back in good condition. These sturdy, clear poly book bags have snap-shut white plastic handles. 10 1/8" x 12 1/2". 6 bags per package.

CTP-2993 . . $3.99 per package



### GIANT Bookworm
Enhancing your reading area or classroom library is easy with our giant bookworm bulletin board set. This adorable bookworm is an ideal character for promoting reading enthusiasm, introducing new literature, displaying student projects, and more! Your students won't want to "wiggle" out of reading when they can read next to this cute critter. Set includes a giant 45" x 26" bookworm, a GIANT 29 1/2" x 19" book, a bookmark, a "Classroom Bookworms" list, a large apple, 10 small apples, and 10 books.

CTP-1586 . . . $10.99





### Ready, Set, Read Comprehension Charts
Before and After Reading a Good Book • Gr. K–2

Perfect for developing readers, these unique charts give young readers strategies for choosing a good book, preparing to read with success, responding to what they read, and much more! These "before" and "after" reading charts are great for classroom reference. Each chart contains four pages of activity ideas and reproducibles on the back. 17" x 21 3/8"

CTP-5594 . . . Choose a Book That Fits
CTP-5595 . . . Take a Picture Walk
CTP-5596 . . . Sneak a Peek
CTP-5597 . . . Reread and Review
CTP-5598 . . . Responding to a Story
$1.99 each

CTP-5599 . Ready, Set, Read 5-Chart Pack . . . $9.99



### Word Frames

A great way to highlight words! Each bookmark has a die-cut word frame so students can "hunt" for and frame specific words while reading.

CTP-0927... Word Detective
CTP-0928....Word Hunt
$2.99 per package




### Reading Strategies Bookmarks



Help is right there when they need it! Three packs of clever bookmarks include clues and reading strategies to help students identify and read challenging words in print. Each pack contains 15 each of 2 designs. Bookmark includes a "picture prompt" that corresponds with a reading strategy.*

CTP-0920... Stuck on a Word?
CTP-0921.. Does It Make Sense?
CTP-0922....Using Context Clues
*Use with Reading Strategies That Work! resource guide and Reading Reminders Bulletin Board Set.

$2.99 per package

### Reading Reminders



Reading strategies bulletin board set to help students decode and comprehend unfamiliar words in print. Set includes a headline and eight captioned reading strategy illustrations. A perfect complement to Reading Strategies That Work! and Reading Strategies bookmarks.

CTP-1581. .$9.99

### Reading Strategies That Work!

Helping Young Readers Develop Independent Reading Skills • Gr. 1–3

Another best-seller by Jo Fitzpatrick, author of the Creative Teaching Press hit Phonemic Awareness! Simple, effective reading techniques help students easily decode, interpret, and understand print. Includes a variety of fun activities to teach reading strategies in whole or small groups. A reproducible bookmark with fun "picture prompts" reminds students how to apply each strategy while reading independently. Great for parents and home schooling, too! 112 pages.

CTP-2337.. $13.99

### Creating a Story Charts

Helping Students Write Stories • Gr. 1–3

Help young writers create a captivating story with all the essential elements. These charts guide students to develop a vivid character in a detailed setting with a problem and a solution. Four pages of reproducible activity ideas are included on the back. 17" x 21 3/8"

CTP-5581 ..Create a Character
CTP-5582....Select a Setting
CTP-5583....Pose a Problem
CTP-5584....Seek a Solution
CTP-5585....Write a Story
$1.99 each
CTP-5586.... Creating a Story 5-Chart Pack...$9.99

### Phonemic Awareness



Playing with Sounds to Strengthen Beginning Reading Skills • Gr. PreK–2

Experts are raving about this resource for primary teachers that includes dozens of fun activities to help children listen to language and play with sounds. Activity cards can be cut out and laminated to create a handy reference file of fun ideas. A wide selection of reproducibles (picture cards, word cards, and manipulatives) is included. Written by best-selling author Jo Fitzpatrick. 128 pages.

CTP-2332... $13.99

### Developing Literacy Using Reading Manipulatives

Hands-on Reading Fun • Gr. K–2



Transform reading instruction into reading construction as students make, build, and manipulate letters, words, and sentences. Common, fun-to-use manipulatives, such as pipe cleaners, beans, shoelaces, and macaroni, are featured in each of over 100 activities that incorporate books, songs, poems, child-created text, and other "real" literature. 144 pages.

CTP-2333 $16.99

### Teaching Beginning Writing Charts

Essential Resources for Young Writers • Gr. K–2

These dynamic charts highlight essential skills for beginning writers. Packed with tips for budding authors, these charts provide an invaluable classroom reference. Four pages of reproducible activity ideas are included on the back. Visually complements Teaching Beginning Writing. 17" x 21 3/8"



CTP-5575... Build a Sentence
CTP-5576.....Stretch a Sentence
CTP-5577.....Stick to Your Topic
CTP-5578.....Check Your Work
CTP-5579....Sight Words for Story Writing
$1.99 each

CTP-5580 ... Teaching Beginning Writing 5-Chart Pack
$9.99

# Alice's Home
## Tools for Teachers

### School-to-Home Phonics Readers
Children Make Their Own Take-Home Books
Gr. K–1

Each phonics resource in this series includes 18 reproducible emergent readers, 18 matching reproducible book covers for students to create their own books, and 18 story extension ideas to reinforce vocabulary. A valuable supplement to any literacy program, these little take-home books are the perfect way to build a stronger home-school connection. 96 pages each.

CTP-2283...Vowels, Blends, & Digraphs
CTP-2284....Initial Consonants
$11.99 each



### Center Set Up
Fun Ideas for Setting Up 16 Literacy Workstations
Gr. K–3
Want to quickly and easily set up 16 exciting literacy centers in your classroom? It's a snap with the inspiring ideas and colorful literacy center cards featured in this resource. The center cards fit perfectly in a pocket chart for easy center management. Support materials include a variety of reproducibles as well as open-ended ideas for tailoring centers to meet individual student needs. 48 pages.

CTP-2275  $8.99

### Working with Words
14 Instant Literacy Centers • Gr. K–1

This resource provides all you need to set up, implement, and manage 14 word work literacy centers for loads of wordplay fun! Just choose a center, reproduce the pages, and your center is ready to go! These instant centers target key literacy skills, are grade-level appropriate to allow children to work independently, and, most importantly, are lots of fun! From Consonant Blends Race to Short Vowel Lotto, your students will be eager to get to work—word work that is! 96 pages.

CTP-3357  $11.99



### Balancing Literacy
A Balanced Approach to Reading and Writing Instruction
Gr. 3–5



What are the components of a balanced literacy program? How do I fit them all in? Balancing Literacy has the answers. This comprehensive resource explains guided, independent, modeled, shared, and interactive reading and writing and then provides manageable ways to implement those components into your literacy program. You'll discover motivating ways to use Literature Circles, Writer's Workshop, Literacy Centers, and much more to create a customized program that meets all your students' needs. 128 pages.

CTP-3395  $13.99

### Writing Center Prompts
Shape Stationery with Writing Prompts and Story Starters • Gr. 1–2



"I don't know what to write about!" You need never hear that all-too-familiar moan of frustration from your students again. Writing Center Prompts features motivating "shape stationery" to inspire creative story ideas. Along with the 30 writing shapes, young writers will be motivated by the dozens of story prompts, sentence frames, and story starter ideas. Perfect for writing centers as well as parent notes, worksheets, and art projects. 96 pages.

CTP-2318  $11.99

### Student-Made Alphabet Books
Great for Student Dictionaries, ABC Books, and Creative Writing • Gr. K–2



This resource includes a decorative letter page that highlights each of 30 consonants, vowels, and digraphs. Both lined and unlined pages provide a flexible framework for creative writing projects, making student dictionaries, creating alliterative tongue twisters, making mini word walls, creating ABC picture dictionaries, and so much more. 96 pages.

CTP-3358   $11.99

### Making Your Word Wall
More Interactive. Dozens of Ideas to Extend the Use of Any Word Wall • Gr. 1–3



Now that you have devoted a large section of your classroom wall space to a word wall, how do you ensure that your students are improving their reading, writing, vocabulary, and spelling skills because of it? The dozens of activities in this resource provide fun ways for students to interact with words and build strong literacy skills. Activities are organized by whole-class, small-group, and independent study to offer more planning flexibility. 96 pages.

CTP-2282  $11.99

### The Complete Guide to Classroom Centers
Hundreds of Ideas That Really Work • Gr. K–3



Everything a teacher needs to plan, create, manage, and develop meaningful center activities. Detailed plans for 24 classroom centers for every reason and every season. Over 200 activities and ideas included. 144 pages.

CTP-3332   $16.99



### Coaching Struggling Readers
*Getting Sidelined Readers Off the Bench and Back in the Game* • Gr. 3–5

This resource helps teachers identify "sidelined" readers and offers a strategic plan to help students find success as well as enjoyment in the "game" of reading. Specific lessons are presented to target three key skill areas—phonemic awareness, phonics, and decoding; vocabulary development; and comprehension and critical thinking. Lesson activities include a warm-up to reinforce background skills, a game plan featuring the target skill, and a huddle-up idea for additional practice. Use this comprehensive resource to give sidelined players the reading practice that gets them off the bench and back into action. 112 pages.

CTP-2281....$12.99



### Teacher, I'm Done! Now What Do I Do?
*The Perfect Solution to an Age-Old Problem* • Gr. 1–2

Every teacher faces the problem of "fast" kids who finish their work before the others. This must-have resource provides dozens of creative thinking activities to keep those little minds challenged and on task. Activities include brainteasers, logic challenges, puzzles, and much more. 96 pages.

CTP-3343    $11.99

### Phonemic Awareness Songs & Rhymes
*Fun Lyrics Sung to Familiar Tunes*
Gr. PreK–2



Each book in this three-book series includes dozens of interactive, theme-related songs and rhymes that help children listen to language and play with sounds. Each playful song, sung to a familiar tune, is complemented by research-based activity ideas, making it easy to add some phonemic awareness fun to your lesson plans. Now includes a CD with a selected collection of songs and their instrumental versions. 96 pages each.

CTP-2340 Fall • CTP-2341 Winter • CTP-2342 Spring
$13.99 each

CTP-2339... Phonemic Awareness Songs & Rhymes 3-Pack...$41.99



### FingerTip Lessons
24 pages packed with instant & ready-to-go ideas to fill a few minutes or to create an entire lesson. Each booklet is bound in a sturdy & reusable, coated 2-pocket folder.



PLR-1111    FingerTip Lessons-Reading, Gr. 1...$4.99
PLR-1121....FingerTip Lessons-Reading, Gr. 2....$4.99



### Word Walls
All Word Cards are a Large 9-3/4" X 8". Each Set Includes a Different 16 page "How-to-Use" Teacher Resource Guide. All Word Cards & Header Cards are the Same Size. Easy for Sorting and Storing. No Cutting to do! Completely Perforated & Instantly Ready-to-Use! No Extra Work! Loaded with Ideas!



**Easy High-Frequency Words**
100 word cards, 26 alphabet headers & a 16-page teacher resource guide filled with ideas for teaching easy high-frequency words!
PLR-3000....Easy High-Frequency Words....$19.95

**High-Frequency Words**
100 word cards, 26 alphabet headers & a 16-page teacher resource guide filled with ideas for teaching high-frequency words!
PLR-3001....High-Frequency Words....$19.95

**Word Families/Rimes**
100 word cards, 37 most common phonogram cards, & a 16-page teacher resource guide filled with ideas for teaching word families.
PLR-3002....Word Families/Rimes....$19.95

**Frequently Misspelled Words**
100 word cards, 26 alphabet header cards & a 16-page teacher resource guide filled with ideas for teaching frequently misspelled words.
PLR-3003....Frequently Misspelled Words....$19.95

**Contractions**
132 word cards, 12 header cards & a 16-page teacher resource guide filled with ideas for teaching contractions.
PLR-3004....Contractions....$19.95

**Homophones** (sound-alike words with different spellings)
Sentence on every word card using each word in context! 117 word cards, 26 alphabet header cards & a 16-page teacher resource guide filled with ideas for teaching homophones.
PLR-3005....Homophones. .$19.95

**Root Words, Prefixes & Suffixes**
136 word cards, 8 header cards & a 16-page teacher resource guide filled with ideas for teaching root words, prefixes & suffixes!
PLR-3006....Root Words, Prefixes & Suffixes....$19.95

**Plurals & Word Endings**
132 word cards, 12 header cards & a 16-page teacher resource guide filled with ideas for teaching plurals (s,es, ies) & word endings (ed, ing).
PLR-3007....Plurals & Word Endings...$19.95



# Alice's Home
## Tools for Teachers

### How to Use Word Walls
Learn how to develop effective and usable word walls in any classroom. Build reading and spelling skills easily. Dozens & dozens of ideas packed into one book!
Gr. K-5

PLR-3031... How to Use Word Walls... $7.95



### Teaching Basic Word Skills
Perfect to use with any reading program. Filled with teacher ideas and meaningful reproducible pages for sight words, word families, building sentences, spelling riddles, contractions and much, much more!
Gr. K-3

PLR-3033. Teaching Basic Word Skills... $7.95

### Read & Practice Word Family Cards
Students can practice reading more than 550 word-family words with these 37 large word-family cards, using the most common 37 phonograms. Each practice card is a full size page of 8-1/2" x 11"! Plus a 16-page teacher resource guide filled with classroom activities for reading word families! • Gr. K-5



PLR-3011....Read & Practice Word Family Cards... $19.95



### I'm Done! What's Next?
Loaded with getting-to-know-you activities to use all-year-round. Learn more about your students through creative writing, self-expression, their family, friends and much, much more!

PLR-1051.... Back to School & All-Year-Round Activities.... $12.95

### I'm Done! What's Next?
This one-of-a-kind set has a little bit of everything that a substitute teacher or classroom teacher could pull together quickly. (No monthly activities are included in the set.)



PLR-1052... Substitute Teachers All-Year-Round Activities.... $12.95

### Super Easy Grammar

Let's start at the very beginning and make learning grammar fun for everyone. These handy books are loaded with easy ideas and very simple practice sheets. Build writing and speaking skills with confidence. A complete step-by-step method for teaching and reinforcing grammar skills in a practical and easy-to-follow format. 64 pages.

PLR-4003    Super Easy Grammar, Grades 1-2... $9.95
PLR-4004....Easy Grammar, Grades 2-3... $9.95

### Test-Taking, Learning to Follow Directions

These two 64-page books reinforce Following Directions with a wide variety of test-taking formats. Both Grade Levels are loaded with ideas and reproducible worksheets. Use them from the beginning of the year until test week! Skills focus on following directions for reading, thinking, listening, basic words, sequencing, story problems, math and much, much more!

PLR-4001    Test-Taking - Learning to Follow Directions Grades 1-2... $9.95
PLR-4002....Test-Taking - Learning to Follow Directions Grades 2-3....$9.95

### Building Better Language Skills
Games and Activities That Reinforce Listening, Speaking, Reading, and Writing Skills • Gr. PreK-1



Build a strong foundation in each of the four areas of language—listening, speaking, reading, and writing. This resource includes over 60 fun, hands-on games and activities. Each activity encourages students to respond to verbal directions through movement and speech; pronounce and build new vocabulary words; speak fluently in complete sentences; recognize and word patterns; practice phonemic awareness and phonics; and encode their thoughts and ideas in written language. 96 pages.

CTP-2285  $11.99

### Supplies
(You know what they are, so we didn't bother picturing them)

A-130... Easel accessory kit. Includes 3 set lower case Quercetti letters, 1 set upper case Quercetti letters, 1 set punctuation, set of 4 dry-erase markers, small eraser.....$37.96

A-135....Set of 4 broad tip dry-erase markers, assorted colors, low odor, bullet tip (writes in a broad line no matter how it's held).... $6.95

A-134....Sanford Expo Cleaner for dry-erase boards.....$3.19

A-136....Small (1-1/2" x 4") stitched felt eraser....$1.39

A-137 ...Sanford Expo dry-erase board eraser....$3.15

A-200....Economy marker board, melamine, unbound. 9" x 12".....$2.40
A-201.....Set of 10....$22.85

A-133....Wikkistix, 48 (8") primary colors....$4.95

A-132. .Wikkistix, 48 (8") neon colors. .$4.95

---

**Phone & Fax: (614) 882-1879**





Alice's Home

Tools for Teachers

2784 Shady Ridge Drive
Columbus, OH 43231

Phone & Fax (614) 882-1879

# Order Form

1. All orders not charged to schools or institution must be accompanied by payment.
2. Ohio Residents add tax 6%

Date _____

Purchase
Order Number _____

Tax Exempt _____

| Charge To: | | Ship To: | |
|---|---|---|---|
| School/ Institution/ Other | | School/ Institution/ Other | |
| Address | | Address | |
| City | | City | |
| State | Zip | State | Zip |
| Phone Number ( ) | | Phone Number ( ) | |

| Quantity | Code Number | Product Description | Price Per Unit | Extension (Total) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Merchandise Total | | |
| | | Add 15% of merchandise total for Easel Shipping and Handling. Add 10% for other product. Minimum $4.00 | | |
| | | Total | | |





**Alice's Home**

**Tools for Teachers**

2784 Shady Ridge Drive
Columbus, OH 43231

Phone & Fax (614) 882-1879

# Order Form

1. All orders not charged to schools or institution must be accompanied by payment.
2. Ohio Residents add tax 6%

Date _____

Purchase _____
Order Number

Tax Exempt _____

**Charge To:**

| School/ Institution/ Other |
| Address |
| City |
| State            Zip |
| Phone Number  (     ) |

**Ship To:**

| School/ Institution/ Other |
| Address |
| City |
| State            Zip |
| Phone Number  (     ) |

| Quantity | Code Number | Product Description | Price Per Unit | Extension (Total) |
|----------|-------------|---------------------|----------------|-------------------|
|          |             |                     |                |                   |
|          |             |                     |                |                   |
|          |             |                     |                |                   |
|          |             |                     |                |                   |
|          |             |                     |                |                   |
|          |             |                     |                |                   |
|          |             | Merchandise Total   |                |                   |
|          |             | Add 15% of merchandise total for Easel Shipping and Handling. Add 10% for other product. Minimum $4.00 | | |
|          |             | Total               |                |                   |



**Tools for Teachers**

2784 Shady Ridge Drive
Columbus, OH 43231

Phone & Fax: (614) 882-1879



**Alice's Home**
Tools for Teachers

We began our company ten years ago at the request of early literacy teachers who were tired of purchasing easels that were breaking or had writing surfaces that wouldn't come clean or couldn't use magnetic letters. As we've grown, we've remained committed to bringing innovative early literacy materials to the classroom. We believe the most important part of teaching a child to read is the teacher. Teachers, like all other professionals, work best when they have professional quality tools at their disposal. That's where we come in. Whether you choose one of our exclusive line of easels or any other of our carefully selected instructional materials, we thank you for allowing us to help you make a difference in the classroom. We share the same goal: to help children learn to read and write. If you have an idea for a product you would like to see, please contact us. We love to listen. It's how we learn.

**Home of the original extra-wide language easel and innovative early literacy materials**