# Exhibit C
# (part 1 of 2)



Home of the original extra-wide language easel and innovative early literacy materials

# Alice's Home
## Tools for Teachers

2004 Catalog

DEFENDANT'S EXHIBIT C

# Alice's Home Family of Easels

We began our company at the request of early literacy teachers who were tired of purchasing easels that were breaking or had writing surfaces that wouldn't come clean or couldn't use magnetic letters. We continue to listen to you to serve your needs. Try one of our easels. We know you'll appreciate the difference!

- All of our easel writing surfaces are porcelain on steel bonded to aluminum or chalkboards. Unlike heavy-duty magnetic dry-erase and magnetic chalkboards have a lifetime guarantee, they are a lot more expensive than melamine dry-erase surfaces or painted chalkboards, both of which show signs of wear early and soon become unusable.

- We use only full-frame construction and mount the writing surface to the frame instead of incorporating it into the frame. We brace the easel on the back side of the writing surface with hardwood ash (nobody else bothers to do this). We use between two to five times more wood in our Extra-Wide Language Easel than most competitors' easels on the market. The result of all this is the most stable easel you can buy.

- We sweat the details other manufacturers don't even think of. We use a special locking leg brace so the easel doesn't collapse when in use. We have no exposed hardware that can harm children or snag clothing.

- We don't cut corners in our easels or other innovative products. Our primary concerns are safety, durability, functionality, and value. We believe you deserve tools that match the excellence of your teaching.



### The Desktop Easel

Our desktop easel is a heavy-duty piece of equipment featuring a 12"x 18" porcelain on steel magnetic dry-erase writing surface mounted securely in a hardwood ash frame. It has an ash marker tray at the bottom of the board. You can also fold it flat, turn it around, and use it as a lap board.

A165... Desktop Easel... $69.99

### The Tabletop Easel NEW!

A175... Tabletop Easel... $135.00
Big brother to the desktop easel. Looks exactly the same, but is 18"x 24".



### The Original Extra-Wide Language Easel

The easel is 48" tall, so it can be used by children preschool through the second grade. The 36" wide by 24" tall writing surfaces allow students' writing to flow, so that they end up with a sentence that looks like a sentence instead of a column of words. All Original Extra-Wide Language Easels feature our handwood ash construction, porcelain on steel surfaces, and hardwood ash chalkboards, and ash at the bottom of both working surfaces. Quite simply, the finest language easel on the market. We're the ones the others copy. But when they copy us they cut corners so they can undercut price. Cutting corners cuts quality, and we strive to be the best. Order the easel the way you want it.

A100... Easel with 1 magnetic dry-erase white board, 1 tempered masonite board... $199.00
A101... Easel with 2 non-magnetic tempered masonite boards... $130.00
A103... Easel with 1 magnetic chalkboard, 1 tempered masonite board... $199.00
A104... Easel with 1 magnetic dry-erase white board, 1 magnetic chalkboard... $259.00
A105... Easel with 2 magnetic chalkboards... $259.00
A106... Easel with 2 magnetic dry-erase white boards... $259.00

### The Tall, Extra-Wide Language Easel NEW!

Exactly the same as the original, only 60" tall instead of 48" tall. Shipped knocked down, in two boxes so it can go via UPS. Assembly consists of screwing 12 screws into 12 pre-drilled holes.

A108... Easel with 1 magnetic dry-erase white board, 1 magnetic chalkboard... $264.00
A109... Easel with 2 magnetic chalkboards... $264.00
A110... Easel with 2 magnetic dry-erase white boards... $264.00

### The Magnetic Dry-Erase Lapboard

This 9" x 12" porcelain on steel magnetic dry-erase lapboard is the perfect size for many situations. Students can use magnetic letters on the same board they write on. It's bound with aluminum for stability and, of course, it has a lifetime guarantee like all of our porcelain on steel boards. These lapboards perform much better than the inexpensive melamine dry-erase boards (which we also carry—see the lapboard section for details).
A367—Magnetic Dry-Erase Lapboard.... $14.99

### Magnetic Punctuation

If you need punctuation for your magnetic letters, here it is! One set of these powerful magnetic blocks: 9 periods, 9 commas/apostrophes, 1 exclamation point, 1 question mark, and 1 set of quotation marks.
A366—Magnetic Punctuation.... $7.95

### Stand for the Magnetic Dry-Erase Lapboard

We designed our hardwood ash lapboard stand to hold our magnetic, dry-erase lapboard. It holds the board securely at the proper angle for writing, and it's heavy so it won't slide around, yet you can quickly insert or remove the board from the stand. Like the other tools we manufacture, we build it to last for the duration of your career.
A368—Stand for the Magnetic Dry-Erase Lapboard.... $39.00

### The Economy Space-Saver Language Easel

We designed this easel for teachers who don't have the space to set up our Extra-Wide Language Easel, or for teachers who want something a bit taller. We use the same top quality materials in this easel, our most affordable, that you find in all our other easels. The Space-Saver Easel is 53" high, and the writing surface is 24" wide by 18" high. Each writing surface has a book tray at the bottom.
A352—Language Easel with 1 magnetic wipe-off board, 1 magnetic chalkboard.... $145.00
A353—Language Easel with 2 magnetic wipe-off boards.... $145.00
A354—Language Easel with 2 magnetic chalkboards.... $145.00

# Alice's Home
## Tools for Teachers

**We carry three quality levels of dry-erase lapboards:**
Melamine • E-Race Away series • Porcelain on Steel

**Melamine** is the traditional dry-erase surface. It works fine when it's new, but with heavy use it wears out fairly quickly. Ever have a dry-erase board that you had increasing trouble cleaning? That's melamine. Consider these boards as supply type items that will need to be replaced on a regular basis.

A-200.  Economy marker board (not pictured), melamine, unbound, 9" x 12"....$2.40
A-201.  Set of 10...$22.85



The new **E-Race Away** series features a much longer lasting board. These boards have a high-tech plastic surface, and while they will wear out eventually, they last much longer than melamine. They are also double sided and extremely lightweight. The Trace 'n Erase boards have upper case letters on one side and lower case letters on the other side.

ER-7100.   Dry Erase... $4.95
ER-7110....Picture/Story Dry Erase   $7.95
ER-7120....Trace 'n Erase Manuscript...$7.95
ER-7122....Trace 'n Erase Modern Manuscript.   $7.95
ER-7124....Trace 'n Erase Cursive....$7.95
ER-7126....Trace 'n Erase Modern Cursive   $7.95
ER-7130....Magnetic Dry Erase (magnetic & dry erase on one side, dry erase only on the other)....$9.95

Our **Porcelain on Steel** lapboard has the same surface we use on our easels. It has a lifetime guarantee and will always work as if it were brand new. It is bound with an aluminum frame for durability and will hold magnetic letters. (pictured on previous page)

A-107   Magnetic Dry-Erase Lapboard....$14.99



### Stand-up Magnetic Play Board
This 12" x 12" board is our answer for teachers who've requested a slightly larger magnetic board that can either lie flat or stand up. Please note, this is not a dry-erase surface.

H-700.  Stand-up Magnetic Play Board...$9.00

### Large Magnetic Board

Large 16" x 12" magnetic board is big enough for group demonstrations or individual use. Please note, this is not a dry-erase surface.

LER-0449....Each...$6.95
LER-0449-5....Set of 5....$33.95

### Magnetic Board

Great for individual learning or small group demonstrations. Measures 9" x 11-1/2". Please note, this is not a dry-erase surface.

LER-0453....Each.  $3.50
LER-0453-5....Set of 5....$16.95

### Link 'N' Spell® Magnetic Letters
Magnetic letter set includes 50 uppercase or 50 lowercase letters that fit together to form words and sentences.

LER-0438....Uppercase Letters, Set of 50 in a bucket....$6.95
LER-0439....Lowercase Letters, Set of 50 in a bucket....$6.95



### Magnetic Link 'N' Spell® Phonics Set
Fifty-piece magnetic letter set includes 24 word beginnings or word endings plus alphabet. Pieces fit together to form words or sentences. Suggested activities included. • Grades K+

LER-0447....Word Beginnings, Set of 50....$6.95
LER-0448.  Word Endings, Set of 50....$6.95

### Link 'N' Spell Activity Set
Set includes 50 Uppercase Link 'N' Spell Letters (LER-0438), 11-1/2" X 9" magnetic board (LER-0453) and 64-page book with reproducible games and activities focusing on early vocabulary, spelling, and basic phonics. • Grades Pre K-2

LER-0433....Set....$17.95
LER-0432....Book Only....$8.95





### Emergent Reader's Magnetic Letter Set



This set consists of 150 letters and chunks on magnetic tiles (which are easier than strip magnets for young fingers to manipulate) Designed for the point in time when beginning readers are starting to recognize that letter combinations have their own sounds, the set allows your students to form any word they come up with. For individual or small group work.

D-118....Emergent Reader's Magnetic Letter Set... $34.95

### Quercetti Magnetic Letters

 

Quercetti Magnetic Letters are the best of the dozens of molded plastic letter sets on the market, for the simple reason that they stick better to the dry-erase porcelain on steel surfaces we use. The set of 40 lower case letters features straight l's, t's, and y's; complete alphabet plus 14 duplicates. The upper case set has the complete alphabet plus 22 duplicates.

A-001....Quercetti Lower Case Magnetic Letters. .$5.95
A-002....Quercetti Upper Case Magnetic Letters....$5.95

### Foam Fun™ Letters



Even the best of the molded plastic letters (like the Quercetti letters we carry) will slip under some circumstances. Foam Fun™ Letters are not molded plastic, but a plastic foam with a full magnetic backing, so they don't slip, period. Also, these are large sets. The upper case set has 58 letters and the lower case set has 70 letters. Each set comes in a reusable storage tub.

D10....Foam Fun™ Upper Case Magnetic Letters.. $12.95
D20....Foam Fun™ Lower Case Magnetic Letters....$12.95

### Jumbo Magnetic Letters



Set of 40 uppercase or lowercase letters includes extras for spelling. Letters are 2-1/2" tall. Storage Bucket included. • Grades Pre K+
LER-0450....Uppercase Letters, Set of 40....$9.50
LER-0451....Lowercase Letters, Set of 40....$9.50

### Let's Build™ Words Magnet Set



This strip magnet set combines 61 word parts and 52 letters to allow your students to build over 100 familiar words. The lesson ideas included in each set help you teach word-building patterns and decoding strategies. Works wonderfully well with any of our Language Easels or our magnetic boards.

DLB-1. ..Let's Build™ Words Magnet Set....$24.95

### Let's Build™ Sentences Magnet Set



With this magnetic early literacy product, your students can build an unlimited variety of sentences. Includes 200 magnet sight words, 58 magnet letters, a double-sided playboard, and educational activities.

DLB-2. ..Let's Build™ Sentences Magnet Set. ..$24.95

### Kidwords™

This is the original magnetic word set for early literacy. The set includes more than 200 words, color-coded for grammar. These brightly colored words are a combination of high frequency and fun words that work well with any of our Language easels or our magnetic boards. Supplement sets also available!

MF-1      Kidwords™. ..$19.95
MF-5.....Kidwords-Our Planet Earth.   $7.95
MF-10....Kidwords-City & Country....$7.95
MF-15....Kidwords-Sports & Games.....$7.95
MF-20.....Kidwords-Planes & Trains....$7.95

### Look! See! Read! Deluxe Set



This new, magnetic set is a fun introduction to early reading words. The set features words printed in an oval inside a picture of that word. Teachers present the word this way then remove the word from the picture and have their students match the word to the proper cartoon picture The set is colorful and also works with velcro boards.Complete set contains over 150 pieces.

H-450....Look! See! Read! Deluxe Set.   $40.00

### Look! See! Read! Beginner Set



The beginner version uses 66 of the most commonly used nouns including number, colors, and objects.

H-451   Look! See! Read! Beginner Set.   $25.00

# Alice's Home
## Tools for Teachers

### Boxstamps

We are proud to present Boxstamps, a set of five self-inking stamps that match the five most specific phonetic reading patterns used in Reading Recovery.TM Developed by a Reading Recovery TM teacher, each stamp will last for 20,000 impressions before you need to re-ink, so for a set of five that's 100,000 sets of boxes you won't have to draw! In literacy groups, your lessons will flow smoothly as you quickly stamp writing books for words taken to boxes from a group-generated sentence.



D-115....Boxstamps...$89.00
D-116....Boxstamps....$89.00



(actual size)

### Felt-covered Pads

Our felt-covered pads (the best surface for rubber stamping!) feature a glycerin-based ink, completely child safe and non-toxic. Vibrant long-lasting color perfect for paper stamping and embossing. Each pad is 4-1/4" x 2-7/8".

KS-1000.    Red            KS-1008...Orange          KS-1002.  Black
KS-1001....Blue            KS-1013....Burgundy       KS-3001....Teal
KS-1004....Green           KS-1005....Purple         KS-1007....Hot Pink

Single Color Stamp Pads....$3.25

### Re-Inkers

Two ounces of ink in a plastic bottle with an applicator top. Place an "R" before the code number when ordering (a red re-inker, for example, is RKS-1000)

Re-Inkers....$3.25

### Individual Stamps

A. KS-903    Great! Spot stamp
             (by Eric Hill) ...$6.00
B. KS-905    Good Work Spot stamp
             (by Eric Hill) ...$6.00
C. KS-1133...Good Work Mouse/Crayon
             stamp (by Felicia Bond)....$6.50
D. KS-907....Good Reading (Spot)
             (by Eric Hill)..$6.00



### Rubber Stamp Sets

Each set has 11 stamps for one low price. Break-apart stamps are deeply etched, mounted on thick foam rubber, and packaged in a reusable clear plastic case. An attractive full-color insert features peel-off stickers that you can apply to the back of each stamp for easy identification.



KS-7005....Spot, by Eric Hill  .15.50
KS-7001....For Teachers Only, by Judith Moffatt   $15.50

### Basic Skills Reading Puzzles

Students can use these colorful, durable, self-correcting puzzles to practice basic skills through the use of phonics, recognition of word shapes, and picture clues. 26 to 30 puzzles per box.



DD2-601.   Synonyms.   $9.95
DD2-602....Analogy....$9.95
DD2-603....Sound Alike-
           Homophones.  $9.95
DD2-604    Opposites....$9.95
DD2-605....Alphabet....$9.95
DD2-606....Homonyms–Same Word Different Meaning.   $9.95
DD2-607.....Rhyming Words....$9.95
DD2-608....Compound Words....$9.95
DD2-609....Irregular Plural Nouns....$9.95
DD2-611.....Blends & Diagraphs....$9.95
DD2-612....Silent Consonants....$9.95
DD2-613....Complete Set....$105.00

### Phonics Word Building Puzzles

There are 54 three-piece puzzles in this set with simple vowel sounds that introduce beginning and ending consonant.



DD2-20.  ..Set 1   $29.95

The 36 puzzles in this set have vowel digraphs including the medial vowel digraphs: ee, ea, oa, oi, ou, ai, ie, oo (moon), and oo (book).

DD2-155   Set 2 . $19.95



### Let's Spell!



These flip books provide students with a fun way to experiment with many letter combinations as they assemble words. Each book has a self-correcting word list at the back.

DD195-04    Three Letter Words....$6.95
DD195-07....Start and End Blends....$6.95
DD195-08....Double Vowels....$6.95
DD195-05....Start Blends....$6.95
DD195-06....End Blends....$6.95

### Let's Match

These flip books are motivating resources to improve reading skills. Let's Match Blends provides a fun way to practice blends. Let's Match Blends and Digraphs helps student differentiate between the two forms. Durable wire and board construction make these very appropriate for classroom use.



DD195-02...Blends.  $6.95
DD195-03....Blends/Digraphs.  $6.95

### Hands-On Literacy® Phonics Cube Sets



Learning to read is fun with these new phonics cubes! Each set contains six color-coded large soft dice (1-5/8" diameter) and Activity Guide. Sets can be used individually or together in any combination for language skill building.

LER-0586.   Alphabet Cubes (2 vowel cubes, 4 consonant cubes), Grades Pre K+, Set....$12.95
LER-0587...Blend Cubes (4 beginning blend cubes, 2 ending blend cubes), Grades 1+, Set....$12.95
LER-0588... Word Family Cubes (3 each of two and three-letter word families), Grades 1+, Set....$12.95
LER-0589...NEW Phonics Cubes Class Set (Includes: 6 Alphabet Cubes (LER-0586), 6 Blend Cubes (LER-0587) and 6 Word Family Cubes (LER-0588), Set....$36.95  (a $38.85 value!)

### Sandpaper Letters

These 4 1/2" x 2 5/8" cards are covered with fine yellow sand and help students make the connection between the physical movement of forming letters and the actual letter shapes.



DD1-290....Lower Case....$25.95
DD1-520....Upper Case....$25.95

### Fast Track Learning® Phonics Activity Books

Mary Beth Spann Minucci & Judith Dunn Moran







Build literacy at home and in the classroom with these unique activity books that come complete with materials stored right in the book cover! Grades 1-2 books provide an introduction to phonics basics. Each 32-page book includes over 20 hands-on activities, two games and Rainy Day Extensions. • Grades 1-2

LER 7258... Advanced Consonant Sounds (includes 3 sets of consonant tiles), Each ....$8.95
LER-7259.  Long Vowels (includes 3 sets of vowel tiles), Each...$8.95
LER-7260....Beginning Blends (includes 2 sets of blend tiles), Each....$8.95
LER-7261....Ending Blends (includes 3 sets of blend tiles), Each....$8.95
LER-7270....NEW Library Set Includes LER-7258, LER-7259, LER-7260, LER-7261, Set of 4....$32.95  (a $35.80 value!)

### Funny Phonics™ Puzzle Cards




Make phonics tongue-twisting, puzzling fun! Double-sided puzzle cards have words and illustrations on the front and funny tongue-twisters on the back! Great for reinforcing basic phonic skills. Each set of 20 cards is packaged in a re-sealable case. Suggested activities included. Cards measure 2-1/2" x 3-3/4" or 6" x 2". Grades K+

LER-0554    Short Vowels, Set....$6.95
LER-0555....Long Vowels, Set....$6.95
LER-0556....Beginning Blends, Set....$6.95
LER-0557....2-Letter Word Endings, Set....$6.95
LER-0558....3-Letter Word Endings, Set....$6.95
LER-2555...All 5 Sets....$32.95 (a $34.75 value!)

### Language Puzzle Cards




Children can practice a variety of basic skills either alone or with partners using these sets of 20 self-checking cardboard puzzles. Cards come in re-sealable plastic cases.

LER-1540.   Synonyms, Grades K+, Set of 20....$6.95
LER-1541... Sound-a-Like (Homophones), Grades 1+, Set of 20....$6.95

### Phonics Puzzle Cards – Blends & Digraphs



A great way to reinforce language skills! Set of 96 self-checking cardboard puzzles features blends and digraphs with matching pictures. Cards measure 2-1/2" x 3-3/4". Grades 1+

LER 0526.  Set of 26.  $6.95

# Alice's Home
## Tools for Teachers

### Clusters

This exciting word-building game includes 987 plastic tiles in ten bright colors representing the most common letter groupings found in English (double vowels, digraphs, blends, silent letters and more). Up to four players.
DD195-01 ... $29.95

### Chunks
Developed by researchers and classroom teachers, this game helps children learn how language really works. Includes 70 of the most common rimes (rhyming sounds) and 70 onsets (consonants, consonant blends, and digraphs).
DD195-15 ... $29.95


### Alpha-Bug Soup® Word Game

Multiple levels of play spell fun for the whole family! Early readers build letter recognition and vocabulary skills as they call out words beginning with selected letters. Advanced players compete by listing and spelling as many words as possible in the allotted time. Includes sand timer, transparent markers, game cards, dice, 16 critter game pieces and game board. For 2-4 players. • Grades K-5
LER-0333 ... Set. $19.95

### Fast Track Learning® Phonics Card Games

Get rid of the flashcards and break out these engaging phonics games. Players match consonants, blends, vowels or word endings to the right word — when the pictures match, the answers are correct! Each self-checking game includes 100 laminated playing cards. • Grades K-3

LER-2306 ... Monster Consonants, Grades K+ $9.95
LER-2307 ... Beach Party Blends, Grades K+ $9.95
LER-2308 ... Dino Jamboree Vowels, Grades 1+ ... $9.95
LER-2309 ... Goofy Galaxy Word Endings, Grades 1+ ... $9.95

### Sunken Treasure Adventure™

Phonics Beginning Blends Game. The octopus holds the keys to winning this treasure! Follow the tentacles and collect blend cards as you go. Match the beginning blends to word endings and score points for each word that you make! • Grades 1+
LER-5055 ... Board Game. $12.95

### Creepy Cave™
Consonant Matching Game. It's spooky, it's creepy, it's fun! Move your monster marker around the board by matching beginning consonants. Great for building vocabulary and beginning spelling skills.
Grades K+
LER-5051 ... Board Game. $12.95

### Python Path™ Word-Ending Game

Kids slither along the snake path and score points for the number of words they make. Pre-readers piece together initial consonants with rhymes. • Grades 1+
LER-5050 ... Board Game. $12.95

### Max's Attic™ – Phonics

Vowels Game. Join Max in an attic full of weird and wonderful stuff! Be the first player to put all of your cards in the attic by matching long and short vowel sounds. • Grades 1+
LER-5056 ... Board Game ... $12.95

### Snap it Up!™ Card Games

These exciting, fast-paced card games provide kids with hard-hitting practice in reading! Players pick and pass cards as fast as they can to spell words. It's fast! It's crazy! And it's so much fun, kids will want to snap it up again and again! Each game includes 90 cards. For 2-6 players. • Grades 1+

LER-3042 ... Spelling & Reading: 3 & 4 Letter Words ... $9.95
LER-3043 ... Phonics & Reading: Word Families ... $9.95

### Aussie Pouch Sentence Strip Chart

This chart has eight clear vinyl pockets for holding standard size sentence strips. It's made of high quality DENIM and measures 26-1/2" wide x 40" tall.

APC-0898 ... $17.95

A-127 Manila Sentence Strips, 100/pack ... $5.00
A-128 ... Sentence Strips, rainbow colors, 100/pack ... $4.75
A-129 ... Mini Manila Sentence Strips, 3" x 12", 100/pack ... $3.50





### Aussie Pouch Classroom Manager Chart (Pocket Chart)

This versatile chart can be used for behavior, grouping, mail, or other classroom activities. Made from high quality DENIM, this chart comes in two sizes with 34 pockets or 25 pockets that can be labeled with child's name or number and are large enough to hold most die-cut shapes.

APC-3496...34 Pocket Chart is 20-3/4" x 33-1/2"....$19.95
APC-2598...25 Pocket Chart is 20-3/4" x 24-1/2"....$17.95



### Pocket Chart Alphabet Activities
**Hands-on Learning Fun with the ABCs!**
Everything you need to teach letters, meaning to emergent readers. Every letter of the alphabet includes a story, a mini-book reproducible, picture cards, and pocket chart and extension activities. Children love to hear, memorize, and read these content-rich stories. Phonics-based vocabulary helps develop phonemic awareness. 144 pages. Gr. K–1

CTP-4035....$14.98

### Pocket Chart Books
Each book includes creative teaching ideas, blackline masters and ready-to-use, full color pocket chart cards. Each book contains a pouch on the inside back cover to store the perforated cards.

**Phonics $9.95 Each**
LER-2184....Short Vowels, Grades 1+
LER-2185....Long Vowels, Grades 1+
LER-2186....Advanced Vowels, Grades 2+
LER-2187....Beginning Consonants, Grades K+
LER-2188....Advanced Consonants, Grades 2+
LER-2189....Blends, Grades 1+

**Reading $9.95 Each**
LER-2190....Picture ABCs, Grades Pre K+
LER-2191....Opposites, Grades K+
LER-2192....Sequencing, Grades Pre K+
LER-2193....Sight Words, Grades 1+
LER-2167....Basic Parts of Speech, Grades 2+
LER-2168....Homophones, Grades 1+

### Pocket Chart Library Sets
Buy library sets and save! Each library set contains 4-6 titles within a subject area and grade level.

LER-2199...Pocket Chart Phonics, Grades K+ (LER-2184, LER-2185, LER-2186, LER-2187, LER-2188, LER-2189), Set of 6....$54.95 (a $59.70 value!)

LER-2182  Pocket Chart Reading, Grades Pre K+ (LER-2190, LER-2191, LER-2192, LER-2193, LER-2167, LER-2168), Set of 6....$54.95 (a $59.70 value!)



### Aussie Pouch Chair Pocket

Keep classrooms organized and neat by keeping students' folders, papers, etc. within easy reach. The durable pockets, made to last for years, slip over the backs of the students' chairs. The pocket is manufactured of heavy weight indigo blue DENIM and is machine washable.

APC-1196.   Original Chair Pocket, 12-1/2" across the top...$9.95
APC-1198....Small Chair Pocket, 11" across the top....$9.95

### Phonics Desk® Learning System

A complete educational learning system that provides a multi-sensory approach to reading. Phonics Desk® enables students to "see" and "feel" the shape of the letters and "hear" the sounds they make. It's easy and effective. • Gr. PreK-2

Key Features:
• 26 magnetic letters and 15 double letters
• 120 words cards comprising the 6 Master Lesson Plans
• 24 page Activity Guide provides loads of additional activities to help students master phonemic awareness
• A/C jack and adapter
• Headphone jack for quiet use
• Card and activity guide storage box
• Automatic shut-off



LF-91004...  Phonics Desk® Learning System    $119.99

### Leap's Phonics Pond™

Six exciting learning games challenge students to find letters, hear their phonetic sounds and create more than 450 words. Jumping fish light up to reward correct answers. Features: Teaches letters, phonics and spelling of three-letter words. Create more than 450 words with six stimulating learning modes. Raised-letter manipulatives. • Gr. PreK - 2



LF-30010..  Leap's Phonics Pond™.  $23.99



# Alice's Home
## Tools for Teachers

### Think & Go™ Phonics

Think & Go™ Phonics teaches the alphabet, letter sounds and word creation through six innovative learning modes. The friendly guiding voice makes learning –independently or in groups–engaging and fun! Just dial... think & go!!! Features: Interactive teaching aid that talks! Promotes phonemic awareness. Creates up to 450 three-letter words. 110-page activity guide with 34 games. Classroom-quality Califone® headphones. Manipulatives for all activities, including game boards and pieces, flash cards, bingo boards and dice. • Gr. PreK - 2

LF-90150....Think & Go™ Phonics. $69.99

### Spelling Pro™

Highly portable, Spelling Pro™ encourages spelling competency by allowing students to learn their spelling words all by themselves. It's as easy as 1-2-3! The interactive feature lets students record weekly spelling lists, quiz themselves then check their answers! Here's How it Works:



• Write spelling words on the paper, lining up one spelling word next to each number on the slide-out quiz panel.
• Record each spelling word, then slide out the panel to cover the words.
• Quiz yourself by pressing the playback button for each spelling word and writing the word down on your paper.
• Check to see if your words are spelled correctly. • Gr. 1-5

LF-91003....Spelling Pro™  $26.99

### Spelling Pro™ Quiz Book Series



The Spelling Pro™ Quiz Book Series helps expand spelling knowledge by reinforcing what students are already learning in school with the bonus practice gained from the addition of unfamiliar new words.

Books for Grades 1, 2, and 3 have 10 spelling words per page. Books for Grades 4, 5, and 5 & up have 20 words per page. Features: Increases spelling competency. Designed for use in combination with Spelling Pro™. Created in partnership with educational experts.

LF-90401....Spelling Pro™ Grade 1 Basic Skills
LF-90402....Spelling Pro™ Grade 2 Basic Skills
LF-90403....Spelling Pro™ Grade 3 Basic Skills
LF-90404....Spelling Pro™ Grade 4 Basic Skills
LF-90405....Spelling Pro™ Grade 6 Basic Skills
LF-90411....Spelling Pro™ Grade 5 & Up Challenge Book
$2.99 each

### Phonics Writing Desk™



Six innovative, interactive learning modes guide students through the exciting world of letter recognition and word creation. Students use the erasable screen and pen to write letters and words as they learn to read. Features: Teaches letter names, phonetic sounds and writing. Creates 450 three-letter words (both upper and lower case). Erasable screen lets students practice over and over again. Gr. PreK - 2

LF-38000....Phonics Writing Desk™....$34.99

### Mini Shelf and Drawers



Easily holds up to 10 x 13" stationery, worksheets, folders, construction paper and award certificates. Add drawers to store art supplies, pencils, pens, stickers, rubber stamps and much more! Shelf measurements: 17-3/4"H x 11-1/4"W x 13-1/4"D.

Q1C-26195.  Mini Shelf only. (Available in red or yellow. Specify color by letter: R=Red or Y=Yellow. Pkg: 28-1/2"H x 13-3/4"W x 1-1/4"D).....$12.95

Q1C-31022  Shelf and Drawers, single color. (Available in blue or yellow. Specify color by letter: B=Blue or Y=Yellow. Pkg: 28-1/2"H x 15"W x 2"D)....$21.95

Q1C-31021... Shelf and Drawers, assorted colors. (Shelf available in red or blue. Specify color by letter: R=Red or B=Blue. Drawers come assorted colors. Pkg: 28-1/2"H x 15"W x2"D) ...$21.95

### Super Shelf



Oversize storage has never been more affordable! The Super Shelf can be used without drawers for organizing paper, paper projects, puzzles, big books and games. Add drawers to store punches, rubber stamps and stamp and art supplies. Holds paper up to 12 x 18". Shelf measurements: 17-3/4"H x 19-1/2"W x 13-1/4"D

Q1C-26198...Super Shelf only. (Available in red, yellow, or blue. Specify color by letter: R=Red, Y=Yellow, B=Blue. Size: Pkg: 22"H x 13"W x 3-3/4"D)....$23.95

Q1C-24170....Super Shelf with Drawers. (Available in red or yellow. Specify color by letter: R=Red or Y=Yellow. Pkg: 23"H x 13"W x 5-1/4"D)....$36.95



### Craft Cubby and Drawers



Provide high-volume, heavy-duty storage and organization with the storage powerhouse! With or without drawers, the Craft Cubby is great for stacks of paper, games, books and more. Drawers are great for videos, imaginative play, manipulatives, and art supplies. Teachers will appreciate the deep shelving, quality construction, versatile design and bright colors. Holds approximately 10 lbs. per drawer.

Q1C-24093....8-shelf Cubby (Available in red, spruce, or blue. Specify color by letter: R=Red, S=Spruce, B=Blue. Size: 21"H x 21"W x 13"D, Pkg: 24"H x 14-1/2"W x 2-1/2"D)....$21.95

Q1C-24094-4....Set of 4 Drawers (Available in red or blue. Specify color by letter: R=Red or B=Blue. Size: 4-1/2"H x 9-3/4"W x 12-3/4"D, Pkg: 24"H x 13"W x 1-1/2"D)....$9.95

### Large Kit Storage Case

Convenient size is great for teachers with materials that need to be organized and carried. Perfect for back-to-school supplies, coloring books and crayons, rubber stamps, manipulatives and projects of all types. Easy to stack and label. Sturdy plastic handle for easy carrying. Measures 4-1/2"H x 13-3/4"W x 10-1/2"D



Q1C-31072... Pkg of 6, one of each color, Pkg: 22-1/2"H x 15"W x 3-1/4"D) ...$27.95

### Magazine Files



Store magazines, journals, workbooks and craft project books. Great for desktop file storage. Ideal for worksheets and homework assignments. 12-3/8"H x 3"W x 10"D.

Q1C-25145....(Available in red, blue, yellow, white, & purple. Specify color by letter: R=Red or B=Blue, etc. Pkg. of 3....$6.50

Q1C-25147....Assorted colors. One each of blue, green, orange, purple, red and yellow. Pkg. of 6....$12.95

### Reading Rods™ Word Families Kit



Emergent readers put consonants and high-frequency word endings together to build simple words, with this phonics "staple." Reading Rods™ make beginning reading an enjoyable hands-on activity! Kit contains 90 rods including: Consonants, beginning blends, 2,3, and 4-letter word families. • Grades 1-2. Corresponding Overhead Tiles are available separately. See Below.

LER-7101....Word Families Kit....$49.95

### Reading Rods™ Word Building Kit



Explore word-building at many different levels with the wide array of Reading Rods™ in this kit. Students start out building simple words with consonants and vowels, and advance into incorporating silent e, blends, digraphs, and advanced vowel combinations. Kit contains 109 rods including: Vowels, consonants, blends and digraphs, advanced vowels, silent "e". • Grades 1-2. Corresponding Overhead Tiles are available separately. See Below.

LER-7102....Word Building Kit....$49.95

### Reading Rods™ Sentence Building Kit



Parts of speech and sentence building become easy with color-coded Reading Rods™ that link together! Students learn to distinguish the nine most common parts of speech and put them together to form sentences with this extensive kit. Kit contains 156 rods including: Nouns, adjectives, adverbs, verbs, pronouns, conjunctions, articles, interjections and punctuation. Corresponding Overhead Tiles are available separately. See Below.

LER-7103....Sentence Building Kit....$59.95

### Reading and Phonics Overhead Materials



Overhead Reading Rods™ are a great way to demonstrate Reading Rods™ activities to an entire class. Each set is skill-specific and a valuable addition to any literacy program!

LER-7117....Overhead Alphabet Tiles, Set of 78....$9.95
LER-7118....Overhead Picture Tiles, Set of 96....$11.95
LER-7119....Overhead Blends & Digraphs, Set of 70....$9.95
LER-7120....Overhead Word Families, Set of 116....$14.95
LER-7121....Overhead Advanced Vowels, Set of 42....$7.95
LER-7122....Overhead Sentence Building, Set of 120....14.95
LER-7124....Hands-On Literacy® Overhead Set (includes 1 of each set) Set of 522....$64.95 ($69.70 value)



