# Exhibit D

01/07/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From:B&D's WoodShack
2119 Maple Rd
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 12/19 thru 01/07. Your
prompt attention to this matter would be greatly appreciated.

                                         Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| 23118-43 | (9)A100 | 1/5 | $220.29 |
| 4484 | (1)A106 | 1/5 | $20.16 |
| 16305 | (1)A104 | 1/5 | $20.16 |
| 9814337 | (2)A104 | 1/5 | $32.22 |
| 58058 | (1)A104 | 1/5 | $20.16 |
| 035930 | (2)A106 | 1/5 | $54.98 |

Balance Due On (16) Alices Home Frames at $24.20 each.......... .... ........$387.20
Balance Due On (9) Temp.Mas.Faces at $7.00 each............ .... .....$63.00
Total Due .......... ... . ....... ........ .... .... ... ... ........................$818.17

Bill,
   I need to know if you mailed a check for your last bill of $829.56. Our mailbox got
into an argument with a car and lost.Whatever was in the box at the time has disappeared
along with the car when it was towed away.Thanks for the help.



PAID 1|8|48

DEFENDANT'S
EXHIBIT
D

01/12/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL 60432
Hello Bill & Alice,
     The following is a breakdown of the charges incurred from 01/08 thru 01/12. Your
prompt attention to this matter would be greatly appreciated.

                                                          Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| Petty (Wedd) | (1)A104 | 01/09 | $15.31 |
| Petty (Wedd) | (1)A165 | 01/09 | $9.78 |
| Wedd | (1)A165 | 01/09 | $9.78 |
| Parkman PTO | (1)A165 | 01/09 | $9.78 |
| 97120080 | (1)A150 | 01/09 | $13.50 |

Balance Due On (1) Alices Home Frame at $24.20 each..................................$24.20
Balance Due On (3) 165 Frames at $9 00 each................................$27.00
Balance Due On (1) 150 Frame at $11 95 each...............................$11.95
Total Due.................................................................$121.30

01/23/98  10:29  FAX 815 744 7706        DOUG KELTY                                    @01

01/23/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 01/13 thru 01/23. Bill,
We received your coreaspondence regarding the Desktop easel trays. The next batch of
Desktop easels will be made with loose trays and shipped accordingly
                                                        Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 011598JW | (1)A165 | 1/22 | $11.29 |
| Ross | (1)A165 | 1/22 | $10.96 |
| Hathaway | (1)A165 | 1/22 | $11.29 |
| Stirmlinger | (3)A165 | 1/22 | $32.88 |
| 10003732 | (1)A153 | 1/22 | $16.38 |

Balance Due On (6) 165 Frames at $9.00 each................................$54.00
Balance Due On (1) Economy Easel Frame at $11.95 each...........$11.95
Total Due ......................................................................$148.75

PAID 1/23/98

01/30/98  16:15  FAX 815 744 7706        DOUG KELTY                                      ☒01

01/30/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 01/24 thru 01/30
                                                                    Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| ✓ 10544 Pilpo | (1)A165 | 1/27 | $11.29 |
| 9814788 | (1)A104 | 1/27 | $16.11 |
| 013049 | (2)A100 | 1/27 | $27.00 |
| ✓ Bruinsma | (1)A150 | 1/27 | $16.38 |
| ✓ 325764 | (1)A100 | 1/29 | $18.54 |

$89.32

Balance Due On (4) Alices Home Frames at $24.20 each............................$96.80
Balance Due On (1) 165 Frame at $9.00 each......................................$9.00
Balance Due On (1) 150 Frame at $11.95 each.................................$11.95
Balance Due On (3) Temp.Mas.Faces at $7.00 each.............................$21.00

138.75

Total Due...........................................................................$228.07

*PAID 2/9/98*

02/13/98  10:16  FAX 815 744 7706    DOUG KELTY    ☑01

02/13/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 01/31 thru 02/13.Your
prompt attention to this matter would be greatly appreciated.

                                                Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| Stirnlinger | (2)A165 | 2/2 | $22.92 |
| 011598JW | (1)A165 | 2/2 | $11.81 |
| Karlis | (1)A165 | 2/2 | $10.85 |
| Lever | (1)A165 | 2/12 | $11.81 |
| 2281 | (1)A165 | 2/12 | $11.03 |
| P055272 | (10)A150 | 2/12 | $165.90 |
| 2305 | (1)A165 | 2/13 | $11.81 |
| 801664 | (1)A165 | 2/13 | $11.81 |
| 54523 | (2)A165 | 2/13 | $23.62 |
| 5861 | (1)A165 | 2/13 | $11.81 |
| 604448 | (1)A165 | 2/13 | $11.81 |
| Powell | (1)A165 | 2/13 | $11.81 |
| 3012 | (1)A165 | 2/13 | $11.81 |
| 30244 | (1)A165 | 2/13 | $11.46 |
| 982244 | (1)A100 | 2/13 | $27.94 |
| Peterson | (1)A100 | 2/13 | $13.93 |
| Tilghman | (1)A104 | 2/13 | $14.81 |
| 35942 | (1)A104 | 2/13 | $20.37 |
| 2232 | (1)A104 | 2/13 | $16.72 |
| 982699 | (23)A100 | 2/13 | $659.57 |

Balance Due On (4) 165 Frames at $9.00 each........................................$36.00
Balance Due On (8) 165 Frames at $10.08 each...................................$80.64
Balance Due On (8) 150 Frames at $11.95 each....................................$95.60
Balance Due On (2) 150 Frames at $23.90 each....................................$47.80
Balance due On (28) Alices Home Frames at $24.20 each.................$677.60
Balance due On (25) Temp.Masonite Faces at &7.00 each................$175.00

Balance due........................................................................................$2206.24

*PAID 2/13/98*

02/27/98  11:39  FAX 815 744 7706        DOUG KELTY                    ☒01

02/27/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL 60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 02/14 thru 02/27 Your
prompt attention to this matter would be greatly appreciated.

                                                      Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| P372978 | (1)A150 | 2/23 | $14.35 |
| 38321 | (1)A100 | 2/24 | $18.75 |
| Ross | (1)A165 | 2/25 | $11.46 |
| 325764 | (1)A100 | 2/25 | $18.75 |
| Maher | Leg Braces | 2/25 | $3.00 |
| 102768 | (4)A165 | 2/25 | $44.12 |
| 642-58000 | (1)A104 | 2/25 | $20.37 |

Balance Due On (3) Alices Home Frames at $24.20 each........................$72.60
Balance due On (5) 165 Frames at $10.08 each..................................$50.40
Balance due On (1) 150 Frame at $23.90 each...................................$23.90
Balance due On (2) Temp. Mas. Faces at $7.00 each...........................$14.00
Deposit Amount Due On Remaining (47) 150 Frames..........................$561.65
Total Due................................................................................$853.35

Bill,
Please let us know the status of the parts for the (13) toothbrush houses we have waiting
for Alices order to Hamilton City Headstart. Thanks

03/20/98  15:13  FAX 8157223683          WOODSHACK INC                    ☒001

03/20/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
     The following is a breakdown of the charges incurred from 03/07 thru 03/20. Your
prompt attention to this matter would be greatly appreciated.

                                                             Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 8/1/13740 | (2)A160 | 3/16 | $26.70 |
| 8E17000029 | (4)A165 | 3/16 | $45.84 |
| MS44861 | (5)A165 | 3/18 | $59.05 |
| 2682 | (1)A165 | 3/18 | $11.81 |
| 1878 | (1)A100 | 3/19 | $15.70 |
| 2423 | (1)A104 | 3/19 | $16.72 |
| 0025 | (1)A104 | 3/19 | $16.72 |
| 980764 | (5)A104 | 3/19 | $101.85 |
| Paula Matheny | (1)A165 | 3/19 | $10.85 |
| Address Corection  (See Attached) | | | $5.00 |
| Balance Due On (2) 160 Frames at $10.50 each | | | $21.00 |
| Balance Due On (11) 165 Frames at $10.08 each | | | $110.88 |
| Balance Due On (8) Alices Home Frames at $24.20 each | | | $193.60 |
| Balance Due On (1) Temp.Mas.Face at $7.00 each | | | $7.00 |
| Balance Due On (13) Toothbrush Houses at $38.12 each | | | $495.56 |
| Balance Due At This Time | | | $1138.28 |

PAID  3/23/98

04/03/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From:B&D's WoodShack
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice.
  The following is a breakdown of the charges incurred from 03/21 thru 04/03. Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| ✓ 56657 | (2)A101 | 3/27 | $41.68 |
| ✓ 56360 | (1)A101 | 3/27 | $20.84 |
| ✓38118 | (1)A165 | 3/30 | $10.85 |
| ✓17721 | (4)A104 | 3/31 | $64.00 |
| ✓ Haley & Laura | (2)A165 | 4/1 | $23.62 |
| ✓ 1710 | (1)A160 | 4/1 | $13.35 |
| ✓577017 | (2)A100 | 4/1 | $37.50 |
| Hamilton City | (13) Toothbrush Houses | 4/1 | $130.39 |
| Headstart | | | |

242.23

Balance Due On (9) Alices Home Frames at $24.20 each .................. $217.80
Balance Due On (3) 165 Frames at $10.08 each .................. $30.24
Balance due On (1) 160 Frame at $10.50 each .................. $10.50
Balance due On (8) Temp.Mas.Faces at $7.00 each .................. $56.00
Balance Due At This Time ..................... $656.77

414.54

04/10/98    06:35    FAX 8157223683    WOODSHACK INC    ☒01

04/10/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From; WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/04 thru 04/10.Your
prompt attention to this matter would be greatly appreciated.
                                                        Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| 74690 | (1)A165 | 4/7 | $11.46 |
| 8156 | (1)A165 | 4/7 | $11.81 |
| 31508 | (4)A165 | 4/8 | $43.40 |
| 16254 | (1)A165 | 4/8 | $10.85 |
| 984334 | (2)A104 | 4/10 | $55.98 |

Balance Due On (2) Alices Home Frames at $24.20 each........................$48.40 } 118.96
Balance Due On (7) 165 Frames at $10.08 each...............  ...............$70.56
Balance Due From Previous Invoice................................................$656.77
Total Due At This Time.............................................................$909.23

909.23  PAID 4/10/98

04/24/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/18 thru 04/24.Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| Stanley | (1)A103 | 4/20 | $22.27 |
| 516011 | (1)A104 | 4/22 | $20.37 |
| 983224 | (4)A104 | 4/22 | |
| 983224 | (1)A100 | 4/22 | $157.14 |
| 00002146 | (50) Lap Boards | 4/24 | $39.16 |

Balance Due On (7) Alices Home Frames at $24.20 each. ..............$169.40
Balance Due On (50) Lap Boards............. ...................$424.75
Balance Due On (2) Temp.Mas.Faces at $7.00 each............ ....$14.00
Total Due.......................................................................$847.09

*PAID 4/29/98*

Bill,
Please note that you currently have (8) Alices Home Frames plus (1) return for a total of
(9) in inventory. Thanks

04/17/98  11:03  FAX 8157223683          WOODSHACK INC                               ☑01

04/17/98
To: Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus, OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet, IL 60432

Hello Bill & Alice,
    The following is a breakdown of the charges incured from 04/11 thru 04/17. Your prompt attention to this matter would be greatly appreciated.

                                                          Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 984334 | (2)A104 | 4/16 | $55.98 |
| Rosenberg | (1)A165 | 4/16 | $11.81 |
| 940423 | (1)A100 | 4/16 | $25.33 |
| 1-5734 | (2)A104 | 4/16 | $40.74 |

Balance Due On (5) Alices Home Frames at $24.20 each...................$121.00
Balance due On (1) 165 Frame at $10.08 each...............................$10.08
Balance Due On (1) Temp.Mas.Face at $7.00 each.........................$7.00
Total Due.............................................................................$271.94

*PAID  4/20/98*

05/01/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH  43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/25 thru 05/01.Your
prompt attention to this matter would be greatly appreciated.

                                                     Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| Service Center | (1)A104 | 4/27 | $20.37 |
| Mahar | Leg Braces | 4/27 | $4.85 |
| 98-2273 | (20)A101 | Freight | $527.49 |
| Balance Due On (21) Alices Home Frames at $24.20 each.................. | | | ..$508.20 |
| Balance Due On (40) Temp.Mas.Faces at $7.00 each. | | | ....$280.00 |
| Balance due From Previous Invoice......................................................... | | | .$847.09 |
| Total Due At This Time........................................................................... | | | $2188.00 |

*(handwritten annotations: "{ 652-71" next to first two charge lines; "} 788.20" next to the $508.20/$280.00 lines; "1348.91 Pmd 5/4/98" below)*

05/08/98  09:23  FAX 8157223683          WOODSHACK INC                    @01

05/08/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL 60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 05/02 thru 05/08. Your
prompt attention to this matter would be greatly appreciated.

                                              Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 2602 | (1)A100 | 5/7 | $15.70 |
| 65266 | (1)A165 | 5/8 | $11.03 |
| 1211-8 | (1)A165 | 5/8 | $11.81 |

Bring Back Hamilton City Toothbrush Houses ............... $130.39
13 Call Tags For Hamilton City  at $4.00 each .......... $52.00
Balance Due On  (1) Alices Home Frame at $24.20 each ......... ........ ........$24.20
Balance Due On (2) 165 Frames at $10.08 each ........ ................ ........$20.16
Balance Due On (1) Temp. Mas. Face at $7.00 each ........ ...... ..........$7.00
Balance Due. ....................................................  .......   .... ........ $272.29

Inventory Of Faces:
Wall Mount: (2) Chalk
Alices Home Faces: (6) Marker (24) Chalk
Desktop Faces: (8)
Economy Faces: (31) Marker (12) Chalk
Damaged Faces: (2) 24x36 Marker (3) 24x36 Chalk

05/15/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
     The following is a breakdown of the charges incurred from 05/09 thru 05/15 Your
prompt attention to this matter would be greatly appreciated.

                                                                    Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 980270 | (2)A150 | 5/14 | $26.36 |
| 69545 | (1)A165 | 5/14 | $11.03 |
| Balance Due On (2) 150 Frames at $11.95 each | | | $23.90 |
| Balance due On (1) 165 Frame at $10.08 each | | | $10.08 |
| Balance Due | | | ($71.37) |

*PAID 5/19/98*

Bill,
We need Marker faces in order to ship your order for (7)A104 to Central Warehouse.We
are (1) face short.Thanks

05/22/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 05/16 thru 05/22. Your
prompt attention to this matter would be greatly appreciated.

                                               Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| 147181 | (1)A150 | 5/19 | $16.59 |
| 69936 | (1)A165 | 5/19 | $11.03 |
| 41059 | (6)A104 | 5/20 | $167.94 |
| 41059 | (1)A104 | 5/21 | $27.99 |
| 1146898 | (1)A100 | 5/21 | $16.76 |
| 427116 | (1)A106 | 5/21 | $27.99 |
| CB103 | (5)A104 | 5/21 | $160.20 |

428.52

Balance Due On (14) Alices Home Frames at $24.20 each . ................$338.80
Balance Due On (1) 165 Frame at $10.08 each................. .............$10.08
Balance due On (1) 150 Frame at $11.95 each.................. ...............$11.95
Balance Due ................................................................................ $789.33

360-84

PAID 5/27/98

05/29/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 05/23 thru 05/29. Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO#  | Easels    | Date Shipped | Charges |
|------|-----------|--------------|---------|
| Wedd | (1)A104   | 5/28         | $20.37  |
| Wedd | (1)A150   | 5/28         | $16.59  |
| Wedd | (1)A165   | 5/28         | $11.81  |

Balance Due On (1) Alices Home Frame at $24.20 each .............................$24.20
Balance Due On (1)A150 Frame at $11.95 each................................. $11.95
Balance Due On (1)A165 Frame at $10.08 each.................. .. ...$10.08
Balance due ................. .. ....... .. ........... ...........$95.00

*handwritten: 42.77    46.23    PAID 6/1/98*

Bill,
You currently have (66) A109 frames in production,which includes your recent purchase
order No.2150 of (50). You will need another (21) frames to complete your recent orders
totaling (87). Thanks and have a great week.

06/05/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 05/30 thru 06/05.Your
prompt attention to this matter would be greatly appreciated.
                                                            Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|------|--------|--------------|---------|
| 69936 | (1)A165 | 6/2  Damage Replacement | N/C |
| 9817769 | (1)A101 | 6/3 | $14.35 |
| 822951 | (1)A103 | 6/3 | $18.75 |
| 822953 | (1)A103 | 6/3 | $18.75 |
| 822966 | (1)A103 | 6/3 | $18.75 |
| 822968 | (1)A103 | 6/3 | $18.75 |
| 822965 | (1)A103 | 6/3 | $18.75 |
| 822954 | (2)A103 | 6/3 | $37.50 |
| 822958 | (2)A103 | 6/4 | $37.50 |
| 822952 | (2)A103 | 6/4 | $37.50 |
| 822956 | (3)A103 | 6/4 | $56.25 |
| 822955 | (2)A103 | 6/4 | $37.50 |
| 11468-98 | Hardware Pack | 6/4 | N/C |

Balance Due On (17) Alice's Home Frames at $24.20 each................ ........$411.40
Balance Due On (18) Temp.Mas.Faces at $7.00 each.........................$126.00
Deposit Balance Due On (50) A165 Frames........ ...................$504.00
Balance Due.................. . ..................................................$1355.75

06/19/98  08:52  FAX 8157223683          WOODSHACK INC                                    ☑01

06/19/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 06/06 thru 06/19. Your
prompt attention to this matter would be greatly appreciated.

                                                                Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 150-347-98 | (2)A165 | 6/10 | $23.62 |
| 08200068 | (9)A165 | 6/10 | $106.29 |
| 822963 | (2)A103 | 6/15 | $44.54 |
| 822963 | (2)A103 | 6/15 | $44.54 |
| 822967 | (2)A103 | 6/15 | $44.54 |
| 822960 | (2)A103 | 6/15 | $44.54 |
| 822959 | (2)A103 | 6/15 | $44.54 |
| 822957 | (3)A103 | 6/15 | $66.81 |
| 822944 | (2)A103 | 6/16 | $44.54 |
| 822970 | (2)A103 | 6/16 | $44.54 |
| 822969 | (2)A103 | 6/16 | $44.54 |
| 822967 | (2)A103 | 6/16 | $44.54 |
| 822964 | (3)A103 | 6/16 | $66.81 |
| 3292-T | (1)A106 | 6/16 | $16.72 |
| 06505 | (1)A106 | 6/16 | $16.72 |
| 7552 | (1)A106 | 6/16 | $20.37 |
| 0059270 | (1)A106 | 6/17 | $27.99 |
| 822945 | (2)A103 | 6/17 | $44.54 |
| 822950 | (3)A103 | 6/17 | $66.81 |
| 822948 | (3)A103 | 6/17 | $66.81 |
| 822949 | (4)A103 | 6/17 | $89.08 |
| RR9899-1 | (5)A103 | 6/19 | $70.80 |
| 22754 | (5)A100 | 6/19 | $93.75 |
| 701-119 | (2)A100 | 6/19 | $28.32 |

Balance Due On (52) Alices Home Frames at $24.20 each.................$1258.40
Balance Due On (11) 165 Frames at $10.08 each...........................$110.88
Balance Due On (48) Temp. Mas. Faces at $7.00 each ....................$336.00
Charge For (500) Large Easel Boxes (New Style).........................$2635.00
Balance Due This Invoice..............................................$5546.59

07/01/98  11:57  FAX 8157223683          WOODSHACK INC                    ⧄01

07/01/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 06/20 thru 07/01 Your
prompt attention to this matter would be greatly appreciated.
                                              Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 822943 | (12)A103 | 6/30 | $396.97 |
| 323034 | (10)A103 | 6/30 | $373.65 |
| 40322 | (14)A103 | 6/30 | $292.24 |
| 396-102 | (14)A103 | 6/30 | $305.67 |
| Total Shipped | (50)A103 | | |

Balance Due On (50) Alices Home Frames at $24.20 each....................$1210.00
Balance Due On (50) Temp. Mas  Faces at $7.00 each...........................$350.00
Balance Due This Invoice.................................................................$2928.53

*PAD 7/6/98* (handwritten)

07/10/98  09:46  FAX 8157223683          WOODSHACK INC                      ☎01

07/10/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 07/02 thru 07/10 Your
prompt attention to this matter would be greatly appreciated.

                                                      Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 9804204 | (13)A100 | 7/09 | $372.39 |
| 982799 | (18)A103 | 7/09 | $383.10 |
| 98009690 | (1)A165 | 7/10 |  |
| 98009690 | (1)A160 | 7/10 |  |
| 98009690 | (8)A104 | 7/10 | $237.26 |
| 28330 | (9)A103 | 7/10 | $233.13 |
| 990227 | (1)A106 | 7/10 | $16.72 |
| Bloomfield | (1)A100 | 7/10 | $18.75 |

1241.35

Balance Due On (50) Alices Home Frames at $24.20 each........................$1210.00
Balance Due On (1)A165 Frame at $10.08 each.......................................$10.08
Balance Due On (1)A160 Wallmount Frame at $10.50 each......... ........$10.50
Balance Due On (41) Temp. Mas. Faces at $7.00 each.    .... .............$287.00
Balance Due This Invoice.................................................................$2778.93

1517.68

07/20/98   08:06   FAX 8157223683              WOODSHACK INC                              ☒01

07/17/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 07/11 thru 07/17.Your
prompt attention to this matter would be greatly appreciated.

                                                              Thanks, Doug

| PO# | Easels | Date Shipped | | Charges |
|---|---|---|---|---|
| 2210618 | (4)A150 | 7/14 | | $66.36 |
| Alice's Home | Toddler Easel | 7/14 | | N/C |
| T1-91-98 | (1)A160 | 7/14 | | $12.20 |
| 502718 | (1)A160 | 7/14 | | $13.35 |
| 82453 | (2)A165 | 7/15 | | $26.06 |
| 25405 | (1)A165 | 7/15 | | $11.46 |
| 370046 | (1)A165 | 7/15 | | $11.81 |
| 496-102 | (1) Temp.Mas.Face | 7/16 | Face: $7.00 | $10.95 |

Balance Due On (2) 160 Frames at $10.50 each ............................... $21.00
Balance Due On (4) 150 Frames at $11.95 each ............................... $47.80
Balance Due On (4) 165 Frames at $10.08 each ............................... $40.32
Balance Due On Previous Statement ............................... $2778.93
Total Due This Invoice ............................... $3040.24

07/29/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL. 60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 07/18 thru 07/29.Your
prompt attention to this matter would be greatly appreciated.

                                             Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| MDA41498P4200 (1)A104 | | 7/27 | $24.00 |
| 11176 | (2)A104 | 7/27 | $29.62 |
| 990327 | (3)A101 | 7/27 | $65.16 |
| 991205 | (33)A100 | 7/28 | $880.21 |
| 27012 | (11)A100 | 7/28 | $264.78 |
| 99-0773 | (1)A161 | 7/29 | $13.18 |

Balance Due On (50) Alice's Home Frames at $24.20 each.................$1210.00
Balance Due On (t) Wallmount Frame at $10.50 each.....................$10.50
Balance Due On (50) Temp.Mas Faces at $7.00 each......................$350.00
Balance Due This Invoice..............................................$2847.45

Bill,
You Currently Have (61) Wide Easels on Order. You only have (50) Frames on order
We will need faces also. We currently have: (9) Chalk Faces
                           (4) Marker Faces
                              Thanks,
                               Doug

08/07/98  09:00  FAX 8157223683          WOODSHACK INC                                    @01

08/07/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 07/30 thru 08/07 Your
prompt attention to this matter would be greatly appreciated.
                                                        Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| 2210618 | (4)A150 | 8/6 | $66.36 |
| 77369 | (1)A165 | 8/6 | $14.03 |
| F9-0125 | (1)A165 | 8/6 | $14.81 |
| 9910765 | (4)A165 | 8/6 | $59.24 |
| Address Corection (See Attached) | | | $5.00 |
| Balance Due On (4) 150 Frames at $11.95 each | | | $47.80 |
| Balance Due On (6)165 Frames at $10.08 each | | | $60.48 |
| Balance Due At This Time. | | | $267.72 |

08/20/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 08/08 thru 08/20 Your
prompt attention to this matter would be greatly appreciated.

                                    Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 990921 | (1)A101 | 8/14 | $24.72 |
| 9910765 | (1)A101 | 8/14 | $17.35 |
| 007625 | (1)A100 | 8/17 | $17.16 |
| 12700 | (1)A100 | 8/17 | $18.70 |
| P100349 | (1)A100 | 8/17 | $28.33 |
| 990447 | (1)A100 | 8/18 | $19.76 |
| Taylor | (1)A100 | 8/18 | $18.70 |
| 00019347 | (1)A100 | 8/18 | $18.70 |
| 990872 | (3)A100 | 8/18 | $65.25 |
| 107725 | (1)A100 | 8/18 | $17.16 |
| 103727 | (1)A100 | 8/18 | $18.70 |
| 013049 | (2)A100 | 8/19 | $34.32 |
| 989203 | (10)A100 | 8/19 | |
| 898203 | (1)A165 | 8/19 | $334.87 |
| 9813111 | (13)A100 | 8/20 | $255.44 |
| 19869-B | (12)A101 | 8/20 | $267.33 |

> 1148.49

Balance Due On (50) Alices Home Frames at $24.20 each ...................$1210.00
Balance Due On (1) 165 Frame at $10.08 each...............................$10.08
Balance Due On (64) Temp.Mas.Faces at $7.00 each.........................$448.00
Balance Due From Previous Invoice.........................................$267.72
Credit For Shipping Charges From 27012...................................$209.78
Balance Due This Invoice.................................................$2882.30

Bill,
United Parcel Service has ruled that your boxes are considered crates therefore there is an
$3.00 additional handling charge on each box. This addition has been reflected in your
charges.Please see note. Thanks

08/28/98  14:29  FAX 8157223683          WOODSHACK INC                                         ☎01

08/28/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 08/21 thru 08/28.Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| Jamison | (2) Pair Leg Braces | 8/21 | $6.00 |
| 30030 | (1)A160 | 8/21 | $11.20 |
| 990873 | (1)A165 | 8/25 | $10.85 |
| 99-0743 | (1)A165 | 8/25 | $10.85 |
| 99-0743 | (1)A106 | 8/25 | $17.81 |
| Newton | (1)A104 | 8/25 | $19.72 |
| 97993 | (1)A106 | 8/26 | $19.72 |
| 137354 | (1)A106 | 8/26 | $19.72 |
| 6500 | (1)A106 | 8/26 | $23.37 |
| 984263 | (4)A151 | 8/26 | $78.36 |
| 991213 | (3)A101 | 8/26 | $74.16 |
| 10725 | (1) Temp. Face | 8/26 | $5.07 |
| 91748 | (20)A103 | 8/27 | $341.65 |
| 77879 | (1)A104 | 8/27 | $30.99 |
| 71001 | (6)A106 | 8/28 | $140.22 |

Balance Due On (35) Alice's Home Frames at $24.20 each............................$847.00
Balance Due On (2)A165 Frames at $10.08 each.......................................$20.16
Balance Due On (1) Wallmount Frame at $10.50 each................................$10.50
Balance Due On (4) 151 Frames at $11.95 each.......................................$47.80
Balance Due On (27) Temp.Mas.Faces at $7.00 each.................................$189.00
Balance Due This Invoice............................................................$1924.15

Faces In Inventory:
(15) 24x36 Marker        (25) Desktop Faces
(41) 24x36 Chalk         (9) Economy Marker
(5) Economy Chalk        (6) Wallmount Marker

09/02/98  10:14  FAX 8157223683          WOODSHACK INC                                    ☑01

09/02/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 08/29 thru 09/02. Your
prompt attention to this matter would be greatly appreciated.

                                                    Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| ✓Taylor | Address Correction | 8/18 | $5.00 |
| 08509 | (1)A100 | 9/1 | $19.76 |
| 99-10 | (1)A100 | 9/1 | $31.98 |
| Erickson | (1)A100 | 9/1 | $18.70 |
| 0096 | (1)A165 | 9/1 | $16.03 |
| Haebecker | (1)A165 | 9/1 | $14.46 |
| Moran | (1)A100 | 9/1 | $31.98 |
| 991349 | (5)A100 | 9/2 | $93.50 |
| P11880 | (1)A103 | 9/2 | $30.99 |
| 197 | (1)A104 | 9/2 | $23.37 |
| 26265 | (3)A106 | 9/2 | $70.11 |
| 990513 | (1)A165 | 9/2 | $13.85 |
| 990513 | (1)A151 | 9/2 | $16.18 |
| 026082 | (1)A150 | 9/2 | $16.18 |

402.09

Balance Due On (14) Alice's Home Frames at $24.20 each.......................$338.80
Balance Due On (3) 165 Frames at $10.08 each...........    ...............$30.24     469.94
Balance Due On (2) Economy Frames at $11.95 each................. ... .......$23.90
Balance Due On (11) Temp.Mas. Faces at $7.00 each....................$77.00
Balance Due From Previous Invoice.................. ..... ................ .$1924.15
Total Due This Invoice.................................... ...............$2796.18

872-03
PD 9/3/98

Bill,
Here are the prices for Ash. One thing worth mentioning is that Ash prices are lower right
now, but as with any hardwood they seem to rise with demand. Our supplier for now
seems to think they will hold for awhile. There is a surplus of Ash right now  Bill, you
now have (1) A109 frame in stock. You currently have (35) on order.
Ash: A109 Frames $54.25   Economy Frames $26.36
        A165 Frames $22.88   Wallmount Frames $23.25

2349.09

09/11/98  10:31  FAX 8157223683        WOODSHACK INC                              ☒01

09/11/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 09/03 thru 09/11. Your
prompt attention to this matter would be greatly appreciated.

                                            Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 2422 | (1)A100 | 9/4 | $25.27 |
| 026723 | (15)A165 | 9/4 | $162.75 |
| Newton | (2) Trays | 9/11 | $18.35 |

Balance Due On (1) Alice's Home Frame at $27.12 each........ .. ...... .$27.12
Balance Due On (15)A165 Frames At $10.08 each.... ..............  ......$151.20      PAID 9/16/98
Balance Due This Invoice........... ...  ............... ........ . .... ..........($384.69)

Bill,
You currently have (7) A165 frames in stock and (6) faces in stock. At this time you have
(11) on order. We will need faces and another order for frames  Thanks

09/18/98   09:05   FAX 8157223683          WOODSHACK INC                                    Ø01

09/18/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 09/12 thru 09/18. Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | | Charges |
|---|---|---|---|---|
| 313 | (1)A104 | 9/15 | | $19.72 |
| 991843 | (4)A101 | 9/15 | | $98.88 |
| 22754 | (1)A100 | 9/15 | Replacement | N/C |
| 137354 | (1)A106 | 9/15 | Replacement | N/C |
| 990326 | (1)A151 | 9/16 | | $19.59 |
| 2104 | (6)A165 | 9/16 | B.O.(5) | $88.86 |
| 99001104 | (1)A150 | 9/17 | | $19.59 |
| 990100 | (1)A104 | 9/17 | | $21.00 |
| P. McKee | (1)A104 | 9/17 | | $21.00 |
| 1108 | (1)A104 | 9/17 | | $23.37 |
| 335112 | (2)A104 | 9/17 | | $61.98 |
| 665086 | (12)A104 | 9/17 | Freight | $376.84 |
| 98317 | (8)A106 | 9/18 | Freight | $247.72 |
| 26246 | (4)A106 | 9/18 | | $93.48 |
| 90542 | (1)A160 | 9/18 | | $19.59 |
| 000348 | (6)A100 | 9/18 | B.O. (1) | $102.96 |

1214.58

Balance Due On (42) Alice's Home Frames at $27.12 each.................................$1139.04
Balance Due On (6) 165 Frames at $10.08 each............................................$60.48
Balance Due On (2) Economy Frames at $11.95 each.......................................$23.90
Balance Due On (1) Wallmount Frame at $10.50 each.......................................$10.50
Balance Due On (16) Temp.Mas.Faces at $7.00 each......................................$112.00
Balance Due From Previous Invoice....................................................-$384.69
Deposit Due On P.O.# 00002179.........................................................$572.00
Total Due This Invoice...............................................................$3517.19

1917.92

$3132.50

PD 9/22/98

Bill,
We still need Desktop faces and we now also need the large Marker faces. Inventory on other faces is as follows.
    24 X36 Chalk Faces (20)   Economy Chalk (4)   Economy Wipe (4)

10/12/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 09/19 thru 10/12. Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| Kurucz | Frame Set | 9/23 | $7.74 |
| Widitz | (1)A153 | 9/23 | $17.35 |
| 3856 | (1)A165 | 10/05 | $14.81 |
| 3856 | (1)A151 | 10/05 | $19.59 |
| 9294 | (1)A160 | 10/05 | $17.05 |
| 9294 | (1)A165 | 10/05 | $14.46 |
| 1870-99-00160001 | (2)A165 | 10/05 | $29.62 |
| 1-659 | (1)A165 | 10/05 | $14.03 |
| 2104 | (5)A165 | 10/05 | $74.05 |
| Alice's Home | (1)A165 | 10/07 | $14.03 |
| Guza | (1)A100 | 10/09 | $18.70 |
| 8-08-102 | (1)A100 | 10/09 | $18.70 |
| 922-WC | (1)A100 | 10/09 | $19.76 |
| 18236 | (1)A100 | 10/12 | $17.16 |
| Sakamoto | (1)A100 | 10/12 | $31.98 |
| 09904419 | (1)A103 | 10/12 | $28.33 |
| 2555 | (1)A106 | 10/12 | $21.00 |
| 431884 | (1)A103 | 10/12 | $28.33 |

Balance Due On (9) Alice's Home Frames at $27.13 each ............................. $244.17
Balance Due On (1) Wallmount Frame at $10.50 each ............................. $10.50
Balance Due On (2) Economy Frames at $11.95 each ............................. $23.90
Balance Due On (11)A165 Frames at $11.44 each ............................. $125.84
Balance due On (8) Temp.Mas.Faces at $7.00 each ............................. $56.00
Total Due This Invoice ............................. $867.10

*(handwritten annotations: "SEE NOTE ON ORDER ABOUT DATE", "406.69", "460.41")*

10/16/98   12:16   FAX 8157223683              WOODSHACK INC                                          @01

10/16/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL 60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 10/13 thru 10/16  Your
prompt attention to this matter would be greatly appreciated.

                                            Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 23889 | (1)A100 | 10/14 | $18.70 |
| 23889 | (1)A104 | 10/14 | $19.72 |
| 908913 | (1)A100 | 10/14 | $19.76 |
| 908593 | (1)A100 | 10/14 | $19.76 |
| 908593 | (1)A165 | 10/14 | $14.46 |
| 99-0743 | (1)A106 | 10/14 | $17.81 |
| 992496 | (2)A101 | 10/14 | $49.44 |
| Cody | (1)A165 | 10/14 | $16.03 |
| Moreland Hills | P.O.D. | 10/15 | $2.00 |
| 026082 | (1)A150 | 10/15 | $16.18 |
| 3316 | (7)A150 | 10/16  Freight | $192.38 |

Balance Due On (6) Alice's Home Frames at $27.13 each ................$162.78
Balance Due On (2) 165 Frames at $11.44 each ....................... ......$22.88
Balance Due On (8) Economy Frames at $11.95 each. ...... .......... .........$95.60
Balance Due On (7) Temp.Mas.Faces at $7.00 each. ...... ......... ...........$49.00
Balance Due From Previous Invoice...... ...... ...... ...... ......... ..........$867.10
Total Due This Invoice. ...... ...... ...... ...... ...... ...... ...... ...... .......$1583.60

Bill,
You currently have (7) economy frames in stock. You currently have orders left totaling
(8).  Thanks.

10/26/98  09:43  FAX 8157223683          WOODSHACK INC                              ✏01

10/23/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 10/17 thru 10/23  Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|------|--------|--------------|---------|
| 08895 | (5)A104 | 10/19 | $196.14 |
| 992736 | (4)A100 | 10/19 | $87.00 |
| 9911916 | (8)A100 | 10/20 | $243.00 |
| Widitz | (1)A153 | 10/21 | N/C |
| 9977 | (2)A153 | 10/21 | $39.18 |
| 000348 | (1)A104 | 10/21 | $17.81 |
| 000348 | (4) Chalk Faces | 10/21 | $27.40 |
| Gloria | (1) Chalk Face | 10/21 | $7.03 |
| 813290 | (6)A151 | 10/22 | $153.30 |

Balance Due On (18) Alice's Home Frames at $27.13 each......         ...........$488.34
Balance Due On (9) Economy Frames at $11.95 each.........................$107.55
Balance Due On (18) Temp.Mas Faces at $7.00 each. ............  .......$126.00
Total Due This Invoice.............. .   .........            . .......$1492.75

*PAID  10/24/98*

11/11/98  12:01  FAX 8157223683          WOODSHACK INC                    ☒01

11/11/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 10/24 thru 11/11. Your
prompt attention to this matter would be greatly appreciated.

                                                    Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 066831 | (1)A100 | 10/28 | $17.16 |
| 18236 | (1)Marker Face | 10/28 | $7.85 |
| 431884 | (1)A103 | 11/04 | $28.33 |
| 99-0742 | (1)A106 | 11/04 | $17.81 |
| 99838 | (1)A106 | 11/05 | $19.72 |
| Nally | (1)A104 | 11/05 | $23.37 |
| Wedd | (1)A165 | 11/05 | $11.03 |
| Wedd | (1)A150 | 11/05 | $14.35 |
| 813290 | (6)Chalk Faces | 11/10 | $21.84 |
| 992819 | (1)A106 | 11/10 | $23.37 |
| 992820 | (1)A106 | 11/10 | $23.37 |
| 73582 | (1)A165 | 11/11 | $14.81 |
| 21796 | (1)A101 | 11/11 | $18.05 |
| Silverman | (1)A165 | 11/11 | $14.81 |
| 992738 | (1)A106 | 11/11 | $23.37 |
| 992736 | (1)A106 | 11/11 | $23.37 |
| 992734 | (1)A106 | 11/11 | $23.37 |

335.48

Balance Due On (11) Alice's Home Frames at $27.13 each...................$298.43
Balance Due On (3)165 Frames at $11.44 each..........................$34.32
Balance Due On (1) Economy Frame at $13.18 each.......................$13.18
Balance Due On (4) Temp.Mas.Faces at $7.00 each........................$28.00
Total Due This Invoice...................................................$699.91

373.43

PAID 11/13/98

Bill,
No problem with the orders going to Islip, except we ran out of 24x36 marker faces. We
sent out (3) orders today using the last (3) faces we had. You should have received the (2)
easels in the new boxes by now. Let me know what you think and if there was any
damage to report. Thanks,

11/30/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 11/25 thru 11/30. Your
prompt attention to this matter would be greatly appreciated. I hope you and your family
had a nice thanksgiving. We had fantastic weather for the holiday and plenty of family
and turkey to go around.

Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|-----|--------|--------------|---------|
| 000777 | (4)A100 | 11/30 | $127.92 |

127.92

Balance Due On (2) Alice's Home Frames at $27.13 each ........................... $54.25
Balance Due On (2) Alice's Home Frames at $54.25 each ........................... $108.50
Balance Due On (4) Temp.Mas.Faces at $7.00 each ................................... $28.00
Balance Due From Previous Invoice ..................................................... $1,110.16
Total Due This Invoice ...................................................................... $1428.83

PD  12/1/98

Bill,
    As you can see your out of Alice's Home frames. Your last order for (4)A100 finished
up the last (2) from your pervious PO. Thanks

11/24/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 11/12 thru 11/24. Your prompt attention to this matter would be greatly appreciated.

                                                                      Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| 993234 | (5)A101 | 11/19 | $141.65 |
| 029902 | (3)A165 | 11/19 | $41.55 |
| 796-WS | (1)A100 | 11/19 | $19.76 |
| 029278 | (14)A165 | 11/23 | $51.10 |
| 992737 | (1)A106 | 11/23 | $23.37 |
| 992735 | (1)A106 | 11/23 | $23.37 |
| M33140 | (3)A106 | 11/24 | $70.11 |
| M33140 | (11)A165 | 11/24 | $43.50 |

Balance Due On (11) Alice's Home Frames at $27.13 each ........................$298.43
Balance Due On (28) Desktop Frames at $11.44 each ..............................$320.32
Balance Due On (11) Temp.Mas.Faces at $7.00 each .............................$77.00
Total Due This Invoice ...........................................................................$1,110.16

12/18/98  13:21  FAX 8157223683        WOODSHACK INC                                    Ø01



12/18/98
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL 60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 12/12 thru 12/18. Your
prompt attention to this matter would be greatly appreciated.
                                                              Thanks, Doug

| PO# | Easels | Date Shipped | Charges |
|---|---|---|---|
| ✓994290 | (2)A165 | 12/16 | $29.62 |
| ✓100674 | (1)A106 | 12/17 | $19.72 |
| ✓MT2803 | (2)A100 | 12/17 | $39.52 |

Balance Due On (3) Alice's Home Frames at $31.13 each.................$93.39
Balance Due On (2) Desktop Frames at $11.44 each.....................$22.88
Balance Due On (2) Temp.Mas.Faces at $7.00 each......................$14.00
Balance Due From Previous Invoice.........................................$788.72
Total Due This Invoice.....................................................$1,007.85

Bill,
U.P.S. has put a tracer on the easel to Millbrae CA. Should we send them another easel
or continue to wait for U.P.S.'s report.
                                        Thanks,
                                             Doug

