Exhibit E

02/05/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 01/09 thru 02/05. Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | | Charges |
|---|---|---|---|---|
| Moreland Hills | (2)Trays | 1/13 | | $6.59 |
| Milbrae | (1)A100 | 1/14 | Claim Filed | $N/C |
| Alice's Home | (1)A104 | 1/18 | | $19.72 |
| Alice's Home | (1)A150 | 1/18 | | $17.35 |
| 992613 | (5)A165 | 1/21 | | $55.00 |
| 992613 | (5)A104 | 1/21 | | $116.85 |
| 101080 | (1)A106 | 1/21 | | $19.72 |
| Martha Johnson | (1)A165 | 2/3 | | $14.46 |
| 15944 | (1)A106 | 2/3 | | $21.00 |
| Pansy Bailey | (1)A165 | 2/3 | | $14.46 |
| 099646 | (1)A104 | 2/3 | | $30.99 |
| 93907 | (12)A103 | 2/4 | Freight | $254.96 |
| 816752 | (2)A104 | 2/5 | | $42.00 |

Balance Due On (2) Trays at $9.00 each...............................................$18.00
Balance Due On (23) Alice's Home Frames at $31.13 each...............$715.99
Balance Due On (7) Desktop Frames at $11.44 each.........................$80.08
Balance Due On (1) Economy Frame at $13.18 each...........................$13.18
Balance Due On (12) Temp.Mas.Faces at $7.00 each ........................$84.00
Balance Due On This Invoice...........................................................$1524.35

Bill
As you can see your easel is still in transit to who knows where.I will call U.P.S. and
have them put a trace on it. Sorry!

Doug

PAID
2/16/99


DEFENDANT'S
EXHIBIT
E

03/01/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 02/06 thru 03/01  Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| P421242 | (1)A150 | 2/16 | 17.39 |
| 39124 | (2)A165 | 2/16 | 30.00 |
| 992613 | (2)A104 | 2/16 | 23.48 for (1) |
| 816752 | (1)A104 | 2/16 | 15.98 |
| 9913859 | (1)A100 | 2/17 | 18.75 |
| 49699 | (1)A165 | 2/17 | 14.72 |
| 994632 | (9)A101 | 2/26 | 294.73 |
| 994578 | (1)A101 | 2/26 | |
| 990322 | (6)A104 | 3/1 | 134.88 |
| 905263 | (2)A165 | 3/1 | 29.24 |
| PD99E17000086 | (1)A106 | 3/1 | 21.09 |
| PD99E17000086 | (3)A165 | 3/1 | 24.88 |

Balance Due On (21) Alice's Home Frames at $31.13 each.....................$653.73
Balance Due On (1) Economy Frame at $13.18 each...........................$13.18
Balance Due On (8) Desktop Frames at $11.44 each.........................$97.52
Balance Due On (1) Temp. Mas. Face at $7.00 each......... . . ..............$7.00
Total Due This Invoice.... . ..................................................$1396.57

Bill,
You'll need to reorder Alice's Home frames and Economy frames. Your inventory on
both has ran out. Thanks

03/12/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 03/02 thru 03/12. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                              Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|-----|--------|--------------|---|--------|
| 108268 | (2)A151 | 3/10 | | $34.78 |
| 71379 | (1)A104 | 3/10 | | $21.09 |
| 14-6738 | (3)A106 | 3/10 | | $59.31 |
| Thomas | (1)A165 | 3/10 | | $14.62 |
| P2091274 | (1)A100 | 3/12 | | $32.18 |
| 387-FP | (1)A100 | 3/12 | | $19.85 |
| Bussell | (1)A100 | 3/12 | | $25.38 |
| Alice's Home | (1)A104 | 2/10 | New Box Design | $16.77 |

Balance Due On (8) Alice's Home Frames at $27.13 each...........................$217.04
Balance Due On (2) Economy Frames at $13.18 each.............................$26.36
Balance Due On (1) Desktop Frame at $11.44 each................................$11.44
Balance Due On (5) Temp.Mas.Faces at $7.00 each............ ................$35.00
Balance Due This Invoice......................................................................$513.82

*PAID 3/17/99*

*LYNSEY,*
*INVOICE THESE*

04/12/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 03/13 thru 04/12. Your prompt attention to this matter would be greatly appreciated. Have a great week.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 90554 | (2)A165 | 3/19 | $27.98 |
| 91PC-002865 | (4)A104 | 3/19 | $93.92 |
| 14-6738 | (1)A106 (Replacement) | 3/19 | N/C |
| 092186G | (1)A165 | 3/25 | $15.00 |
| 990322 | (1)A104 (Replacement) | 3/25 | N/C |
| 092185G | (1)A165 | 3/25 | $15.00 |
| 51239 | (6)A165 | 3/31 | $20.37 |
| 108268 | (1)A151 (Replacement) | 4/1 | N/C |
| 34321 | (1)A165 | 4/12 | $13.99 |

Balance Due On (4) Alice's Home Frames at $27.13 each....................$108.52
Balance Due On (11) Desktop Frames at $11.44 each........ .....................$125.84
Balance Due On (500) Wide Body Easel Boxes....................................$3,835.00
Balance Due On (250) Economy Easel Boxes........................ ...........$2,152.50
Balance Due On (250) Desktop Easel Boxes.......................................$1,267.50
Total Due This Invoice... ....................... ...............................$7,675.52

*(handwritten notes in right margin: 186.26, 234.36, 7255, PAID, 4/13/99)*

Bill,
Quick note to let you know you need to order A165 Desktop frames and we still need Marker faces. Thanks,
                    Doug

04/16/99  09:36  FAX 8157223683        WOODSHACK INC                          ☑01

04/16/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231


From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 04/13 thru 04/16. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                               Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| Timbrook | (1)A165 | 4/14 | | $11.00 |
| 91PC-002865 | (1)Chalk(1)Marker Face | 4/15 | | N/C |
| 47068 | (20)A100 | 4/15 | Freight | $437.20 |
| 09814 | (1)A106 | 4/15 | | $17.09 |
| 996480 | (1)A104 | 4/15 | | $27.17 |
| 997039 | (1)A104 | 4/15 | | $27.17 |
| 50886 | (1)A100 | 4/16 | | $15.85 |
| 387836 | (5)A104 | 4/16 | | $97.40 |
| 387835 | (4)A100 | 4/16 | | $71.44 |

Balance Due On (33) Alice's Home Frames at $27.13 each...................$895.29
Balance Due On (1) Desktop Frame at $11.44 each........ ..................$11.44
Balance Due On (25) Temp.Mas.Faces at $7.00 each. .....................$175.00
Balance Due On This Invoice. .......................................................$1786.05

*(handwritten: 704.₃₇)*
*(handwritten: 1081.₇₃)*
*(handwritten, circled: PAID 4/16/99)*

Bill,
You have (4) Alice's Home Frames left in inventory. U.P.S. is in the process of issuing us
a credit for damages to the easel faces to Germantown. We will credit Alice's Home
$40 00 per face when credit is issued to us.
                              Thanks,
                              Doug

*(handwritten: 1356)*

04/26/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/17 thru 04/26. Your prompt attention to this matter would be greatly appreciated. Have a great week.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 819405 | (10)A165 | 4/23 | $54.20 |
| 0002001762 | (3)A165 | 4/23 | $27.90 |
| 434825 | (5)A106 | 4/23 | $135.85 |
| Wedd | (1)A104 | 4/26 | $27.17 |
| Balance Due On (6) Alice's Home Frames at $27.13 each. | | | $162.78 |
| Balance Due On (13) Desktop Frames at $11.44 each. | | | $148.72 |
| Balance Due This Invoice | | | $556.62 |

245.12
311.50

PAID
4/27/99

05/13/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/27 thru 05/13. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                            Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| Parker | (1)A165 | 4/29 | $9.00 |
| 990504 | (1)A100 | 5/03 | $24.47 |
| 1595 | (1)A106 | 5/03 | $15.77 |
| 035235 | (10)A165 | 5/03 | $68.60 |
| 969875 | (19)A100 | 5/03 | $401.41 |
| 9903526 | (9)A100 | 5/10 | $215.11 |
| 115054 | (4)A100 | 5/10 | $71.44 |

Balance Due On (34) Alice's Home Frames at $27.13 each...................$922.42
Balance Due On (11) Desktop Frames at $11.44 each......................$125.84
Balance Due On (33) Temp.Mas.Faces at $7.00 each. .......................$231.00
Total Due This Invoice.........................................................$2085.06

*(handwritten:)* 845.80

*(handwritten:)* 1279.26

*(handwritten:)* 2005.06

*(handwritten:)* PAID
6/18/99

05/21/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231


From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL. 60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 05/14 thru 05/21  Your
prompt attention to this matter would be greatly appreciated. Have a great week.

                                        Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| ✓ P106872 | (1)A161 | 5/17 | | $23.87 |
| ✓ 15224 | (1)A106 | 5/18 | | $18.09 |
| ✓ 1378-WN | (1)A100 | 5/18 | | $16.85 |
| ✓ 50886 | (1)Marker Face | 5/18 | Claim Filed | N/C |
| ✓ 55006 | (1)A165 | 5/20 | | $10.62 |

Balance Due On (2) Alice's Home Frames at $27.13 each.........................$54.26
Balance Due On (1) Desktop Frame at $11.44 each.............................$11.44
Balance Due On (1) Wallmount Frame at $23.25 each..............................$23.25
Balance Due On (1) Temp. Mas. Face at $7.00 each..........................$7.00
Balance Due From 5/13/99 Invoice...........................................$2085.06
Total Due This Invoice..................................................$2250.44


Bill,
Your stock on Wallmount frames has depleted. We need faces and frames.

                              Thanks,
                                 Doug

06/11/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 05/22 thru 06/11. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                          Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| Wedd | (1)A165 | 5/26 | 2nd Day Air | $20.50 |
| Wedd | (1)A104 | 5/26 | 2nd Day Air | $55.75 |
| Wedd | (1)A150 | 5/26 | 2nd Day Air | $39.75 |
| 102062-99 | (2)A160 | 5/26 | | $26.80 |
| 437-FP | (3)A100 | 6/3 | | $50.55 |
| Jan Panther | (1)A165 | 6/3 | | $10.19 |
| Pat Lynch | (1)A165 | 6/3 | | $11.00 |
| 04948 | (1)A150 | 6/3 | | $16.66 |
| 9918065 | (2)A165 | 6/3 | | $20.38 |
| 9918247 | (1)A165 | 6/3 | | $10.19 |
| 9918073 | (4)A165 | 6/3 | | $40.76 |
| 9918272 | (1)A165 | 6/3 | | $10.19 |
| E90145 | (1)A104 | 6/9 | | $18.09 |
| 99010260-00 | (5)A151 | 6/10 | | $78.30 |

Balance Due On (5) Alice's Home Frames at $27.13 each.....................$135.65
Balance Due On (7) Economy Frames at $13.18 each..............................$92.26
Balance Due On (2) Wallmount Frames at $23.25 each............................$46.50
Balance Due On (11) Desktop Frames at $11.44 each.............................$125.84
Balance Due On (8) Temp.Mas.Faces at $7.00 each...............................$56.00

Balance Due On This Invoice.................................................$865.36
Quick note Bill,
    You have (5) Alice's Home frames left in your inventory.
                                    Thanks,
                                    Doug

PAID 6/11/99

770.54

07/08/99  08:19  FAX 8157223683          WOODSHACK INC                           ☑01

07/07/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 06/12 thru 07/07. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                                Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|-----|--------|--------------|--------|
| 037349 | (1)A100 | 6/16 | $13.33 |
| 033520 | (1)A104 | 6/16 | $17.09 |
| 990541 | (2)A150 | 6/16 | $24.68 |
| 355770 | (12)A103 | 6/28 Freight | $373.05 |
| 077589 | (1)A165 | 6/28 | $8.62 |
| 9918423 | (1)A165 | 6/28 | $8.19 |
| 9918563 | (10)A165 | 6/28 | $81.90 |
| 9918346 | (1)A165 | 6/28 | $8.19 |
| 09200104-00 | (1)A165 | 6/28 | $9.00 |

Balance Due On (14) Alice's Home Frames at $27.13 each. . . . . ...... ......$379.82
Balance Due On (2) Economy Frames at $13.18 each. ......... ....$26.36
Balance Due On (14) Desktop Frames at $11.44 each. .................$160.16
Balance Due On (13) Temp.Mas.Faces at $7.00 each.............................$91.00
Total Due This Invoice...............................................................$1201.39

*[handwritten: 9 MORE TO SHIP]*

*[handwritten: PAID 7/8/99]*

07/14/99  12:45  FAX 8157223683          WOODSHACK INC                    ☒02

07/14/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 07/08 thru 07/14. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                            Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|-----|--------|--------------|---|--------|
| 9918376 | (1)A100 | 7/12 | | $14.75 |
| 207293 | (1)A165 | 7/12 | | $9.00 |
| 00-7739 | (1)A165 | 7/12 | | $8.19 |
| 018250 | (1)A100 | 7/12 | | $13.33 |
| 018250 | (1)A150 | 7/12 | | $12.34 |
| 0139 | (1)A106 | 7/12 | | $19.48 |
| 9-07-091 | (1)A100 | 7/12 | | $14.75 |
| 411-365 | (12)A103 | 7/13 | Freight | $258.75 |
| 96212 | (12)A103 | 7/13 | Freight | $258.75 |
| 11Elem | (1)A100 | 7/13 | | $13.33 |
| 7327 | (1)A106 | 7/14 | | $17.09 |

Balance Due On (30) Alice's Home Frames at $27 13 each..............$813.90
Balance Due On (2) Desktop Frames at $11.44 each..............$22.88
Balance Due On (1) Economy Frame at $13.18 each..............$13.18
Balance Due On (28) Temp.Mas.Faces at $7.00 each..............$196.00
Total Due This Invoice..............$1685.72

Bill,
    Quick note to let you know you have (14) Alice's Home frames left in stock. You
currently have a balance of (15) on order
                                        Thanks,
                                        Doug

*PAID 7/15/99*

07/23/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL 60432

Hello Bill & Alice,
  The following is a breakdown of the charges incurred from 07/15 thru 07/23. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                         Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| ✓ 200396P020 | (5)A165 | 7/20 | $39.95 |
| ✓ 2000-49 | (1)A165 | 7/20 | $9.00 |
| ✓ 6503 | (7)A165 | 7/21 | $63.00 |
| ✓ 000840 | (8)A165 | 7/21 | $68.96 |
| ✓ 0001027 | (1)A165 | 7/23 | $9.00 |
| ✓ 000029661 | (1)A160 | 7/23 | $13.39 |
| ✓ 9918563 | (9)A165 | 7/23 | $73.71 |

Balance Due On (31) Desktop Frames at $11.44 each............................$354.64
Balance Due On (1) Wallmount Frame at $23.25 each..........................$23.25
Total Due This Invoice............................................................................$654.90

377.89

PAID
7/26/99

07/29/99  09:53  FAX  8157223683          WOODSHACK INC                                    ☑01

07/29/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL. 60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 07/24 thru 07/29. Your
prompt attention to this matter would be greatly appreciated. Have a great week.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 994371 | (1)A104 | 7/27 | $20.48 |
| 994371 | (1)A165 | 7/27 | $9.00 |
| 17217 | (5)A106 | 7/27 | $90.45 |
| 12094 | (1)A151 | 7/28 | $14.39 |
| D-242 | (1)A151 | 7/28 | $15.12 |
| M37816 | (3)A165 | 7/28 | $27.00 |
| 2182E | (1)A165 | 7/28 | $9.00 |
| 81074 | (2)A165 | 7/28 | $18.00 |
| 00-0294 | (1)A100 | 7/28 | $29.18 |
| 00000413 | (1)A100 | 7/28 | $15.75 |
| 200564 | (5)A100 | 7/28 | $94.30 |
| 90444 | (8)A103 | 7/29 | $203.76 |
| 34880 | (4)A103 | 7/29 | $75.44 |

Balance Due On (25) Alice's Home Frames at $27.13 each. ..................$678.25
Balance Due On (7) Desktop Frames at $11.44 each...............................$80.08
Balance Due On (2) Economy Frames at $13.18 each.............................$26.36
Balance Due On (19) Temp.Mas.Faces at $7.00 each.............................$133.00
Balance Due From Previous Invoice............................................$654.90  ALREADY PD.
Deposit Due From PO#2249.....................................................$1356.25
Total Due This Invoice.......................................................$3550.71

917 69

2895.81
PD 7/29/99

08/06/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 07/30 thru 08/06. Your
prompt attention to this matter would be greatly appreciated. Have a great week.

                                            Thanks, Doug

| PO# | Easels | | Date Shipped | | Charge |
|-----|--------|---|--------------|---|--------|
| 27907 | (1)A150 | | 8/5 | | $16.66 |
| 822055 | (5)A150 | | 8/5 | | $75 60 |
| 26096 | (2)A104 | | 8/6 | | $33.54 |
| 1000584 | (4)A103 | | 8/6 | | $101 88 |
| 026430 | (14)A100 | | 8/6 | | $200.62 |
| 038906 | (14)A165 | B.O.(8) | 8/6 | Freight | |
| 038906 | (12)A100 | | 8/6 | Freight | $283.82 |

Balance Due On (32) Alice's Home Frames at $27.13 each.....................$868 16
Balance Due On (6) Economy Frames at $13.18 each.... . ......$79.08
Balance Due On (14) Desktop Frames at $11.44 each... ....................$160.16
Balance Due On (30) Temp.Mas.Faces at $7 00 each......................$210.00
Total Due This Invoice.. ...............................................................$2,029.52

Bill,
Quick note to let you know that you are out of desktop frames.

                          Thanks,
                          Doug

*[Handwritten annotations: "√ 033620", "7 2 12", "1317.40", "+572.00 FOR PO 0012253", "2601.52", "PAID 8/9/99"]*

08/27/99  08:25  FAX 8157223683          WOODSHACK INC                    ☑01

08/20/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 08/07 thru 08/20. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                              Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 13350 | (6)A103 | 8/10 | $89.88 |
| 038906 | (8)A165 | 8/17 | $63.92 |

Balance Due On (6) Alice's Home Frames at $27.13 each.... .... ...............$162.78
Balance Due On (8) Desktop Frames at $11.44 each....... ................... $91.52
Balance Due On (6) Temp.Mas.Faces at $7.00 each............................$42.00
Total Due This Invoice............................................................................$450.10

*PAID 450.10*

09/03/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 08/21 thru 09/03  Your
prompt attention to this matter would be greatly appreciated. Have a great week.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|-----|--------|--------------|--------|
| 02208 | (2)A100 | 8/30 | $33.70 |
| 41076 | (1)A104 | 8/30 | $18.86 |
| 836 | (2)A100 | 8/30 | $31.50 |
| 000637 | (4)A104 | 8/30 | $57.32 |
| 01PC000965 | (6)A104 | 8/30 | $122.88 |
| 12410008 | (1)A103 | 8/31 | $22.38 |
| 0008 | (1)A103 | 8/31 | $22.38 |
| 20 | (1)A103 | 8/31 | $22.38 |
| 106051 | (1)A106 | 8/31 | $16.77 |
| 01766 | (2)A106 | 8/31 | $36.18 |
| 20028 | (4)A150 | 9/01 | $60.48 |
| 06010026 | (1)A103 | 9/03 | $22.38 |
| 0009 | (1)A103 | 9/03 | $22.38 |
| 0010 | (1)A103 | 9/03 | $22.38 |
| 99100077 | (1)A103 | 9/03 | $22.38 |
| 0380 | (1)A103 | 9/03 | $22.38 |
| 200870 | (1)A100 | 9/03 | $18.86 |

Balance Due On (27) Alice's Home Frames at $27.13 each.................... $732.51
Balance Due On (4) Economy Frames at $13.18 each................. $52.72
Balance Due On (13) Temp Mas Faces at $7 00 each..............................$91.00
Total Due This Invoice................................................................$1451.82

PAID 9/7/99

09/10/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 09/04 thru 09/10. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                              Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 0000002008 | (10)A104 | 9/09 | Freight | $264.94 |
| F0000002988 | (13)A104 | 9/10 | Freight | $298.86 |
| 2109 | (2)A150 Back Order (1) | 9/10 | | $30.24 |
| Wortman | (1)A165 | 9/10 | | $10.17 |
| Rectenwald | (1)A165 | 9/10 | | $8.19 |

Balance Due On (23) Alice's Home Frames at $27.13 each............................$623.99
Balance Due On (2) Economy Frames at $13.18 each ... ...................$26.36
Balance Due On (2) Desktop Frames at $11.44 each............................$22.88
Balance Due This Invoice ......................................................$1285.63
Balance Due From Previous Invoice.......................................$1451.82
Total Due This Invoice.......................................................$2737.45

*673.23*

Bill,
Quick Note!
We are out of marker economy faces. As you can see we back ordered (1) A150. Also
you have (6) chalk economy faces left in stock. Another thing is we are currently
experiencing difficulty getting our leg support hinges. The company we normally get
them from states that they won't be getting any in till November 6th. We can't wait till the
6th of November so we are working with another source. I'll keep you posted on how our
search is going.
                                                    Thanks,
                                                    Doug

*$1285.63 PD 9/13/99*

10/01/99
To Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus, OH. 43231

From: WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

Hello Bill & Alice,

The following is a breakdown of the charges incurred from 09/11 thru 10/01. Your prompt attention to this matter would be greatly appreciated. Have a great week.

Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 002188 | (1)A150 | 8/27 | | $16.66 |
| 019225 | (3)A150 | 8/27 | | $49.98 |
| 822055 | (1)A150 Replacement | 8/27 | Claim Filed | N/C |
| Wedd | (1)A165 | 9/13 | | $10.17 |
| 00002257 | (54) Lap Top Stands | 9/30 | | $35.70 |
| Balance Due On (4) Economy Frames at $13.18 each | | | | $52.72 |
| Balance Due On (1) Desktop Frame at $11 44 each | | | | $11.44 |
| Balance Due On (54) Lap Top Stands at $19.54 each | | | | $1055.16 |
| Total Balance Due On This Invoice | | | | $1231.83 |

*(handwritten annotations: "60.52", "50% DOWN ALREADY PAID", "566.66", "743.33")*

Bill,
As per my phone message the other day we have solved our hinge problem. The price has gone up considerably from the other price but it looks like it's the best were going to do for now. I'm still working on other suppliers and pricing. I'll let you know what comes up as it happens. We should have the new hinges no later than tuesday so we will be able to get your accounts up to date by weeks end next week.

Thanks,
Doug

*(handwritten: 743.33 PAID 10/1/99)*

*(handwritten: I WAS WRONG - I HADN'T PAID IT $488.50 CHECK # 1870 PAID 10/5/99)*

10/08/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL 60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 10/02 thru 10/08. Your
prompt attention to this matter would be greatly appreciated. Have a great week.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| ✓ 000712 | (2)A104 | 10/04 | $29.96 |
| ✓ 1749 | (1)A104 | 10/04 | $14.98 |
| ✓ 2109 | (1)A150 | 10/04 | $15.12 |
| ✓ PD2KE17000035 | (2)A165 | 10/04 | $17.24 |
| ✓ 040356 | (1)A165 | 10/04 | $7.99 |
| ✓ 0001687 | (1)A165 | 10/04 | $8.19 |
| ✓ 26463 | (1)A165 | 10/04 | $9.00 |
| ✓ 039680 | (1)A165 | 10/04 | $7.99 |
| ✓ 039637 | (4)A165 | 10/04 | $31.96 |
| ✓ M60946 | (1)A104 | 10/04 | $28.17 |
| ✓ 889 | (1)A106 | 10/05 | $18.09 |
| ✓ P001232 | (7)A106 | 10/05 | $197.19 |
| ✓ 10380 | (3)A106 | 10/05 | $50.31 |
| ✓ 10387 | (2)A106 | 10/05 | $33.54 |
| ✓ 412-30 | (5)A103 | 10/05 | $74.90 |
| ✓ Marquadt | (1)A103 | 10/05 | $25.47 |
| ✓ 1106 | (1)A100 | 10/05 | $15.75 |
| ✓ Wedd | (1)A104 | 10/06 | $20.48 |
| ✓ 84864 | (2)A104 | 10/08 | $33.54 |
| ✓ 84864 | (5)A106 | 10/08 | $83.85 |
| ✓ 26P01186 | (1)A100 | 10/08 | $29.18 |
| ✓ Moon | (1)A100 | 10/08 | $16.85 |
| ✓ 13460 | (1)A151 | 10/08 | $14.39 |

Balance Due On (34) Alice's Home Frames at $27.13 each.........................$922.42
Balance Due On (10) Desktop Frames at $11.44 each..............................$114.40
Balance Due On (2) Economy Frames at $13.18 each.............................$26.36
Balance Due On (10) Temp.Mas.Faces at $7.00 each..............................$70.00
Total Due This Invoice.............................................................$1917.32

PAID 10/12/99

10/15/99  09:22  FAX 8157223683          WOODSHACK INC                    01

10/15/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 10/09 thru 10/15  Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                      Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|-----|--------|--------------|--------|
| √Ott Sizemore | (4)A165 | 10/12 | $34.48 |
| Muldrow | (1)A165 | 10/12 | $9.00 |
| √3682 | (3)A165 | 10/12 | $25.86 |

Balance Due On (8) Desktop Frames at $11.44 each......................$91.52
Balance Due From Previous Invoice..................................$1917.32
Total Due This Invoice............................................$2078.18

Bill, Quick note to let you know that we still need marker faces. We cannot process
current orders due to the lack of faces. Also, when we do process current orders your
inventory on wide-body easel frames will be depleted. As of now you have (12)
wide-body easels on order.

                              Thanks,
                              Doug

                       PAID  10/20/99

10/29/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 10/16 thru 10/29. Your prompt attention to this matter would be greatly appreciated. Have a great week.
                                                                Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| Casey | (1)A165 | 10/19 | $9.00 |
| Janice Vinty | (1)A165 | 10/19 | $8.62 |
| Carolyn Thomas | (1)A165 | 10/21 | $9.00 |
| Linda Nelson | (1)A165 | 10/21 | $9.00 |
| 2794 | (6)A165 | 10/21 | $54.00 |
| McDonald Elem. | (1)A109 Frame | 10/25 | $14.39 |
| 84864 | (1)A104 | 10/29 | $16.77 |
| 84864 | (1)A106 | 10/29 | $16.77 |
| 209172 | (1)A100 | 10/29 | $18.86 |
| 41833 | (2)A100 | 10/29 | $33.70 |
| Franklin | (1)A100 | 10/29 | $18.86 |
| 14503 | (1)A100 | 10/29 | $18.86 |
| 0002323 | (3)A100 | 10/29 | $47.25 |
| 0002322 | (8)A104 | 10/29 | $134.16 |
| 0002322 | (2)A165 | 10/29 | $16.38 |
| 107648 | (1)A106 | 10/29 | $16.77 |
| Shelton | (1)A104 | 10/29 | $28.17 |
| 107656 | (4)A104 | 10/29 | $67.08 |
| 45724 | (2)A104 | 10/29 | $33.54 |
| 45724 | (1)A165 | 10/29 | $8.19 |

Balance Due On (27) Alice's Home Frames at $27.13 each............$732.51
Balance Due On (13) Desktop Frames at $11.44 each....................$148.72
Balance Due On (8) Temp.Mas Faces at $7.00 each.......................$56.00
Deposit Due On PO# 0002270 ....................................................$572.00
Total Due On This Invoice ..........................................................$2088.60

PD 11/2/99

11/05/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 10/30 thru 11/05. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                        Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| √ 1235 | (4)A104 | 10/04 | $81.92 |
| √ 84864 | (3)A106 | 11/03 | $50.31 |
| √ P407256 | (2)A100 | 11/04 | $58.36 |
| √ Koehn | (1)A165 | 11/04 | $8.62 |
| √ 162185 | (1)A165 | 11/04 | $9.00 |
| √ 14503 | (1)A100 | 11/05 | N/C |
| √ Faucette | (1)A165 | 11/05 | $9.00 |

Balance Due On (10) Alice's Home Frames at $27.13 each............................$271.30
Balance Due On (3) Desktop Frames at $11.44 each......................................$34.32
Balance Due On (3) Temp.Mas.Faces at $7.00 each.......................................$21.00
Total Due This Invoice...............................................................................$543.83

11/19/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 11/06 thru 11/19. Your
prompt attention to this matter would be greatly appreciated. Have a great week.
                                                           Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 202026 | (1)A160 | 11/15 | $16.66 |
| 59682 | (4)A106 | 11/15 | $66.64 |
| Wedd | (1)A104 | 11/15 | $18.09 |
| Wedd | (1)A165 | 11/15 | $8.62 |
| Wedd | (1)A150 | 11/15 | $15.12 |
| 59682 | (12)A104 Freight | 11/15 JOL0252138025 | $25.00 |
| 990944 | (3)A106 | 11/18 | $50.31 |
| PD2KE17000082 (1)A150 | | 11/18 | $15.12 |

Balance Due On (20) Alice's Home Frames at $27.13 each................. .$542.60
Balance Due On (1) Desktop Frame at $11.44 each......... ........ .........$11.44
Balance Due On (2) Economy Frames at $13.18 each..............................$26.36
Balance Due On (1) Wallmount Frame at $23.25 each. . ..........................$23.25
Total Due This Invoice........... ........ ...........  ........... ............... ...........: .$819.21

Bill,
Quick note! We have (6) marker wide body faces in inventory.
                                            Thanks,
                                            Doug

*PAID 11/23/AA*

11/24/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 11/20 thru 11/24. Your
prompt attention to this matter would be greatly appreciated.
   Hope your Thanksgiving Holiday is a safe and happy one, Happy Thanksgiving and
thank you for your confidence in WoodShacks service.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| ✓203636 | (2)A101 | 11/24 | $43.74 |
| ✓002809 | (2)A104 | 11/24 | $40.96 |
| ✓349-164 | (1)A104 | 11/24 | $18.09 |
| ✓349-163 | (1)A150 | 11/24 | $15.12 |
| ✓349-163 | (1)A165 | 11/24 | $8.62 |

Balance Due On (5) Alice's Home Frames at $27.13 each.... ...............$135.65
Balance Due On (1) Economy Frame at $13.18 each........... ...............$13.18
Balance Due On (1) Desktop Frame at $11.44 each............ ...............$11.44
Balance Due On (4) Temp.Mas.Faces at $7.00 each........ ...............$28.00

Total Due This Invoice..... .......... ............. ............ ............ $314.80

*PAID 11/24/9A*

12/03/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 11/25 thru 12/03  Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 1-1-3,Neal Titus | (1)A165 | 11/30 | $9.00 |
| 2816501 | (2)A150 | 11/30 | $30.24 |
| P713586 | (1)A103 | 11/30 | $25.47 |
| Compton | (1)A165 | 11/30 | $10.17 |
| 14503 | (1)A100 | 11/30 | N/C |
| 0002322 | (1)A104 | 11/30 | N/C |
| 1855 | (1)A104 | 11/30 | $14.98 |
| 00-1267 | (20)A101 | 12/03   Freight | $50.00 |
| 119511 | (1)A165 | 12/03 | $9.00 |

Balance Due On (24) Alice's Home Frames at $27.13 each........ ........$542.60
Balance Due On (2) Economy Frames at $13.18 each................. .......$26.36
Balance Due On (3) Desktop Frames at $11.44 each..... ..................$34.32
Balance Due On (42) Temp.Mas.Faces at $7.00 each. ...................$294.00
Total Due This Invoice................. .......... .........................$1046.14

PAID  12/7/99

12/17/99
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 12/04 thru 12/17. Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 59775 | (5)A104 | 12/15 | $102.40 |
| 59776 | (4)A104 | 12/15 | $81.92 |
| P0007298 | (1)A106 | 12/15 | $16.77 |
| 46385 | (1)A104 | 12/15 | $20.48 |

Balance Due On (11) Alice's Home Frames at $27.13 each.......... .........$298.43

Total Due On This Invoice.... ............................................................... .......$520.00

Bill,
   For your recorders you have (7) Economy frames left in stock.
                              Thanks,
                               Doug

*PD 12/24/99*

*6396.41*

Exhibit F

01/10/00
To Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From: WoodShack Inc.
2119 Maple Rd
Joliet,IL 60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 12/18 thru 01/10/00  Your
prompt attention to this matter would be greatly appreciated

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 001198 | (2)A165 | 01/03 | $18.00 |
| 84046 | (1)A100 | 01/03 | $18.86 |
| 11063 | (1)A104 | 01/03 | $18.09 |
| 90444 | (3) Proofs Of Delivery | 01/03 | $18.00 |
| 1100-3496 | (1)A106 | 01/03 | $18.09 |
| 006923 | (2)A103 | 01/03 | $37.72 |
| 006923 | (1)A103 | 01/10  Replacement | N/C |

Balance Due On (5) Alice's Home Frames at $27.13 each.............................$135.65
Balance Due On (2) Desktop Frames at $11 44 each ...............................$22.88
Balance Due On (3) Temp.Mas. Faces at $7 00 each. .............  ............ $21.00
Total Balance Due This Invoice. ....................................... ...............$308.29

*PAID 1/10/00*



01/28/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 01/11 thru 01/28/00  Your
prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 5602 | (3)A165 | 1/20 | $27.00 |
| Hull | (1)A165 | 1/20 | $9.00 |
| Kamphuis | (1)A165 | 1/20 | $7.99 |
| 143719 | (1)A100 | 1/20 | $16.33 |
| P003390 | (1)A106 | 1/20 | $28.17 |
| 54350 | (1)A104 | 1/20 | $18.09 |
| Carrothers | (1)A165 | 1/27 | $8.19 |
| 31001 | (1)A104 | 1/27 | $20.48 |
| Wedd | (1)A150 | 1/27 | $14.39 |

Balance Due On (4) Alice's Home Frames at $27.13 each.........................$108.52
Balance Due On (6) Desktop Frames at $11.44 each............. ............... .$68.64
Balance Due On (1) Economy Frame at $13.18 each...... .. ............. ...$13.18
Balance Due On (1) Temp.Mas.Face at $7.00 each. .........................$7.00
Total Due This Invoice............................. .. .... . ..... .. .............$346.98

PAID 2/7/00

02/18/00    10:09  FAX 8157223683          WOODSHACK  INC                                    ☑01

02/18/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 01/29/00 thru 02/18/00.
Your prompt attention to this matter would be greatly appreciated.

                                                    Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| Mansfield | (1)A106 | 2/3 | $17.07 |
| 201-052 | (2)A165 | 2/3 | $17.52 |
| PO1739 | (3)A165 | 2/3 | $24.96 |
| Collins | (1)A104 | 2/11 | $17.07 |
| Thomasson | (1)A104 | 2/11 | $18.43 |
| Bailey | (3)A104 | 2/11 | $55.29 |
| 02005246-00 FY2000 (1)A106 | | 2/11 | $17.07 |
| 4139 | (6)A104 | 2/14 | $125.40 |
| 006424 | (1)A160 | 2/14 | $16.96 |
| 56047 | (2)A165 | 2/14 | $16.64 |
| PCDO-00228038 (8)A106 | | 2/18    Freight | $25.00 |

Balance Due On (21) Alice's Home Frames at $27.13 each.................$569.73
Balance Due (7) Desktop Frames at $11.44 each................................$80.08
Balance Due On (1) Wallmount Frame at $23.25 each. . .......................$23.25
Deposit Due On (50) Alice's Home Frames ....................................$1356.25
Total Due This Invoice.................................................................$2380.72

Hi Bill,
As you can see you need to reorder the wide body frames. You have already used (10)
frames from your next order of fifty.

                                          Thanks,
                                             Doug

03/03/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc
2119 Maple Rd
Joliet,IL.60432

Hello Bill & Alice,
  The following is a breakdown of the charges incurred from 02/19/00 thru 03/03/00
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 2004369 | (1)A165 | 3/3 | $8.32 |
| Ortiz | (1)A165 | 3/3 | $10.36 |
| 18221 | (1)A100 | 3/3 | $19.23 |
| 186919 | (3)A104 | 3/3 | $62.70 |

Balance Due On (4) Alice's Frames at $27.13 each............................. $108.52
Balance Due On (2) Desktop Frames at $11.44 each.... ....... ...............$22.88
Balance Due On (1) Temp.Mas.Face at $7.00 each...............................$7.00
Balance Due From Previous Invoice 2/18 ......... ... ............... ..... ..$2380.72
Total Due This Invoice. . ...... ...... ... .. ... .... .... . ...................$2619.73

03/20/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 03/04/00 thru 03/20/00.
Your prompt attention to this matter would be greatly appreciated.

                                                        Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 030100 | (1)A165 | 3/8 | | $8.76 |
| 8060-F | (14)A100 | 3/8 | Yellow Freight | $50.00 |
| 201294 | (2)A160 | 3/9 | | $30.74 |
| 205561 | (6)A101 | 3/20 | | $94.98 |
| 046371 | (3)A165 | 3/20 | | $24.33 |
| 032387 | (1)A165 | 3/20 | | $9.16 |
| 349-181 | (1)A165 | 3/20 | | $8.76 |
| 8060-F | (6)A100 | 3/20 | | $115.38 |
| 31500 | (1)A104 | 3/20 | | $17.07 |
| D740242 | (2)A104 | 3/20 | | $34.14 |

Balance Due On (29) Alice's Home Frames at $27.13 each.... ......... .$786.77
Balance Due On (6) Desktop Frames at $11.44 each. ... ... ..........$68.64
Balance Due On (2) Wallmount Frames at $23.25 each. ..... .... . ......$46.50
Balance Due On (32) Temp.Mas.Faces at $7.00 each...... ... ..........$224.00
Total Due This Invoice................................. ... .................................$1519.23

Bill,
Quick note on your inventory of frames at this time.
Widebody Frames: (6)
Economy Frames:  (6)
Desktop Frames:  (28)
Wallmount Frames: (0)

*PAID  3/23/00*

03/30/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 03/21/00 thru 03/30/00.
Your prompt attention to this matter would be greatly appreciated.

                                                          Thanks, Doug
   PO#                Easels            Date Shipped          Charge
 27013               (1)A104              3/21              $15.23
 387                 (2)A106              3/29              $34.14
 44456               (12)A165             3/29              $109.92
 00006348            (1)A100              3/30              $16.02
   Balance Due On (4) Alice's Home Frames at $27.13 each.. ... .... . ... .$108.52
   Balance Due On (12) Desktop Frames at $11.44 each...........................$137.28
   Balance Due On (1) Temp.Mas.at $7 00 each.... ...... ...... ... ......$7.00
   Total Due This Invoice...... .......... ...................................................$428.11

Bill,
Just to let know your out of widebody frames at this time. Another note worth
mentioning is the cost of boxes has gone up outrageously in the past year. Our supplier
has informed us that there has been a 25% increase since our last purchase. Your
inventory on boxes as of now is :
                        Widebody - 110
                        Economy - 256
                        Desktop - 147

                                                        PAID 4/3/00

                        Thanks,
                           Doug

04/17/00  11:08  FAX 8157223683          WOODSHACK INC                    ☑01

04/17/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 03/31/00 thru 04/17/00.
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 1100-4951 | (1)A106 | 4/07 | $18.43 |
| 349-184 | (1)A106 | 4/07 | $18.43 |
| 029973 | (1)A150 | 4/07 | $22.33 |
| F40487 | (1)A165 | 4/17 | $8.32 |

Balance Due On (2) Alice's Home Frames at $27.13 each.........................$54.26
Balance Due On (1) Economy Frame at $13.18 each..............................$13.18
Balance Due On (1) Desktop Frame at $$11.44 each........................$11.44
Total Due This Invoice...........................................................$147.39

PAID 4/19/00

05/15/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/18/00 thru 05/15/00.
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|-----|--------|--------------|--------|
| 0040790 | (1)A150 | 4/28 | $14.62 |
| 200008975 | (2)A165 | 4/28 | $18.36 |
| 27930 | (2)A106 | 4/28 | $36.86 |
| 02467 | (1)A106 | 4/28 | $18.43 |
| Hedges Elem. | (1) Pr.Hinges | 5/4 | N/C |
| Patti | (1)A104 | 5/4 | $18.43 |
| Patti | (2)A165 | 5/4 | $17.52 |
| Jetton | (1)A165 | 5/5 | $9.16 |
| 5288 | (1)A165 | 5/9 | $9.16 |
| SPO-00330757 | (1)A150 | 5/9 | $22.33 |
| Harwood | (1)A100 | 5/9 | $16.02 |
| 00017823 | (1)A104 | 5/15 | $28.83 |
| 00017823 | (1)A106 | 5/15 | $28.83 |
| 204747 | (2)A165 | 5/15 | $18.32 |

Balance Due On (7) Alice's Home Frames at $27.13 each........................$189 91
Balance Due On (2) Economy Frames at $13.18 each.................. .........$26 36
Balance Due On (8) Desktop Frames at $11.44 each.. ...........................$91 52
Balance Due On (1) Temp.Mas.Face at $7.00 each................................$7.00
Total Due This Invoice........ .... ...................... ..... ...................$571 66

PAID 5/16/00

06/08/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 05/16/00 thru 06/08/00.
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|-----|--------|--------------|--|--------|
| √10604 | (13)A104 | 5/22 | Yellow Freight | $65.00 |
| √595218 | (11)A165 | 5/22 | | $100.76 |
| √319 | (1)A100 | 6/6 | | $14.56 |
| √22044 | (1)A100 | 6/6 | | $16.02 |
| √00238 | (4)A106 | 6/6 | | $83.60 |
| √30799 | (13)A100 | 6/7 | | $124.28 |

Balance Due On (32) Alice's Home Frames at $27.13 each.....................$868.16
Balance Due On (6) Desktop Frames at $11.44 each. ................ ............$68.64
Balance Due On (5) Desktop Frames at $22.88 each..............................$114.40
Balance Due On (15) Temp.Mas.Faces at $7.00 each................... .....$105.00
Deposit Due On (50) Desktop Frames ......................... ........ ...............$572.00
Deposit Due On (50) Economy Frames ............... ... .....................$659.00
Deposit Due On (50) Alice's Home Frames... . ............................. ......$1356.00
Total Due This Invoice......... ... ....................................... ......$4,147.42

Bill,
Your current inventory is as follows: (3) Economy frames, (9) Widebody frames
(0) Desktop frames.
Economy Faces: (37) Marker, (32) Chalk.    Widebody Faces: (4) Marker, (8) Chalk.
Desktop Faces: (27)

Thanks, Doug

PAID 6/9/00

06/30/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 06/09/00 thru 06/30/00.
Your prompt attention to this matter would be greatly appreciated.

                                                        Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| Berry | (1)A104 | 6/15 | | $18.43 |
| Wedd | (1)A4800 | 6/21 | Next Day Air | $360.00 |
| 047306 | (4)A165 | 6/29 | | $32.44 |
| 047111 | (6)A165 | 6/29 | | $48.66 |
| 047119 | (2)A165 | 6/29 | | $16.22 |
| 047257 | (6)A165 | 6/29 | | $48.66 |
| 047167 | (8)A165 | 6/29 | | $64.88 |
| 047167 | (4)A153 | 6/29 | | $54.16 |
| 047153 | (4)A165 | 6/30 | | $32.44 |
| 047153 | (6)A151 | 6/30 | | $81.24 |
| 047219 | (1)A165 | 6/30 | | $8.11 |
| 047219 | (1)A151 | 6/30 | | $13.54 |
| 047219 | (1)A152 | 6/30 | | $13.54 |
| 00238 | (1) Marker Face | 6/30 | | N/C |
| 049677 | (1)A100 | 6/30 | | $14.56 |
| 0007062 | (1)A100 | 6/30 | | $16.02 |
| 003ILD | (1)A104 | 6/30 | | $17.07 |
| 01-00248 | (2)A165 | 6/30 | | $16.64 |
| 20851 | (2)A165 | 6/30 | | $17.52 |

Balance Due On (4) Alice's Home Frames at $27.13 each............. .......$108.52
Balance Due On (35) Desktop Frames at $11.44 each....................... ....$400.40
Balance Due On (1) 4800 Frame at $115.00 each... ................. ...:.........$115.00
Balance Due On (12) Economy Frames at $13.18 each................. . . . ...$158.16
Balance Due On (10) Temp.Mas.Faces at $7.00 each..... ... ............ ....$70.00
Total Due This Invoice............................ .......................... ........ .......$1726.21

07/07/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 07/01/00 thru 07/07/00
Your prompt attention to this matter would be greatly appreciated.

                                              Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 047097 | (18)A106 | 7/6 | Freight | $86.00 |
| 047097 | (1)A151 | 7/6 | | ^^^^^ |
| 190609 | (4)A165 | 7/7 | | $36 64 |
| Stopek | (1)A104 | 7/7 | | $24.82 |
| 26539 | (1)A100 | 7/7 | | $16.02 |
| 00008237 | (1)A100 | 7/7 | | $16.02 |

Balance Due On (21) Alice's Home Frames at $27.13 each............$569.73
Balance Due On (1) Economy Frame at $13.18 each.................$13.18
Balance Due On (4) Desktop Frames at $11.44 each...............$45.76
Balance Due On (3) Temp.Mas.Faces at $7.00 each................$21.00
Total Due This Invoice....................................$829.17
Balance Due Previous Invoice.............................$1726.21
Total Due This Invoice...................................$2555.38

PD 7/10/00

08/18/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 07/08/00 thru 08/18/00.
Your prompt attention to this matter would be greatly appreciated.

                                                              Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 10962 | (1)A104 | 8/16 | | $21.90 |
| 25162 | (1)A104 | 8/16 | | $21.90 |
| 003ILD | (1)A104 | 8/16 | Damage Replacement | N/C |
| 22876 | (1)A104 | 8/16 | | $21.90 |
| 000274 | (7)A104 | 8/17 | | $113.61 |
| 46787 | (1)A165 | 8/17 | | $9.56 |
| 3766E | (1)A165 | 8/17 | | $9.56 |
| 02677 | (2)A165 | 8/17 | | $16.22 |
| A-5179 | (1)A150 | 8/18 | | $16.37 |
| 01-RR-017 | (3)A150 | 8/18 | | $43.62 |
| 01004338 | (6)A106 | 8/18 | | $178.98 |
| 211094 | (1)A106 | 8/18 | | $18.01 |

Balance Due On (18) Alice's Home Frames at $27.13 each............ . ....$488.34
Balance Due On (4) Desktop Frames at $11.44 each........................ ....$45.76
Balance Due On (4) Economy Frames at $13.18 each . .........................$52.72
Total Due This Invoice.... ... ...... .......... ........ .............. .......$1,058.43

*PAID 8/22/00*

08/25/00
To Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 08/19/00 thru 08/25/00.
Your prompt attention to this matter would be greatly appreciated.

                                                    Thanks, Doug
| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 010678 | (1)A100 | 8/24 | $20.23 |
| 01051051-24 FY2001 (1)A101 | | 8/24 | $20.23 |
| 36394 | (1)A106 | 8/24 | $21.90 |
| 0015875 | (8)A103 | 8/25 | $124.48 |
| 202485 | (1)A103 | 8/25 | $15.56 |
| 003031 | (2)A103 | 8/25 | $31.12 |

Balance Due On (14) Alice's Home Frames at &27.13 each....................$379.82
Balance Due On (14) Temp.Mas. Faces at $7.00 each.........................$98.00
Balance Due On Last Invoice.............................................$1058.45
Balance Due On (500) Widebody Boxes ....................................$4717.00
Deposit Due On (50) Widebody Frames.....................................$1356.25
Total Due This Invoice..................................................$7843.04

*(handwritten)* PD 8/22/00 take out of merch. materials

*(handwritten)* − 1058.45
6784.59

09/08/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 08/26/00 thru 09/08/00.
Your prompt attention to this matter would be greatly appreciated.

                                                        Thanks, Doug
| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| √Schleper | (1)A106 | 8/28 | $21.90 |
| √18400830 | (2)A160 | 9/01 | $33.66 |
| √01-10 | (1)A150 | 9/01 | $14.54 |
| √105531 | (2)A103 | 9/01 | $47.72 |
| √21002272-00 FY 2001 | | | |
| | (1)A151 | 9/01 | $17.96 |
| | (1)A160 | 9/01 | $18.53 |
| √0010777 | (1)A165 | 9/05 | $9.32 |
| √202485 | (3)A103 | 9/06 | $46.68 |

Balance Due On (6) Alice's Home Frames at $27.13 each........ ...... ..........$162.78
Balance Due On (3) Wallmount Frames at $23.25 each............ ......... $69.75
Balance Due On (2) Economy Frames at $13.18 each.............................$26.36
Balance Due On (1) Desktop Frame at $11.44 each................................$11.44
Balance Due On (6) Temp.Mas.Faces at $7.00 each...............................$42.00
Deposit Due For Next Order of (50) Alice's Home Frames.............. . ....$1356.25
Total Due This Invoice........ . ......... ...-........................................... $1878.89      PP 9/12/00

Hi Bill,
   Quick note to let you know that you currently have (54) outstanding widebody orders
on hand. You currently have (45) of the last order of fifty left in inventory.

                                                        Thanks,
                                                           Doug

09/20/00  16:00  FAX 8157223683          WOODSHACK INC                                     ☒01

09/20/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 09/09/00 thru 09/20/00.
Your prompt attention to this matter would be greatly appreciated.

                                                             Thanks, Doug
| PO# | Easels | Date Shipped | | Charge |
|-----|--------|-------------|---|--------|
| 211094 | (1)A106 | 9/12 | | N/C |
| 10962 | (1) Frame | 9/12 | | N/C |
| 43-45108 | (2)A100 | 9/12 | | $36 32 |
| 2101069 | (2)A104 | 9/13 | | |
| | (1)A106 | 9/13 | | $51.06 |
| 010870 | (2)A100 | 9/18 | | $40.46 |
| 00635 | (1)A100 | 9/18 | | $17.02 |
| 300384 | (6)A100 | 9/18 | | $185.22 |
| 112376 | (20)A100 | 9/20 | Freight | $88.00 |

Balance Due On (36) Alice's Home Frames at $27.13 each........ . .. ..$976.68
Balance Due On (31) Temp.Mas.Faces at $7.00 each..................... ........$217.00
Balance Due On (800) Large Easel Boxes................................. ..........$7672.00
Total Due This Invoice...... . ....... .. ....... ... . .... .. ... ....... $9283 00

Bill,
   Balance of easels on order are going out this week. Thanks for the note regarding Dave
Talk to you next week.

                                          Thanks,
                                          Doug

CONNETQUOT
I SLAP TERRACE

10/04/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 09/21/00 thru 10/04/00.
Your prompt attention to this matter would be greatly appreciated.

                                                    Thanks, Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 4994 | (5)A100 | 9/28 | | $119.30 |
| 010799 | (2)A100 | 9/28 | | $36.32 |
| 00589 | (1)A100 | 9/28 | | $17.02 |
| 219073 | (1)A100 | 9/28 | | $20.23 |
| 35191 | (4)A100 | 9/29 | | $62.24 |
| 0010374 | (18)A100 | 9/29 | Freight | $80.00 |
| 74929 | (1)A100 | 10/03 | | $20.23 |
| 74929 | (1)A103 | 10/03 | | $20.23 |
| P2292779 | (1)A104 | 10/03 | | $18.07 |

Balance Due On (34) Alice's Home Frames at $27.13 each......................$922.42
Balance Due On (33) Temp.Mas.Faces at $7.00 each......................$231.00
Deposit Due On (50) Lap Boards...........................................$488.50
Total Due This Invoice.....................................................$2035.56

Hi Bill,
   Just to back up my note regarding Widebody marker faces, we are completely out of
stock. Also were down to (17) Widebody chalk faces in inventory.
   Have a good week.

                                        Thanks,
                                        Doug

            PD  10/7/00

10/31/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 10/05/00 thru 10/31/00.
Your prompt attention to this matter would be greatly appreciated
                                                             Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 836268 | (8)A150 | 10/05 | $130.96 |
| 070500 | (1)A165 | 10/09 | $8.11 |
| 69243 | (1)A165 | 10/09 | $8.11 |
| Wedd | Prototype | 10/17  Additional Handling | $70.63 |
| Jasinski | (1)A165 | 10/27 | $9.16 |
| 1125 | (2)A106 | 10/30 | $36.14 |
| 00934 | (1)A106 | 10/30 | $18 07 |
| 37276 | (1)A106 | 10/30 | $21.90 |
| 37668 | (1)A106 | 10/30 | $21.90 |
| 186004 | (7)A100 | 10/30 | $141.61 |
| 213230 | (2)A100 | 10/30 | $54.08 |
| 12-2782 | (1)A100 | 10/30 | $17.02 |
| 209172 | (1) Marker Face | 10/31 | N/C |
| Taylor/Gaynier | (1) Marker Face | 10/31 | $12.62 |
| 26331 | (9)A104 | 10/31 | $162.63 |
| 26331 | (1)A106 | 10/31 | $18.07 |

Balance Due On (8) Economy Frames at $13.18 each.............................$105.44
Balance Due On (3) Desktop Frames at $11.44 each...........................$34.32
Balance Due On (25) Alice's Home Frames at $27.13 ..............  ........$678.25
Deposit For (50) Desktop Frames.............. .............. .............$572.00
Deposit For (50) Widebody Frames...........................................$1356.25
Balance Due On (10) Temp.Mas.Faces at $7.00 each............ ........... $70.00
Balance Due On (250) Desktop Boxes & Inserts........... . ......... $1533.67
Credit Due On (2) Mag.Faces at $40.00 each. ...................... ......$80.00
Total Due On This Invoice............. .......................................$5,000.94
Hi Bill,
    As you can see your due to reorder Widebody frames. Your current stock on them is
(3). We have ordered your desktop boxes and they will be in by weeks end. Have a great
week.
                                                    Thanks,
                                                         Doug

11/14/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 11/01/00 thru 11/14/00.
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 0011838 | (1)A104 | 11/01 | $18.07 |
| 001020 | (17)A165 | 11/14 | $138.72 |

Balance Due On (1) Alice's Home Frame at $27.13 each...........................$27.13
Balance Due On (17) Desktop Frames at $11.44 each...............................$194.48
Balance Due From Previous Invoice................. ........... . .   . ...$5000.94    PD  11/30/00
Total Due This Invoice. ............... . . . . ....$5379.34

Bill,
    Quick note regarding the pricing of the new easel. As we have discussed the pricing has
been affected by the redesigning of the easel. The below items are in addition to the
original design and quote.
    (8) Quick connect joint pieces
    (4) Brackets for bottom adjustment
    (2) Leg braces
    (3) Extra support braces

My actual cost for these pieces in material alone is $21.56. This is material cost and does
not include any additional labor cost. Also we are also facing the eventual increase on
the cost of Ash. I've been told that it is going up 25%. Give me a call at your covience
to discuss these changes.
                                                            Thanks, Doug

*188 CLE*
*Shipped*

11/22/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 11/15/00 thru 11/22/00.
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | | | Charge |
|---|---|---|---|---|---|
| 00015 | (12)CLE | 11/17 | Freight | | $45.00 |
| 00018 | (11)CLE | 11/17 | Freight | | $45.00 |
| 00082 | (11)CLE | 11/21 | Freight | | $45.00 |
| Balance Due On (34) CLE at $59.56 each | | | | | $2,025.04 |
| Balance Due From 11/14 Invoice | | | | | $5,379.34 |
| Total Due This Invoice | | | | | $7,539.38 |

*PD 12/11/00*

*PD 11/20/00*

Hi Bill,
   Couple a quick notes worth mentioning. I've acquired a forty-eight foot semi-trailer to
use as additional storage. This has greatly improved our floor space which in turn will
also improve our production ability  Also worth mentioning is that it looks good for
having Mark come back to WoodShack. Hope you and your family have a great
Thanksgiving and a safe one.

Thanks,
Doug

*16*

*12 16 BERRY*
*11    BRYANT*
*11    CLYMER*
*22  HARFORD HTS*

*18  BREER*
*26  CLEVELAND*
*100*

12/03/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
  The following is a breakdown of the charges incurred from 11/23/00 thru 12/01/00.
Your prompt attention to this matter would be greatly appreciated.

                                                                  Thanks, Doug
| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 00005 | (26) CLG | 11/28 | $90.00 |
| 00019 | (13) CLG | 11/29 | $45.00 |
| 00016 | (5) CLG | 11/29 | $22.50 |
| 00022 | (5) CLG | 11/30 | $22.50 |
| 00017 | (3) CLG | 11/30 | $22.50 |
| 00025 | (6) CLG | 11/30 | $22.50 |
| 00026 | (4) CLG | 12/01 | $15.00 |
| 00030 | (4) CLG | 12/01 | $15.00 |
| 00031 | (4) CLG | 12/01 | $15.00 |

Balance Due On (70) CLG at $59.56 ...................................... $4169.20
Balance Due From Previous Invoice........................................... $2025.04
Deposit Balance Due On Next (200) CLG.................................... $9756.00
Total Balance Due This Invoice.................................................. $16,220.24

12/21/00  14:26  FAX 8157223683      WOODSHACK INC                    ☑01

12/21/00
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
 The following is a breakdown of the charges incurred from 12/02/00 thru 12/21/00
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 00024 | (12)CLG | 12/07 | $45.00 |
| 00006 | (18)CLG | 12/15 | $90.00 |
| 00007 | (19)CLG | 12/15 | $90.00 |
| 00035 | (8)CLG | 12/18 | $45.00 |
| 82690 | (1)A150 | 12/18 | $23.00 |
| Mylin | (1)A106 | 12/18 | $23.00 |
| 001020 | (12)A165 | 12/18 | $109.92 |
| 00041 | (10)CLG | 12/18 | $45.00 |
| 00033 | (4)CLG | 12/18 | $22.50 |
| 00040 | (7)CLG | 12/18 | $22.50 |
| 00036 | (6)CLG | 12/20 | $45.00 |
| Purcell | (1)A165 | 12/20 | $8.76 |
| Nelson | (1)A165 | 12/20 | $9.16 |
| Webster | (1)A165 | 12/20 | $8.32 |
| 21005864-FY2001 | (2)A165 | 12/20 | $18.32 |
| Prescott | (1)A100 | 12/20 | $26.58 |
| 011961 | (2)A100 | 12/20 | $53.16 |
| V3499 | (2)A100 | 12/20 | $53.16 |
| Pincushion | (1)A100 | 12/20 | $26.58 |
| 012482 | (2)A100 | 12/20 | $53.16 |
| 025493 | (2)A101 | 12/20 | $53.16 |

Balance Due On (84) CLG at $59.56 each..................................................$5,003.04
Balance Due On (11) Alice's Home Frames at $27.13 each............ ......$298.43
Balance Due On (1) Economy Frame at $13.18 ... ... ................ . . ...$13.18
Balance Due On (17) Desktop Frames at $11.44 each............................$194.48
Balance Due On (12) Temp.Mas.Faces at $7.00 each........... . ...........$84.00
Balance Due From Previous Invoices................................................$405.00
Deposit Balance Due On Next (200) CLG Frames.... ............................$9,756.00
Total Due This Invoice........ ..... ............... ... ................ ...... . .......$16,625.41

*(handwritten notes in right margin:)* 871.28 PD 1/10/01
$ 5593.13 PD 1/6/00