Exhibit G

01/04/01

To: Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 12/22/00 thru 01/04/01
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| Cusack | (2)Trays | 12/28 | $8.16 |
| 11331 | (2)A104 | 12/28 | $71.72 |
| 92326 | (2)A106 | 12/28 | $53.16 |
| 5024 | (1)A165 | 1/02 | $9.16 |
| 153371 | (6)A100 | 1/02 | $125.58 |
| 1486 | (3)A100 | 1/02 | $62.79 |
| | (3) P.O.D s | 1/03 | $24.00 |
| Gideon | (1)CLG | 1/03 | $5.00 |
| Horn/Feltonville | (1)CLG | 1/03 | $5.00 |
| 00099 | (6)CLG | 1/03 | $27.00 |
| 00038 | (4)CLG | 1/03 | $18.00 |
| 00037 | (3)CLG | 1/03 | $15.00 |
| 00028 | (1)CLG | 1/03 | $5.00 |
| 00034 | (3)CLG | 1/03 | $15.00 |

Balance Due On (19) CLG Frames at $59.56.....................................$1131.64
Balance Due On (13) Alice's Home Frames at $27.13...........................$352.69
Balance Due On (1) Desktop Frame at $11.44....................................$11.44
Balance Due On (2) Trays...........................................................$15.00
Balance Due On (9) Temp Mas Faces at $7.00....................................$63.00
Total Due This Invoice...............................................................$2,018.34
Balance Due From Previous Invoice...............................................$16,625.41
Total Due At This Time...............................................................$18,643.75

Bill,
It Would Be Greatly Appreciated If You Could Send A Check. It's getting rough meeting
payroll expenses along with the ever rising cost of running the shop. Thanks for your
time

Doug



DEFENDANT'S
EXHIBIT
G

405

01/16/01
To: Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus, OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 01/05/01 thru 01/16/01
Your prompt attention to this matter would be greatly appreciated.

                                                              Thanks, Doug
| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 6101-29 | (1)A165 | 1/05 | $8.76 |
| Pincushion | (1)Marker Face | 1/05 | $17.96 |
| Balance Due On Shipping (98) CLI Easels | | | $490.00 |
| Balance Due On (93) CLI Easels at $59.56 each | | | $5539.08 |
| Balance Due On (5) CLI Easels at $97.56 each | | | $487.80  243.90 |
| Balance Due From 11/22 Invoice | | | $135.00 |
| Balance Due From 12/03 Invoice | | | $270.00 |
| Balance Due From 12/21 Invoice | | | $1276.28 |
| Balance Due From 1/04 Invoice | | | $2018.34  $ 6,704.70 |
| Total Due For This Invoice | | | $10,243.22 |

                                                                        PD 1/27/01

Deposit Due For Next (200) CLI Easels..................................$9756.00

Total Amount Due For This Invoice Including Deposit...............$19,999.22

Hi Bill,
    It would be great if you would mail a check for the outstanding balance of
$10,243.22. That will clean up all outstanding invoices through 01/16/01.

                                        Thanks,      2018.34 + 871.28 = 2889.62
                                        Doug

$ 871.28
WAS INCLUDED IN THE CHECK WRITTEN 1/10/01. THIS IS FOR THE
FREIGHT CHARGES ON THE 12/21 INVOICE. YOUR FIGURE OF $1276.28
ALSO INCLUDES THE BALANCE DUE FROM THE 11/22 INVOICE (135.00)
& THE 12/03 INVOICE (270.00) — 871.28 + 270 + 135 = 1276.28.
YOU HAVE INCLUDED THE 11/22 & 12/03 INVOICES ON THIS
INVOICE, SO YOU'RE CHARGING ME TWICE FOR THE SAME THING.

02/09/01  16:35  FAX 8157223683          WOODSHACK INC                         401

02/09/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 01/17/01 thru 02/09/01
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| Plocher | (1)A165 | 2/5 | $8.50 |
| Rodemich | (1)A165 | 2/5 | $8.50 |
| PO3663 | (3)A165 | 2/5 | $25.50 |
| Phillips | (1)A165 | 2/5 | $9.37 |
| Nichols | (1)A165 | 2/5 | $8.96 |
| Harris | (1)A165 | 2/5 | $8.96 |
| 12526 | (1)A165 | 2/5 | $9.37 |
| 000890 | (1)A103 | 2/6 | $18.70 |
| 000891 | (1)AT03 | 2/6 | $18.70 |
| FY01-1555 | (1)A103 | 2/6 | $27.21 |
| 01002811 | (1)A106 | 2/6 | $27.21 |
| 01002811 | (1)A165 | 2/6 | $9.37 |
| 211617 | (1)A100 | 2/6 | $27.21 |
| 117413 | (1)A106 | 2/6 | $21 38 |
| Alice's Home | (54)A111 | 2/8 | $54.33 |

Balance Due On (6) Alice's Home Frames at $27.13 each................ .....$162.78
Balance Due On (10) Desktop Frames at $11.44 each. ...... .......$114.40
Balance Due On (4) Temp.Mas.Faces at $7.00 each. ..............$28.00
Balance Due On (54) LapTop Boards at $19.54 each......... ...............$1055.16
Balance Due From Previous Invoices.......................................... ......$648 90

Total Due This Invoice........... ...................... ............................$2,292.51

*[handwritten annotations: 283.27 ; 566.66 ; -422.50 ; -648.90 ; 871.84 ; 1155.11 ; PD 2/12/01]*

02/28/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

*10,756.00*
*PD 3/5/01*

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 02/10/01 thru 02/28/01
Your prompt attention to this matter would be greatly appreciated.

                                                        Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| Sheets Dated 12/18 (137) CLI | | Feb.2001 | $685.00 |
| Sheets Dated 02/27 (51) CLI | | Feb.2001 | $255.00 |
| Bigler School | (1) CLI | 02/28 | $5.00 |
| Cleveland School | (2) CLI | 02/28 | $10.00 |
| Pennell School | (2) CLI | 02/28 | $10.00 |
| Willard School | (7) CLI | 02/28 | $35.00 |

Balance Due On (200) CLI Easels at $48.78 each.............. ....... ....... ..$9,756.00
Total Due This Invoice For Processing & Easels ......................................$10,756.00
Balance Due From Previous Invoices........ ................. . ..................$648.90
Total Due...... ................................. .$11,404.90
Hi Bill,
    As you can see that $648.90 is still here. Don't worry about it now, I will provide you
with the history of where that is from when my accountant straightens it out.
 As I mentioned in our phone conversation of 02/27/01 we can deliver the next (300) CLI
easels within three weeks from date of receiving deposit. What we would do is
manufacture all the parts for the 300 and then begin shipping easels. All 300 would be
shipped within three weeks.
Like I said in previous conversations with you cash flow is a critical part of expediting
these easels. Thru-out this project Alice's Home has been WoodShacks only source of

income. As always prompt payment is greatly appreciated.

Please give a call with any questions.                    Thanks,
                                                          Doug

03/12/01  14:10  FAX 8157223683        WOODSHACK INC                    ☑01

03/12/01
To: Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 03/01/01 thru 03/12/01
Your prompt attention to this matter would be greatly appreciated.
                                                          Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 24982JP | (1)A106 | 3/1 | $22.52 |
| 49074 | (1)A150 | 3/1 | $26.21 |
| 839983 | (1)A150 | 3/1 | $22.52 |
| PDO1E7000199 | (1)A153 | 3/1 | $22.52 |
| """""""""""""""""""""""""""""""" | (1)A165 | 3/1 | $8.96 |
| 00119 | (2)CLI | 3/2 | $10.00 |
| 00039 | (1)CLI | 3/2 | $5.00 |
| 00013 | (1)CLI | 3/2 | $5.00 |
| 00069 | (11)CLI | 3/2 | $55.00 |
| PDO1E7000199 | (1)A165 | 3/6 | $8.96 |
| 015036FEB2701 | (1)A165 | 3/6 | $9.37 |
| 26662 | (1)A165 | 3/6 | $8.29 |
| 9031260 | (1)A165 | 3/6 | $9.88 |
| 014816FEB1501 | (2)A165 | 3/6 | $18.74 |
| PDO1E17000196 | (3)A165 | 3/6 | $26.88 |
| 12000268 | (1)A165 | 3/6 | $8.29 |
| 11042 | (1)A165 | 3/6 | $8.96 |
| Maestle | (1)A104 | 3/8 | $22.52 |
| 2556-1 | (1)A104 | 3/9 | $26.21 |
| 00010 | (4)CLI | 3/12 | $20.00 |

Balance Due On (3) Alice's Home Frames at $27.13 each........ ..............$81.39
Balance Due On (3) Economy Frames at $13.18 each...... .................$39.54
Balance Due On (12) Desktop Frames at $11.44 each.... . ................ . $137.28
Balance Due On (19) CLI Frames at $97.56 each........... .... .............$1,853.64
Balance Due From Previous Invoices............... ...... .......... ...........$648.90
Total Due...................................................................$3,106.58
Total Due Without $648.90.... ...........................................$2,457.68

48.78 × 19 = 926.82
    2457.68            $1530.86 PO
  − 926.82                           3/14/01
  ──────────
    1530.86

04/09/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
  The following is a breakdown of the charges incurred from 03/13/01 thru 04/09/01
Your prompt attention to this matter would be greatly appreciated.

                                                                Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 16285 | (1)A106 | 3/14 | $26 21 |
| 138811 | (1)A106 | 3/15 | $22 52 |
| 138811 | (1)A153 | 3/15 | $22.52 |
| Children's Literacy | (7) Boxes Markers | 3/20 | $120.61 |
| 00066 | (5)A100-S | 3/21 | $131.05 |
| 00078 | (1) CLE | 3/27 | $5.00 |
| 00024 | (1) CLE | 3/27 | $5.00 |
| 00078 | (2) CLE | 3/27 | $10.00 |
| 00042 | (3) CLE | 3/27 | $15.00 |
| 30235 | (1)A151 | 3/28 | $26.21 |
| 91119 | (4)A106 | 4/3 | $104.84 |
| 015619 | (1)A165 | 4/3 | $9.37 |
| Labor | (1)A165 | 4/3 | $9.37 |

Balance Due On (11) Widebody Frames at $27.13 each.................. ....$298.43
Balance Due On (2) Desktop Frames at $11.44 each..... . .................$22.88
Balance Due On (2) Economy Frames at $13.18 each........ .. .............$26.36
Balance Due On (7) CLI Frames at $48.78 each.....................................$341.46
Balance Due On (5) Marlite Faces at $14.00 each............................. ....$70.00

Total Due This Invoice...... . .........................$1266.83

*PD AS PART OF 4/23 INVOICE*

04/20/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 04/10/01 thru 04/20/01
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|-----|--------|-------------|--------|
| Wedd (Prototypes)(1)A166 | | 4/04 | $14.07 |
| | (1)A104=A | 4/04 | $20.38 |
| PDO1E17000251 | (1)A106 | 4/19 | $22.52 |
| B1-112 | (2)A106 | 4/19 | $45.04 |
| 013596 | (1)A100 | 4/19 | $26.21 |
| 001968 | (3)A165 | 4/19 | $28.11 |

Balance Due On (4) Alice's Home Frames at $27.13 each.........................$108.52
Balance Due On (3) Desktop Frames at $11.44 each............................$34.32
Balance Due On (1) Temp.Mas.Face at $7.00 each... .....................$7.00
Balance Due From 04/09/01 Invoice............... ... . ......................$1266.83

Total Due At This Time........ ...................... ........................ ........ $1,573.00

Hi Bill,
 How's things progressing. Received your shipping request for CLI today. Up to this point
and time we have shipped out 526 easels for CLI. We have received purchase orders for a
total of 545 easels leaving a balance of 19 easels still due. CLI's shipping request is
requesting a total of 39 more easels to be shipped. Should we ship all 39 and bill
accordingly or should we only ship the first 19? Let me know how you want us to
proceed.

                                        Thanks,
                                        Doug

                        PD 4/23/01

05/03/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 04/21/01 thru 05/03/01
Your prompt attention to this matter would be greatly appreciated.
                                                        Thanks, Doug
| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 32261 | (1)A165 | 5/3 | $9.88 |
| 2104981 | (1)A150 | 5/3 | $23.52 |
| Fannin | (2)A165 | 5/3 | $19.76 |
| 102174 | (1)A104 | 5/3 | $23.52 |
| 60602 | (1)A165 | 5/3 | $9.37 |
| 78210 | (8)A100 | 5/3 | $45.00 |
| 301400 | (20)A100 | 5/3 | $100.00 |
| CLI Proof of Delivery (5) | | 5/3 | $6.00 |

Balance Due On (29) Alice's Home Frames at $27.13 each............. . ....$786.77
Balance Due On (4) Desktop Frames at $11.44 each.......... . .. ..... ...$45.76
Balance Due On (1) Economy Frame at $13.18 each...............................$13.18
Balance Due On (28) Temp.Mas.Faces at $7.00 each.... .........................$196.00

Balance Due At This Time... .............. ........... ...................... ... ....... $1302.76

Hi Bill,
   As you can see one of the easels for CLI is apparently still in transit. I have a call in to
U.P.S. regarding this easel and will let you know what they find out.

                                   Thanks,
                                   Doug

05/11/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
  The following is a breakdown of the charges incurred from 05/04/01 thru 05/11/01
Your prompt attention to this matter would be greatly appreciated.

                                                 Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|-----|--------|--------------|--------|
| 00067 | (16)CLI | 5/09 | $80.00 |
| 00165 | (6)CLI | 5/10 | $30.00 |
| 00157 | (5)CLI | 5/10 | $25.00 |
| 00163 | (4)CLI | 5/10 | $20.00 |
| 00159 | (3)CLI | 5/10 | $15.00 |
| 00168 | (2)CLI | 5/10 | $10.00 |
| 00162 | (2)CLI | 5/10 | $10.00 |
| 00158 | (1)CLI | 5/10 | $5.00 |

Balance Due On (19) CLI at $48.78 each.............................................$926.82
Balance Due On (20) CLI at $119.02 each...........................................$2,380.40
Balance Due From 5/03/01 Invoice..................................................$1302 76

Total Due This Invoice ...........................................................$4,804.98


Hi Bill,
  Got your note regarding the new adjustable Easel. Please send us back the prototype
along with any specs. and we will design accordingly. We haven't heard anything from
U.P.S. yet on the CLI easel. Will inform you as soon as we here something.

                                   Thanks,
                                   Doug

06/01/01
To Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus, OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 05/12/01 thru 06/01/01
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 214721 | (1)A106 | 5/16 | $27.21 |
| 214721 | (1)A160 | 5/16 | $18.32 |
| 1577 | (13)A165 | 5/23 | $116.48 |
| Girard | (Face Supports) | 5/24 | $9.37 |
| Stonehurst | (7) Hardware Packs | 5/24 | $9.37 |
| Clymer | (1) HPL Face | 5/24 | $5.00 |
| McDaniel | (1) HPL Face | 5/24 | $5.00 |
| First Avenue | (1) HPL Face | 5/24 | $5.00 |
| First Avenue | (1) Hardware Pack | 5/24 | |
| Carpenter | (1)A150 | 6/01 | $18.32 |
| 11772 | (1)A153 | 6/01 | $15.91 |
| 0015693 | (2)A104 | 6/01 | $42.76 |

Balance Due On (3) Alice's Home Frames at $27.13 each.........................$81.39
Balance Due On (1) Wallmount Frame at $23.25 each.............................$23.25
Balance Due On (13) Desktop Frames at $11.44 each.............................$148.72
Balance Due On (2) Economy Frames at $13.18 each..............................$26.36
Balance Due On Face Support Set .........................................................$23.49
Balance Due On (8) Hardware Sets.......................................................$117.28
Balance Due From Previous Invoice Dated 5/11.....................................$3,502.22
Total Due This Invoice........................................................................$4,195.45  PD 6/5/01

Hi Bill,
    Listed below is the pricing for your product line which includes the new products and
new pricing for existing products. These new prices reflect cost increases on materials,
labor and overhead. The new pricing will take affect upon placement of new orders. All
current product inventory will be billed with old pricing. Should you have any questions
please feel free to call me.                              Thanks,
                                                                  Doug
(Widebody Frames: $65.65)    (Economy Frames: $31.89)    ( Desktop Frames: $27.68)
(New Desktop Frame: $24.55 Without Tray)    ( With Tray $31.55)
(Masonite Faces: $9.47)    (CLI Frames: $119.02)    (Adj. Widebody Frames: $71.56)

06/08/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 06/02/01 thru 06/08/01
Your prompt attention to this matter would be greatly appreciated.
                                                        Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 00066 | (1)A100-S | 6/04 | $26.21 |
| 24861 | (3)A150 | 6/06 | $70.56 |
| 25480 | (1)A100 | 6/06 | $21.38 |
| CLI | (8)HPL Faces | 6/07 | $40.00 |

DAMAGED —

Balance Due On (2) Alice's Home Frames at $27.13 each......................$54.26
Balance Due On (3) Economy Frames at $13.18 each...........................$39.54
Balance Due On (1) Temp Max Face at $7.00 each.............................$7.00
Balance Due On (1) Marlite Face at $14.00 each.............................$14.00

Total Due This Invoice...............................................$272.95

*pd. in full*
*7/20/01*
*# 2159*

06/27/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice,
    The following is a breakdown of the charges incurred from 06/09/01 thru 06/27/01
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| PDO1E17000273 | (3)A165 | 6/13 | $29.88 |
| 212426 | (2)A165 | 6/15 | $19.00 |
| 93973 | (1)A165 | 6/15 | $10.37 |
| 9361 | (1)A165 | 6/18 | $10.37 |
| 0016143 | (7)A165 | 6/26 | $66.50 |
| 18088 | (3)A165 | 6/26 | $38.50 |

Balance Due On (17) Desktop Frames at $11.44 each.......................... ...$194.48

Total Due This Invoice.. ............................................. . ........$359.10

Hello Bill and Alice,
    Hope this correspondence finds you all doing well. Quick note regarding your
inventory on Desktop Frames. Your inventory is currently at (2).

Thanks,
Doug

08/03/01  11:38  FAX 8157223683                      WOODSHACK INC                                        ☑01

08/03/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231
From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432
Hello Bill & Alice,
   The following is a breakdown of the charges incurred from 06/28/01 thru 08/03/01
Your prompt attention to this matter would be greatly appreciated.

Thanks, Doug

| PO# | Easels | Date Shipped | Charge |
|---|---|---|---|
| 062078 | (1)A165 | 7/11 | $9.29 |
| 21392 | (1)A104 | 7/25 | $31.90 |
| 15383 | (1)A104 | 7/25 | $18.70 |
| 11PC-005082 | (2)A106 | 7/25 | $54.42 |
| 28596 | (4)A106 | 7/25 | $85.52 |
| 225459 | (1)A165 | 7/25 | $10.37 |
| CLI | (4)P.O.D's | 7/26 | $24.00 |
| 78367 | (2)A100 | 8/02 | $47.04 |
| 220478 | (5)A100 | 8/02 | $136.05 |
| 78367 | (2)A100 | 8/02 | $47.04 |
| 43-53257 | (3)A100 | 8/02 | $70.56 |
| Alice Jones | (1)A106 | 8/02 | $18.70 |
| 15177 | (3)A104 | 8/02 | $64.14 |
| 18131 | (3)A100 | 8/02 | $56.10 |
| 03011 | (1)A104 | 8/02 | $18.70 |
| 030392 | (2)A165 | 8/02 | $20.74 |
| 030392 | (2)A100 | 8/02 | $54.42 |
| 0724JA | (5)A165 | 8/02 | $49.80 |
| 10170BPPO | (1)A104 | 8/02 | $18.70 |
| 220365 | (1)A104 | 8/03 | $21.38 |
| 220402 | (1)A106 | 8/03 | $21.38 |
| PD3890000021 | (1)A104 | 8/03 | $23.52 |
| 43553 | (1)A106 | 8/03 | $21.38 |
| 87103 | (1)A165 | 8/03 | $10.88 |
| 675074 | (2)A165 | 8/03 | $20.74 |

Balance Due On (8) Alice's Home Frames At $27.13 each ................$217.04
Balance Due On (27) Alice's Home Frames at 32.82 each...............$886.14
Balance Due On (12) Desktop Frames at $13.84 each..................$166.08
Balance Due On (17) Temp.Mas.Faces at $9.47 each...................$160.99
Deposit Due On (100) Desktop Frames at $13.84 each................$1384.00
Total Due This Invoice........................................$3,769.72

pd. in full
2181  8/15/01

08/17/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill & Alice, Melissa
   The following is a breakdown of the charges incurred from 08/04/01 thru 08/17/01
Your prompt attention to this matter would be greatly appreciated.

| PO#<br>Wedd | Easels<br>Prototype | Date Shipped<br>8/03 | Charge<br>$21.38 |
|---|---|---|---|
| 2001044 | (1)A150 | 8/06 | $23.52 |
| 30154 | (1)A153 | 8/06 | $27.21 |
| 846006 | (4)A150 | 8/16 | $94.08 |
| 02-RR-019 | (6)A150 | 8/16 | $112.20 |

*Build 8/20/01 these*

Balance Due On (12) Economy Frames at $13.18 each. ..........................$158.16
Balance Due On Prototype Frame at $65.65 each........ ................... ......$65.65
Deposit Due On P.O.#2365 8/14 (50) Alice's Home Frames..... ..........$1641.25
Deposit Due On (50) Economy Frames............... ......... ...... .. .....$797.25
Total Due This Invoice.................................................$2,940.70

   Hi Bill, Melissa,
          We received your check No.2180 for (50) Alice's Home frames. You sent us
   (2) purchase orders on 8/14 for a total of (100) frames and that is why we show a deposit
   balance still due for (50) more frames. As you can see the new larger Widebody frame
   price is the same price as the small frame. Let us know what you think of the new frame
   design. Also your inventory for Economy Frames is down to (2) and your inventory on
   Economy Faces has been depleted.
                              Thanks,
                                Doug

                    *pd. 8/20/01  # 2186*

09/14/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill ,Alice, & Melissa
    The following is a breakdown of the charges incurred from 09/01/01 thru 09/18/01
Your prompt attention to this matter as always is greatly appreciated.

                                                    Thanks,
                                                    Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| 65 | (15)A104 | 9/12 | Freight | $75.00 mmm |
| ✓08857 | (2)A165 | 9/14 | | $20.74 |
| ✓Jones | (1)A105 | 9/14 | | $27.21 |
| ✓29835 | (2)A165 | 9/18 | | $20.74 |

Balance Due On (16) Alice's Home Frames at $32.82 each................... .$525.12
Balance Due On (4) Desktop Frames at $13.84 each............. ...............$55.36

Total Due This Invoice............ ............ .................... ............$724.17 pd  9/19/01

Hi Bill, Melissa,
        Quick note. Your inventory on Widebody frames currently stands at (84) frames.
In house orders are currently at (93). Another note regarding your request for a
replacement HPL writing surface. We no longer have any good writing surfaces in stock.
Maybe you can have a new face shipped from the supplier. Let me know how you want to
handle this matter.

                                                    Thanks,
                                                    Doug

10/02/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH  43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill ,Alice, & Melissa
    The following is a breakdown of the charges incurred from 09/19/01 thru 10/02/01
Your prompt attention to this matter as always is greatly appreciated.

                                                    Thanks,
                                                    Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| Alliance | (2) Boxes | 9/21 | | $10.46 |
| 65 | (56)A104 | 10/01 | Freight | $280.00 |
| 43-54613 | (1)A100 | 10/01 | | $24.52 |
| 43170 | (2)A100 | 10/01 | | $49.04 |
| 6949 | (1)A100 | 10/01 | | $32.90 |
| 3545 | (1)A100 | 10/01 | | $19.70 |
| 79608 | (1)A100 | 10/01 | | $28.21 |
| 203494 | (1)A100 | 10/01 | | $28.21 |
| 1358 | (7)A106 | 10/01 | Freight | $35.00 |
| Parker | (1)A153 | 10/01 | | $43.52 |
| 62811 | (1)A153 | 10/01 | | $28.21 |
| 54524 | (1)A165 | 10/01 | | $10.37 |
| N/A Osborn | (1)A106 | 10/02 | | $22.38 |
| 349306 | (1)A106 | 10/02 | | $24.52 |
| 349306 | (1)A165 | 10/02 | | $9.96 |
| 51753 | (3)A106 | 10/02 | | $59.10 |
| 021353 | (1)A106 | 10/02 | | $28.21 |
| 93939 | (2)A106 | 10/02 | | $56.42 |
| 123513 | (2)A106 | 10/02 | | $44.76 |
| 1102-2040 | (1)A106 | 10/02 | | $24.52 |
| 2377 | (1)A104 | 10/02 | | $22.38 |
| 2377 | (1)A150 | 10/02 | | $22.38 |
| 2377 | (1)A165 | 10/02 | | $9.50 |
| PO20686 | (1)A104 | 10/02 | | $22.38 |
| P2295023 | (1)A104 | 10/02 | | $22.38 |
| 5221 | (1)A104 | 10/02 | | $19.70 |
| 015755 | (1)A104 | 10/02 | | $19.70 |
| 0020895 | (3)A104 | 10/02 | | $67.14 |

10/03/01  10:43  FAX 8157223683          WOODSHACK INC                      ☒02

Balance Due On (89) Alice's Home Frames at $32.82................ ........ .$2,920.98
Balance Due On (3) Economy Frames at $15.95................................$47.85
Balance Due On (3) Desktop Frames at $13.84........ ...... .. ............ $41.52
Balance Due On (7) Temp.Mas. at $9.47............................................$66.29
Deposit Due On Next (50) Alice's Home Frames................ ..... ..........$1641.25

Total Due This Invoice................................ ....... ... ....... ...........$5,783.46

Pd 10/11/01

10/22/01  13:50  FAX 8157223683          WOODSHACK INC                    ✉01

10/19/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill ,Alice, & Melissa
   The following is a breakdown of the charges incurred from 10/03/01 thru 10/19/01
Your prompt attention to this matter as always is greatly appreciated.

                                                                Thanks,
                                                                  Doug

| PO# | Easels | Date Shipped | | Charge |
|-----|--------|--------------|--|--------|
| 897-02 | (1)A106 | 10/4 | | $28.21 |
| Alice's Home | (1)A5'00 | 10/4 | | N/C |
| Shawmount | CLI Hardware & Frame | 10/5 | | $28.21 |
| 29871Brook | (1)A165 | 10/8 | | $10.37 |
| 54529 | (1)A165 | 10/9 | | $10.37 |
| 021120Green | (2)A100 | 10/9 | | $44.76 |
| Stanton | (1)A165 | 10/18 | | $10.88 |
| 32219 | (1)A165 | 10/18 | | $10.37 |
| 021119Pet | (1)A100 | 10/18 | | $43.52 |
| 021884 | (6)A100 | 10/18 | Freight | $30.00 |
| 21PC-002237 | (2)A106 | 10/18 | | $56.42 |
| 068691 | (1)A106 | 10/18 | | $37.77 |
| 10-16-01 | (1)A106 | 10/18 | | $24.52 |
| 78367 | (2)A100 | Call Backs | 10/18 | $56.44 |
| 07376 | (3)A165 | 10/18 | | $29.88 |

Balance Due On (14) Alice's Home Frames at $32.82 each..........................$459.48
Balance Due On (7) Desktop Frames at $13.84 each............................. . . . .$96.88
Balance Due On (9) Temp.Mas.Faces at $9.47 each.. ..............................$85.23
Balance Due On (2) Call Tags........... ...............................................$12.00
Balance Due On CLI Hardware & Frame........ .................................$88.00

Total Due This Invoice............................ ,..................... . $1,163.31

*pd 11/01/01*
*# 2262*

11/02/01  12:08  FAX 8157223683          WOODSHACK INC                    ☑01

11/02/01
To:Alices Home
Attn: Bill Wedd
2784 Shady Ridge Drive
Columbus,OH. 43231

From: WoodShack Inc.
2119 Maple Rd.
Joliet,IL.60432

Hello Bill ,Alice, & Melissa
  The following is a breakdown of the charges incurred from 10/20/01 thru 11/02/01
Your prompt attention to this matter as always is greatly appreciated.

                                                        Thanks,
                                                        Doug

| PO# | Easels | Date Shipped | | Charge |
|---|---|---|---|---|
| Henrichsen | (4)A165 | 10/23 | | $46.44 |
| 398869 | (4)A165 | 10/23 | | $43.52 |
| Exihibit Order | (1)A165 | 10/30 | | $10.37 |
| PO21790 | (2)A104 | 10/30 | | $44.76 |
| 0120 | (1)A104 | 10/30 | | $28.21 |
| 90503 | (1)A165 | 11/02 | | $9.50 |
| 020780 | (8)A100 | 11/02 | Call Backs | $225.68 |

Balance Due On (3) Alice's Home Frames at $32.82 each........................$98.46
Balance Due On (10) Desktop Frames at $13.84 each...........................$138.40
Restock Fee On (8) A100 Widebody Easels......................................$78.72
Call Tag Fees For (8) A100 Widebody Easels...................................$48.00
Balance Due From Previous Invoice Dated 10/19...............................$1,163.31

        Total Due This Invoice..........................................$1,935 37

        772.00 due

        pd 2269
         11/02/01

*pd # 2278.*
*11/20/01*

# Billing Invoice

Date: 11/16/01

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,
  The following is a breakdown of the charges incurred from 11/03/01 thru 11/16/01
As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| √21PC002237 | (2) Easel Trays | 11/06 | $9.57 |
| √21200 | (1)A165 | 11/13 | $11.61 |
| √96809 | (1)A165 | 11/14 | $9.96 |
| √32268 | (5)A165 | 11/14 | $51.85 |
| √32257 | (6)A165 | 11/14 | $62.22 |
| √2112-010 | (1)A106 | 11/15 | $28.21 |
| √123984 | (1)A106 | 11/15 | $22.38 |
| √23492 | (1)A100 | 11/15 | $19.70 |
| √02001861 | (1)A100 | 11/15 | $28.21 |
| w 00002400 | (1)A104 | 11/15 | $28.21 |
| √G92978 | (1)A104 | 11/15 | $28.21 |

Balance Due On (6) Alice's Home Frames at $32.82 each.......................$196.96
Balance Due On (13) Desktop Frames at $13.84 each..........................$179.92
Balance Due On (2) Temp.Mas.Faces at $9.47 each ...........................$18.94
Balance Due On (2) Widebody Easel Trays...................................$14.50
Deposit Due On PO#00002402 11/15/01.......................................$788.75

Total Due This Invoice...............................$1,499.16 *710.4₹5 due*

Hi Bill, Alice, Melissa,
        Hope this correspondence finds you and your families doing
well. Please send our best wishes for a safe and happy Thanksgiving.

*WST  pd 2285*
*11/30/01*

# Billing Invoice

Date: 11/23/01

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

*pd 11/30/01*
*# 2286*

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,
 The following is a breakdown of the charges incurred from 11/17/01 thru 11/23/01
As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|-----|--------|---------|---------|
| 6546 | (1)A104 | 11/20 | $28.21 |

Balance Due On (1) Alice's Home Frame at $32.82 each.............................$32.82
Balance Due From 11/16 Invoice.................................................................~~$710.41~~
Charge From U.P.S. For Incorrect Address Leola School 10/16.......... .......$5.00
Total Due This Invoice.... .... ..... ... ...........~~$776.44~~

*66.03 due*

12/10/01  14:14  FAX 8157223683          WOODSHACK INC                                    ☑01

*10:07  11/30*

# Billing Invoice

Date: 11/30/01

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432


To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH  43231


Hello Bill, Alice, & Melissa,
  The following is a breakdown of the charges incurred from 11/24/01 thru 11/30/01
As always your prompt attention to this matter is greatly appreciated.

                                                Thanks,
                                                Doug

| PO# | Easels | Shipped | Charges |
|-----|--------|---------|---------|
| 210521 | (1)A150 | 11/29 | $19.70 |
| 2402 W) | (2)A165 | 11/30 | $19.00 |
| 2401 W) | (1)A104 | 11/30 | $22.38 |

Balance Due On (1) Alice's Home Frame at $32.82 each...................... ....$32.82
Balance Due On (2) Desktop Frames at $13.84 each...............................$27.68
Balance Due On (1) Economy Frame at $15.95 each..............................$15.95
Balance Due From 11/23 Invoice ...... ........................................................$776.44
Total Due This Invoice.........................................$~~913.97~~    *137.53*

Hi Bill, Melissa,
   Quick note regarding your lost check of 11/20. As of 11/29/01 it has not shown up in
the mail, you might want to place a stop payment on it. Something else that we need to
address is we will need boxes for your new tabletop easel. Let us know how you would
like to handle this. Have a great week.

                                Thanks,      *pd 2292*
                                Doug         *12/11/01*

# Billing Invoice

Date: 12/21/01

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
The following is a breakdown of the charges incurred from 12/01/01 thru 12/21/01
As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| PA023-02 | (1)A165 | 12/13 | $10.88 |
| 1-4565 | (1)A165 | 12/13 | $9.50 |
| Phone Order | (4)A165 | 12/13 | $39.84 |
| 6749 | (1)A104 | 12/17 | $22.38 |
| 012426 | (1)A104 | 12/17 | $28.21 |
| 94727 | (1)A106 | 12/17 | $28.21 |
| 17704 | (1)A100 | 12/17 | $22.38 |
| Gompers (CLI) | (2) Leg Sets & Hdw. | 12/20 | $32.98 |
| Wedd | (1)A104 | 12/21 | $22.38 |
| Wedd | (1)A175 | 12/21 | $17.66 |
| 108121 | (3)A165 | 12/21 | $31.11 |
| 546013 | (6)A100 | 12/21 | $169.26 |

Balance Due On (11) Alice's Home Frames at $32.82 each............ ........$361.02
Balance Due On (9) Desktop Frames at $13.84 each................................$124.56
Balance Due On (1) Tabletop Frame at $15.78 each................................$15.78
Balance Due On (7) Temp.Mas.Faces at $9.47 each...... ............. ..........$66.29
Balance Due On (2) CLI Leg Assembly Sets at $97.56 each.............. .....$195.12

Total Due This Invoice... ......... ....................$1,197.56

Hi Bill, Melissa
Hope you are all doing well. Have a safe and fruitful Christmas holiday and
may God bless you with kindness and joy for the Holiday season.

Doug,

Exhibit H

*pd# 2333*
*111.06*

@01

# Billing Invoice

Date: 02/08/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
    Hope things are going well for all of you. The following is a breakdown of the charges incurred from 02/02/02 thru 02/08/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 20 | (1)A165 | 2/5 | $9.71 |
| 20 | (1)A175 | 2/5 | $13.84 |
| 16240 | (1)A104 | 2/5 | $25.07 |

Balance Due On (1) Alice's Home Frame at $32.82 ............................... $32.82

Balance Due On (1) Desktop Frame at $13.84........ .... .... .. $13.84
Balance Due On (1) Tabletop Frame at $15.78...... .... ... .... .........$15.78
Balance From Previous Invoice. . .... . ... ............... .... . ...............$866.89

Total Due This Invoice...... ... .... ................................ ... $977.95



02/22/02  14:04  FAX 8157223683        WOODSHACK INC                    ☑01

*pd 2/25/02*
*#2341*

# Billing Invoice

Date: 02/22/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,

   Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 02/09/02 thru 02/22/02   As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 213044 | (5)A150 | 2/19 | $100.55 |
| 23334 | (2)A165 | 2/21 | $21.22 |
| 24267 | (2)A165 | 2/21 | $18.98 |
| Carver | (1)A165 | 2/21 | $10.19 |
| Nash | (1)A165 | 2/21 | $10.19 |
| Worlds | (1)A165 | 2/21 | $10.19 |
| 53419 | (1)A165 | 2/21 | $9.49 |
| Nations | (1)A165 | 2/21 | $10.19 |
| PA028-02 | (1)A165 | 2/21 | $11.14 |
| F2002-118 | (1)A165 | 2/22 | $10.19 |
| 30641 | (1)A106 | 2/22 | $22.86 |

Balance Due On (1) Alice's Home Frame at $32.82.............................$32.82
Balance Due On (5) Economy Frames at $15.95 each.............................$79.75
Balance Due On (11) Desktop Frames at $13.84 each............................$152.24
~~Balance Due From Previous Invoice 02/08/02~~ ................................~~$977.95~~

Total Due This Invoice .. .....  . . ................... ..........~~$1477.95~~
*500.00*

# Billing Invoice

Date: 02/01/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
  The following is a breakdown of the charges incurred from 12/22/01 thru 02/01/02
As always your prompt attention to this matter is greatly appreciated.
                                              Thanks,
                                              Doug

| PO# | Easels | Shipped | | Charges |
|---|---|---|---|---|
| ✓E. Islip | (8)A100 | 01/12 | | $40.00 |
| ✓Kingston | (1)A000 | 01/15 | | $8.93 |
| ✓Whiteside | (1)A165 | 01/15 | | $9.25 |
| ✓30521 | (7)A106 | 02/01 | Freight | $42.00 |
| √105046 | (1)A165 | 02/01 | | $10.19 |
| ✓Licking | (4)A165 | 02/01 | | $38.84 |
| ✓Alice's Home | (1)A104 | 02/01 | | $27.86 |

Balance Due (1) Tabletop at $15.78........ ...................................................$15.78
Balance Due On (6) Desktop at $13.84 each......... ............................$83.04
Balance Due On (8) Alice's Home Frames (Returned Product To Inventory) N/C
Deposit Due On (50) Laptop Frames......................................................$591.00

Total Due This Invoice.................................. ...................$866.89

Hi Bill, Melissa,
    Some quick things worth mentioning. I'm sure your wondering what the charge of
$40.00 on E. Islip is for. As of January 1st U.P.S. now charges a $5.00 additional handling
charge for any package that exceeds 30" in length on it's second side. Also there's a price
change on the Laptop bases. The old price per fifty was $977.00, current pricing is
$1182.00 per fifty. We also have the pricing on the new Tabletop boxes. (250) boxes
would be $1835.00, (500) boxes would be $2960.00. Let me know if and when you
would like to order these boxes. Have a great week.

                                    Thanks,
                                    Doug

# Other Charges

## Domestic Charges

The information below applies to all levels of UPS domestic service except UPS SonicAir BestFlight℠, unless otherwise indicated.

### Additional Handling

Domestic shipments in the UPS system that require additional handling due to their size or packaging will be assessed an Additional Handling Charge of $5 per package. This charge applies to the following:

– Any article that is encased in an outside shipping container made of metal or wood.
– Any cylindrical item, such as a barrel, drum, pail, or tire, that is not fully encased in a corrugated cardboard shipping container.
– Any package with the longest side exceeding 60 inches or its second-longest side exceeding 30 inches.
– Any article that is not fully encased in an outside shipping container made of corrugated cardboard, excluding packages weighing less than 10 pounds that are not otherwise subject to the Additional Handling Charge.

### Address Correction

If UPS is unable to deliver any package or if the package has an incorrect or incomplete address, UPS will determine and make reasonable efforts to secure the correct or complete address. If the correct or complete address is secured, UPS will attempt delivery, the shipper will be provided with the correct address, and an Address Correction charge will be assessed:

– $10 for UPS Next Day Air® Early A.M.®, UPS Next Day Air®, UPS Next Day Air Saver®, UPS 2nd Day Air A.M.®, UPS 2nd Day Air®, and UPS 3 Day Select®.
– $5 for UPS Ground.

For customers tendering packages to UPS through UPS OnLine® WorldShip® or UPS Internet Shipping, city, state, and ZIP Code™ combinations are automatically validated within each system.

### Destination Outside Service Area

If delivery of a UPS Next Day Air Early A.M. shipment is requested to a destination

UPS reserves the right to assess a billing adjustment fee of $10 per shipment.

### Hazardous Materials

UPS accepts Hazardous Materials only from customers with UPS Hazardous Materials contracts and automatic daily pickups, and then for transport only within and between the United States and Puerto Rico. The Hazardous Materials charge per package requiring shipping papers under Title 49 C.F.R. Section 172.200 is $20 for UPS Ground shipments and $30 for all other domestic services. Refer to the *Guide for Shipping Ground and Air Hazardous Materials* at ups.com®, or call the UPS Hazardous Materials Support Center at 1-800-554-9964 for details.

### Missing/Invalid Account Number or Refusal Fee

An account number is invalid if it is not the correct account number for the bill-to party, or if it is the account number for a receiver or third party who fails to pay the shipping charges. A $10 charge per package will be assessed for domestic shipments with a missing or invalid account number.

### Over Maximum Limits

No service shall be rendered in the transportation of any package or article weighing more than 150 pounds, or exceeding 108 inches in length, or exceeding a total of 130 inches in length and girth combined. Additional charges, including an Over Maximum Limits charge of $50, may apply to any such package tendered for transportation. The Over Maximum Limits charge of $50 is applicable to any package exceeding 130 inches in length and girth, as measured to determine its billable weight. Refer to the "Terms and Conditions" beginning on page 150 and the UPS Tariff for details.

### Pickup of Return Service Shipments

A Pickup charge of $10 will be assessed when pickup is requested for a UPS 3 Day Select or UPS Ground Return Service package when no other packages are shipped.

Visit ups.com® or call 1-800-PICK-UPS® for guarantee details, service availability, delivery time commitments.

PAID

CK NO  DATE
2371  3/25/02

## Billing Invoice

Date: 03/22/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432


To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231


Hello Bill, Alice, & Melissa,
    Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 03/15/02 thru 03/22/02. As always your prompt attention to this matter is
greatly appreciated.

Thanks,<br>Doug

| PO# | Easels | Shipped | Charges | |
|---|---|---|---|---|
| 200205115 | (1)A165 | 3/18 | $10.61 | |
| 2140197 | (1)A165 | 3/18 | $9.49 → Kettle Moraine |
| 2203797 | (1)A165 | 3/18 | $9.71 | Genesse Dept. WI |
| 211868 | (1)A165 | 3/19 | $43.74 | |
| 197333 | (1)A165 | 3/22 | $10.19 $3.74 | |

Balance Due On (1) Alice's Home Frame at $32.82 each...................$32.82
Balance Due On (4) Desktop Frames at $13.84 each..............................$55.36
Balance Due From 03/14/02 Invoice.................................... . .  ....$3,072.76

Total Due At This Time.................. ........$3,244.68

03/14/02  15:57  FAX 8157223683         WOODSHACK INC                                    ☑01



**PAID**
CK NO        DATE
2371       3/25/02

## Billing Invoice

Date: 03/14/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 03/09/02 thru 03/14/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 201794 | (1)A104 | 3/12 | $33.87 |
| 35 WD | (1)A165 | 3/14 | $9.71 |
| 35 WD | (1)A175 | 3/14 | $14.31  57.89 |

Balance Due On (1) Alice's Home Frame at $32.82 each.............................$32.82
Balance Due On (1) Desktop Frame at $13.84 each.................................$13.84
Balance Due On (1) Tabletop Frame at $15.78 each...............................$15.78
Balance Due On (250) Tabletop Boxes..........................................$1855 00  1917.44
Balance Due From 03/08/02 Invoice.............................................$1217 76
Total Due At This Time..........................................................$3,072.76

3193.09

(05106 1214.87) 3189.60

03/08/02  14:56  FAX 8157223683         WOODSHACK INC                              ☑01

# Billing Invoice

Date· 03/08/02

WoodShack Inc.
2119 Maple Rd
Joliet, IL. 60432

**PAID**
CK NO | DATE
2371  3/25/02

To· Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
  Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 02/23/02 thru 03/08/02.  As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 30 | (1)A104 | 2/28 | $27 86 |
| 201310 | (1)A165 | 2/28 | $10.19 |
| 18 | (50)A111 | 3/08 | $42.66 |
| 20819 | (2)A106 | 3/08 | $67.74 |
| 162430 | (2)A104 | 3/08 | $50.22 |
| 162430 | (1)A106 | 3/08 | $25.11 |
| 229408 | (2)A100 | 3/08 | $67.74 |
| 202496 | (1)A165 | 3/08 | $10.61 |
| 2112-010 | (1) Marker Face | 3/08 | $15.45 |

Balance Due On (8) Alice's Home Frames at $32.82 each............. ..........$262.56
Balance Due On (2) Desktop Frames at $13 84 each. _ _ . . . ..... .$27.68
Balance Due On (50) Lapboards at $11.82 each.......................................$591.00
Balance Due On (2) Temp.Mas.Faces at $9.47 each................................$15.45

Total Due This Invoice....................................................$1217.76

*4/12    2:55pm.*

# Billing Invoice

Date: 04/12/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432



PAID

2.391  DATE 4/17/02

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
    Hope things are going well for all of you. The following is a breakdown of the charges
incurred from 03/23/02 thru 04/12/02  As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| ✓88475 | (1)A165 | 3/29 | $11.14 |
| ✓90711 | (5)A165 | 3/29 | $48.55 |
| ✓Personel Order | (1)A106 | 4/05 | $33.87 |
| ✓504920 | (1)A165 | 4/05 | $10.61 |
| ✓N/A | (4)A165 | 4/11 | $44.56 |
| ✓22605 | (1)A150 | 4/11 | $28.87 |
| ✓31112 | (1)A106 | 4/11 | $27.86 |
| ✓025517 | (1)A175 | 4/11 | $13.33 |
| ✓0069197 | (1)A175 | 4/11 | $12.15 |
| ✓18960 | (1)A175 | 4/11 | $13.33 |
| ✓142-0000-2454 | (12)A150 | 4/11 | $60.00 |

Balance Due (2) Alice's Home Frames at $32.82 each.............................$65.64
Balance Due On (11) Desktop Frames at $13.84 each.............................$152.24
Balance Due (3) Tabletop Frames at $15.78 each...................................$47.34
Balance Due On (13) Economy Frames at $15.95 each.............................$207.35
Deposit Due (50) Desktop Frames...................................................$692.00

Total Due This Invoice....................................$1,468.84

Hi Bill, Melissa,
        Quick note, We are completely out of widebody chalk faces and as you can see
your inventory of desktop frames has run out. Have a great week.

Thanks,
Doug

# Billing Invoice

Date: 04/12/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To· Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges
incurred from 03/23/02 thru 04/12/02. As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 88475 | (1)A165 | 3/29 | $11.14 |
| 90711 | (5)A165 | 3/29 | $48.55 |
| Personel Order | (1)A106 | 4/05 | $33.87 |
| 504920 | (1)A165 | 4/05 | $10.61 |
| N/A | (4)A165 | 4/11 | $44.56 |
| 22605 | (1)A150 | 4/11 | $28.87 |
| 31112 | (1)A106 | 4/11 | $27.86 |
| 025517 | (1)A175 | 4/11 | $13.33 |
| 0069197 | (1)A175 | 4/11 | $12.15 |
| 18960 | (1)A175 | 4/11 | $13.33 |
| 142-0000-2454 | (12)A150 | 4/11 | $60.00 |

Balance Due (2) Alice's Home Frames at $32.82 each...............................$65.64
Balance Due On (11) Desktop Frames at $13.84 each..............................$152.24
Balance Due (3) Tabletop Frames at $15.78 each......................... . ...........$47.34
Balance Due On (13) Economy Frames at $15.95 each...........................$207.35
Deposit Due (50) Desktop Frames..... ... ........... .. ...............................$692.00

Total Due This Invoice. ...... ...... ..............$1,468.84

Hi Bill, Melissa,
                                                    70
       Quick note, We are completely out of widebody chalk faces and as you can see
your inventory of desktop frames has run out. Have a great week.

Thanks,
Doug



**PAID**
CK NO  2405    DATE  5/07/02

## Billing Invoice

Date: 05/03/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,

   Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 04/13/02 thru 05/03/02. As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | | Charges |
|---|---|---|---|---|
| N-218790 | (2)A103 | 5/01 | | $77.42 |
| 0018549 | (1)A106 | 5/01 | | $27.86 |
| 021734 | (3)A104 | 5/01 | | $101.61 |
| N/A | (1)A106 | 5/01 | | $30.07 |
| K63768 | (10)A150 | 5/03 | Freight | $65.00 |
| 911303 | (1)A150 | 5/03 | | $33.87 |
| 021746 | (2)A153 | 5/03 | | $67.74 |
| N-220055 | (4)A103 | 5/03 | | $154.84 |
| N/A | (1)A165 | 5/03 | | $10.71 |

Balance Due On (11) Alice's Home Frames at $32.82 each..................$361.02
Balance Due On (13) Economy Frames at $15.95 each. ....................$207.35
Balance Due On (1)A165 Desktop Frame $13.84 each..........................$13.84
Balance Due On (6) Temp Mat Faces at $9.47 each.........................$56.82

Total Due This Invoice. ............................................. $1,208.15

**PAID**

CK NO  DATE
2421  3/29/02

## Billing Invoice

Date: 05/24/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,
  Hope things are going well for all of you. The following is a breakdown of the charges incurred from 05/11/02 thru 05/24/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | | Charges |
|---|---|---|---|---|
| PDO2E27000227(16)A165 | | 5/20 | Freight | $80.00 |
| 21972 | (2)A104 | 5/23 | | $69.74 |

Balance Due On (2) Alice's Home Frames at $32.82 each................$65.64
Balance Due On (16) Desktop Frames at $13.84 each...........................$221.44
Deposit Due On (50) Widebody Frames at $32.82 each...........................$1641.00
Balance Due From 5/10 Invoice..........................................$311.63

Total Due This Invoice........................... $2,389.45

Hi Bill & Milissa,
    As you can see, you need to restock the widebody frames. You currently have orders for (12) easels and have only (1) frame in stock. Also, I still need to know what you would like to do with the left over CLI boxes. Have Great holiday weekend and a safe one.

Thanks,


05/28/02  11:29  FAX 8157223683        WOODSHACK INC                          ☑01

2:50 p.m.

**PAID**

CK NO | DATE
2421 | 5/29/02

## Billing Invoice

Date: 05/10/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,
    Hope things are going well for all of you. The following is a breakdown of the charges
incurred from 05/04/02 thru 05/10/02. As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 88691 | (1)A100 | 5/08 | $39.71 |
| N/A | (1)A165 | 5/09 | $10.71 |
| 030389 | (1)A165 | 5/09 | $11.61 |
| 022622 | (1)A106 | 5/09 | $44.74 |
| 02006499 | (4)A165 | 5/10 | $46.44 |

Balance Due On (2) Alice's Home Frames at $32.82 each.......................$65.64
Balance Due On (6) Desktop Frames at $13.84...............................$83.04
Balance Due On (1) Temp Mas.Face at $9.74..................................$9.74
Balance From 5/03 Invoice.................................................$1,208.15    PD
5/14/02
#2405

Total Due This Invoice..................................................$1,519.78

Hi Bill,
    Quick note regarding your boxes that are left over from CLI project. We are
returning the storage trailer that we rented for extra storage during that project and now
no longer need it. What would you like to do with the left over boxes? Please let me
know.

BALANCE 5/14/02
Due
@ 311.63

Thank,
Doug

**Alice's Home**
2784 Shady Ridge Drive
Columbus, Ohio  43231

**Date:** 09/17/02

**P.O.#:** Exhibit Order

9/27/02

**Ship to:**

Alice's Home
2784 Shady Ridge Rd.
Columbus, OH 43231

| Quantity | Code # | Description |
|---|---|---|
| 3 | A165 | The Desktop Easel. |
| 1 | A104 | The Original Extra Wide Language Easel with 1 |

Magnetic Dry Erase White Board, 1 Magnetic Chalk Board.

| | | |
|---|---|---|
| 1 | A175 | The Tabletop Easel |
| 2 | A108 | The Tall, Extra Wide Language Easel with 1 |

Magnetic Dry Erase White Board, 1 Magnetic Chalk Board.

The sooner we have these the better, these are for our endless exhibits.

P.S. The check is in the mail!!  ☺

Thanks

```
TRANSMISSION VERIFICATION REPORT
```

```
                                         TIME: 09/17/2002  11:13
                                         NAME: ALICE'S HOME
                                         FAX : 5148821879
                                         TEL : 6148821879
```

```
DATE,TIME              09/17 11:13
FAX NO./NAME           18157223683
DURATION               00:00:27
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
```



**PAID**

CK NO     DATE

2464    7/15/02

# Billing Invoice

Date: 07/12/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,

   Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 07/06/02 thru 07/12/02. As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| PDO2E27000227 (5)A165 | | 7/10 | $60.95 |
| 04869 mont | (1)Marker Face | 7/10 | $18.01 |
| 210223 | (7)A104 | 7/10 | $244.09 |
| 07/01/02 | (1)A165 | 7/10 | $12.19 |
| 07/01/02 | (1)A175 | 7/10 | $18.27 |
| S-20187 | (1)A165 | 7/10 | $12.61 |

Balance Due On (7) Widebody Frames at $32.82 each............................$229.74
Balance Due On (7) Desktop Frames at $13.84 each. ........................ .......$96.88
Balance Due On (1) Tabletop Frame at $15.78 .......................................$15.78
Deposit Due On (50) Desktop Frames .................................................$692.00
Balance Due From 07/05 Invoice ... ...... ... . .... .......................................$1753.24

Total Due This Invoice ... .'. ...... .............................$3,153.76

**PAID**

CK NO        DATE
2464     7/15/02

## Billing Invoice

Date: 07/05/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,

   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 05/25/02 thru 07/05/02  As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 80598 | (1)A100 | 6/24 | $34.87 |
| 229546 | (5)A100 | 6/24 | $174.035 |
| 229546 | (6)A100 | 6/24 | $209.22 |
| 96140 | (1)A165 | 6/24 | $12.61 |
| N/A | (1)A100 | 6/24 | $28.86 |
| 70692 | (3)A165 | 6/24 | $35.13 |
| 20773 | (1)A100 | 6/24 | $26.11 |
| 80143 | (1)A165 | 6/17 | $12.19 |
| 1506 | (1)A100 | 6/24 | $34.87 |
| TIR-2002-228 | (1)A106 | 6/15 | $31.07 |
| | (1)A175 | 6/15 | $23.05 |
| 0024982 | (14)A165 | 7/05 | $70.00 |

Balance Due On (16) Alice's Home Frames at $32.82 each......................$525.12
Balance Due On (19) Desktop Frames at $13.84 each............................$262.96
Balance Due On (1) Tabletop Frame at $15.78......................................$15.78
Balance Due On (15) Temp.Mas.Faces at $9.47 each.............................$142.05
Storage Fee On CLI Boxes (2) Mos.....................................................$115.00

Total Due This Invoice............................ $1,753.24

Aug 03 02 12:21p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 08/01/02

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432



To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
    Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 07/13/02 thru 08/01/02. As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 06/28/02 | (1)A106 | 8/01 | $31.07 |
| 225848 | (2)A106 | 8/01 | $57.72 |
| 24643 | (4)A104 | 8/01 | $139.48 |
| 24643 | (4)A165 | 8/01 | $50.44 |
| 24644 | (3)A104 | 8/01 | $104.61 |
| 24644 | (3)A165 | 8/01 | $37.83 |
| 24645 | (1)A104 | 8/01 | $34.87 |
| 24645 | (6)A165 | 8/01 | $75.66 |
| 24646 | (2)A104 | 8/01 | $69.74 |
| 24646 | (4)A165 | 8/01 | $50.44 |
| 24641 | (1)A104 | 8/01 | $34.87 |
| 24641 | (2)A165 | 8/01 | $25.22 |
| 101-0123 | (3)A106 | 8/01 | $86.58 |
| 64645 | (1)A165 | 8/01 | $12.61 |
| 30002293-00 | (3)A165 | 8/01 | $37.83 |
| 53452 | (4)A165 | 8/01 | $48.76 |

Balance Due On (17) Alice's Home Frames at $32.82 each................. .$557.94
Balance Due On (27) Desktop Frames at $13.84 each.... .... ......... ..$373.68
Deposit Due On (50) Alice's Home Frames.... . . ........... .. . ... . ... . $1641.00
Deposit Due On (50) Tall Alice's Home Frames.. .. ....................... $1641.00
Balance Due On (500) Alice's Home Boxes (Last Purchased 8/31/00)...$4899.00
Balance Due On (250) Desktop Boxes (Last Purchased 10/31/00).. ..... .$1595.67

Total Due This Invoice.......... ... . ......... $11,606.23

Hi Bill,Melissa,

    As you can see your boxes have run out both for the widebody & desktop easels.
Also with the current orders in house you need to order more widebody frames

                  Thanks,
                    Doug

Aug 15 02 02:34p     WoodShack Inc.           815 722-3683                 p.1

# Billing Invoice

Date: 08/15/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231



2496 8-26-02

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 08/02/02 thru 08/15/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 21678 | (2)A103 | 8/5 | $57.72 |
| 9576 | (3)A100 | 8/5 | $119.13 |
| 0006251 | (1)A100 | 8/5 | $34.87 |
| Link | (2)A165 | 8/8 | $11.71 |
| Porse | (2)A165 | 8/8 | $12.19 |
| 300962 | (10)A108 | 8/9 | $85.00 |
| 08/06/02 | (2)A106 | 8/14 | $57.72 |
| 08/06/02 | (4)A104 | 8/14 | $28.86 |
| 03-0036702 | (1)A106 | 8/14 | $34.87 |
| Ruth | (1)A104 | 8/14 | $44.74 |
| 115-0123 | (3)A106 | 8/14 | $86.58 |
| 7339 | (8)A103 | 8/14 | $48.00 |
| 03G0331 | (1)A175 | 8/15 | $13.33 |
| 85476] | (7)A150 | 8/15 | $42.00 |

Balance Due On (22) Alice's Home Frames at $32.82 each. .................. $722.04
Balance Due On (10) Tall Alice's Home Frames at $32.82 each. .... ........ $328.20
Balance Due On (2) Desktop Frames at $13.84 each. ........................ $27.68
Balance Due On (7) Economy Frames at $15.95 each. .... .............. ..... $111.65
Balance Due On (1) Tabletop Frame.................. ................. ...............$15.78
Balance Due On (14) Temp.Mas.Faces at $9.47 each......... .............. $132.58
Deposit Due On (50) Widebody Frames.................. .............. .......... ... $1641.00
Total Due This Invoice.. .... .............. .... .... ...........$3,655.65

Hi Bill, & Mellisa,

As you can see you need to order another fifty widebody frames. Current orders are totaling 42 frames. You currently have a total of 29 frames in inventory.

Tanks, Doug

Sep 12 02 12:49p    WoodShack Inc.              815 722-3683              p.1



**PAID**

CK NO | DATE
*8507* | *9/17*

# Billing Invoice

Date: 09/12/02

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus,OH 43231

Hello Bill, Alice, & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 08/16/02 thru 09/12/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 15084 | (8)A100 | 9/11 | $56.00 |
| 2303-04T | (4)A104 | 9/11 | $104.00 |
| 107716 | (19)A100 | 9/11 | $133.00 |
| 0031128-00 | (7)A106 | 9/11 | $49.00 |
| Kennedy | (1)A106 | 9/11 | $44.74 |
| 0308046 | (1)A150 | 9/11 | $31.07 |
| 54224 | (1)A106 | 9/11 | $31.07 |
| 030398 | (2)A104 | 9/11 | $52.22 |
| Zorn | (1)A165 | 9/11 | $12.19 |

Balance Due On (42) Alice's Home Frames at $32.82 each.................$1378.44
Balance Due On (1) Economy Frame ...........................................$15.95
Balance Due On (1) Desktop Frame ..........................................$13.84
Balance Due On (27) Temp.Mas.Faces at $9.47 each.........................$255.69
Storage Due On CLI Boxes ( 2 Months)......................................$115.00

Total Due This Invoice ....................$2,292.65



**PAID**
CK NO    DATE
2515    9/30/02

## Billing Invoice

Date: 09/21/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 09/13/02 thru 09/21/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 231102 | (5)A100 | 9/20 | $174.35 |
| 05587 | (3)A106 | 9/20 | $93.21 |
| Phone Order | (1)A150 | 9/20 | $31.07 |
| 44883 | (1)A150 | 9/20 | $34.87 |
| 43-62217 | (1)A100 | 9/20 | $31.07 |
| 8/29/02 | (1)A100 | 9/20 | $31.07 |
| 7854 | (3)A103 | 9/20 | $78.33 |
| 21351 | (1)A106 | 9/20 | $26.11 |
| 3119 | (1)A165 | 9/20 | $13.61 |
| 3103387 | (2)A165 | 9/20 | $26.38 |
| 14-07103 | (1)A175 | 9/20 | $13.71 |
| 301316 | (1)A175 | 9/20 | $14.33 |
| 64801 | (3)A104 | 9/20 | $102.21 |
| Alice's Home | (1)A104 | 9/20 | $28.86 |
| Alice's Home | (3)A165 | 9/20 | $38.13 |
| Alice's Home | (1)A175 | 9/20 | $13.47 |

Balance Due On (18) Alice's Home Frames at $32.82 each............ ..... .... $590.76
Balance Due On (2) Economy Frames at $15.98 each....... ............. ..$31.90
Balance Due On (6) Desktop Frames at $13.84 each...........................`. ..$83.04
Balance Due On (3) Tabletop Frames at $15.78 each................ .............. $47.34
Balance Due On (10) Temp.Mas.Faces at $9.47 each.... ................ .... ..$94.70
Deposit Due On (50) Widebody Frames.... . . . ......... ...... .... .......$1641.00

Total Due This Invoice ..... ..... .... ........ .. ...........$3,239.52

Hi Bill, Melissa,
    We are currently out of white marker faces. Also as you can see your inventory on frames will zero out once we ship balance of orders in house.

                            Thanks,
                                Doug

Oct 30 02 02:06p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 10/22/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 09/22/02 thru 10/22/02 As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | | Charges |
|-----|--------|---------|---|---------|
| Dan | (1)A104 | 10/14 | Post Office | $87.04 |
| 080784 | (3)A165 | 10/17 | | $33.33 |
| Lichtensin | (2)A165 | 10/17 | | $22.72 |
| 03G1034 | (1)A175 | 10/17 | | $19.82 |
| 20188 | (1)A175 | 10/17 | | $19.82 |
| 316833 | (3)A165 | 10/17 | | $36.72 |
| 184211 | (4)A165 | 10/17 | | $48.96 |
| F2003-037 | (1)A165 | 10/17 | | $11.87 |
| 1790 | (8)A100 | 10/22 | | $56.00 |
| 130072 | (1)A108 | 10/22 | | $33.72 |
| 130072 | (2)A175 | 10/22 | | $37.78 |

Balance Due On (9) Alice's Home Frames at $32.82 each ... ..................$295.38
Balance Due On (1) Tall Widebody at $32.82 ... . ............. . .. . ... . . $32.82
Balance Due On (13) Desktop Frames at $13.84 each... . ............ .... $179.92
Balance Due On (4) Tabletop Frames at $15.78 each........ .....................$63.12
Balance Due On (8) Temp.Mas.Faces at $9.47 each.. . . ............. ....... $75.76
Deposit Due On (50) Desktop Frames........ ... ........................ ......... ..$692.00

Total Due This Invoice.... ... ........ ... .. ........ ........ ..$1,746.78



PAID
OR.NO [DATE] 11/13/02
2540

# Billing Invoice

Date: 11/06/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 10/23/02 thru 11/06/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 04917 | (1)A100 | 10/31 | $28.76 |
| 8763 | (1)A100 | 10/31 | $28.76 |
| 33092 | (2)A104 | 10/31 | $57.52 |
| Alice's | (1)A108 | 11/01 | $31.38 |
| 35583 | (1)A104 | 11/01 | $28.76 |
| 300864 | (1)A104 | 11/01 | $34.77 |
| 603116 | (1)A104 | 11/01 | $30.97 |
| 04916 | (1)A100 | 11/01 | $28.76 |
| 230213 | (2)A100 | 11/01 | $69.54 |
| 231619 | (4)A100 | 11/01 | $139.08 |
| 05587 | (1)Marker Face | 11/06 | $15.13 |
| 115-0123 | (2)Marker Faces | 11/06 | $20.48 |
| 854761 | (1)Econo Marker Face | 11/06 | $17.61 |
| Fair Meadow | (1)A100 | 11/06 | $50.57 |
| Bussel | (1)A100 | 11/06 | $28.76 |
| 231851 | (1)A100 | 11/06 | $34.77 |

Balance Due On (17) Alice's Home Frames at $32.82 each......................$557.94
Balance Due On (1) Tall Widebody Frame at $32.82........ . ............. . .$32.82
Balance Due On (12) Temp.Mas.Faces at $9.47 each.. . .... ... .........$113.64
Balance Due This Invoice. ................. ........................$1350.02
Balance Due From 10/22 Invoice................. ...................$1746.78
Total Due This Invoice. ... ......... .. ....$3,096.80

*called 11/12*

*cpd 12/10/02*
*# 2564*

# Billing Invoice

Date: 12/02/02

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges
incurred from 11/07/02 thru 12/02/02. As always your prompt attention to this matter is
greatly appreciated

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 301513 | (1)A100 | 11/20 | $34.77 |
| 9196 | (1)A103 | 11/20 | $26.01 |
| 110629 | (1)A165 | 11/20 | $14.24 |
| 05091064 | (1)A175 | 11/20 | $14.95 |
| 38580 | (3)A106 | 11/25 | $86.28 |
| 130072 | (1)A108 | 11/26 | $38.02 |
| 130072 | (2)A175 | 11/26 | $28.10 |
| 200302264 | (1)A165 | 11/26 | $14.24 |
| Newark | (2)A165 | 11/27 | $26.72 |
| 03004204 | (1)A165 | 11/27 | $14.24 |
| 03-02367 | (4)A165 | 11/27 | $56.96 |
| PDO3E27000110 | (3)A165 | 11/27 | $41.61 |
| 9289 | (13)A103 | 11/27 | $78.00 |
| 95744 | (1)A153 | 12/02 | $30.97 |
| Yislek | (1)A104 | 12/02 | |
| Yislek | (1)A110 | 12/02 | $177.20 |

Balance Due On (19) Alice's Home Frames at $32.82 each...... .... . . $623.58
Balance Due On (2) Tall Widebody Frames at $32.82 each........... .... ...$65.64
Balance Due On (12) Desktop Frames at $13.84 each ........ .... ....$166.08
Balance Due On (3) Tabletop Frames at $15.78 each. .......... . .... ....$47.34
Balance Due On (1) Economy Frame at $15.95 each.... . .. ..... ..............$15.95
Balance Due On (15) Temp.Mas.Faces at $9.47 each .... ..... ... ...$142.05
Storage Due On CLI Boxes (2 Months)............ . .. ...... ...... ....$115.00

   Total Due This Invoice.......... ... ....... .......... ...............$1,857.95