Exhibit I



## PAID
CK NO 2600   DATE 1/29

## Billing Invoice

Date: 01/17/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH 43231

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 12/03/02 thru 01/17/02. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|-----|--------|---------|---------|
| 231851 | (1)Temp.Mas.Face | 12/3 | $16.60 |
| 031201 | (1)A106 | 12/20 | $34.77 |
| 130072 | (2)A108 | 12/20 | $76.74 |
| 031245 | (1)A106 | 12/20 | $34.77 |
| 132988 | (1)A106 | 1/8 | $29.76 |
| 296901 | (2)A165 | 1/8 | $20.96 |
| Alice's Home | (1)A104 | 1/9 | $31.97 |
| 325831 | (2)A104 | 1/15 | $72.88 |
| 03-02850 | (18)A165 | 1/17 | $54.00 |
| 66578 | (3)A150 | 1/17 | $90.69 |

Balance Due On (6) Alice's Home Frames at $32.82 each............ ... ... $196.92
Balance Due On (2) Tall Widebody Frames at $32.82 each. ... .... $65.64
Balance Due On (20) Desktop Frames at $13.84 each ... ..........$276.80
Balance Due On (3) Economy Frames at $15.95 each ... ..........$47.85
Balance Due On (1) Temp. Mas. Face at $9.47. ... ... ... ..., $9.47
Deposit Due On (50) Widebody Frames... ...... ........ . ... ...........$1641.00
Deposit Due On (50) Economy Frames. ... . . . . . ... .. $797.50

Balance Due This Invoice . . . ... ....     $3,498.32

Inventory as of 01/17/03:
Widebody Frames (1) (17) Marker Faces (23) Chalk Faces
Desktop Frames (16) (20) Faces
Economy Frames (0) (34) Marker Faces (26) Chalk Faces
Tabletop Frames (28) (28) Faces



DEFENDANT'S EXHIBIT
I

Jan 24 03 12:54p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 01/24/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432



CK NO  DATE 1/29
2600

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 01/18/03 thru 01/24/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 1/17/03 | (2)A165 | 1/23 | $22.24 |
| Exhibit Order | (1)A165 | 1/23 | $12.06 |
| 294555 | (1)A175 | 1/23 | $17.60 |
| 294555 | (1)A153 | 1/23 | $45.70 |
| 128 | (8)A103 | 1/24 | $90.00 |

Balance Due On (8) Alice's Home Frames at $32.82 each... ... .......... .$262.56
Balance Due On (3) Desktop Frames at $13.84 each... ...........   .   $41.52
Balance Due On (1) Tabletop Frame at $15.78.   ... . .  .  . ... ....$15.78
Balance Due On (1) Economy Frame at $15.95 ............. ........ ... ...$15.95

Total Due This Invoice...... . . ............. ............ ... .$523.41

Hi Bill & Melissa,

FYI, we have depleted all of our stock on the leg braces. We do have a company who will custom manufacture these braces, however at a much higher cost. They would run approximately three times more than what we use to pay. We have been looking and still are looking for a supplier for these and if you have anything to offer please let us know. I look forward to hearing back.

Doug



PAID
CK NO    DATE
2438    3/11

# Billing Invoice

Date: 02/28/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 01/25/03 thru 02/28/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | | Charges |
|---|---|---|---|---|
| 110629 | (1)A165 | 2/5 | | $14.44 |
| 349010 | (1)A150 | 2/5 | | $31.56 |
| 708009 | (1)A153 | 2/5 | | $31.56 |
| Alice's Home | (1)A165 | 2/8 | Next Day Air | $64.40 |
| 130072 | (2)A175 | 2/26 | Call Backs | $36.98 |
| Exhibit | (3)A165 | 2/26 | | $43.32 |
| ""''''''' | (1)A175 | 2/26 | | $16.61 |
| ""''''''' | (1)A104 | 2/26 | | $31.97 |
| 66578 | (3)A104 | 2/26 | | $87.69 |
| 66578 | (3)A150 | 2/26 | Call Backs | $102.69 |

Balance Due On (4) Alice's Home Frames at $32.82 each............................$131.28
Balance Due On (2) Economy Frames at $15.95 each.................................$31.90
Balance Due On (5) Desktop Frames at $13.84 each................................$69.20
Balance Due On (1) Tabletop Frame at $15.78......................................$15.78
Balance Due From 1/24/03 invoice................................................$9.00

Total Due This Invoice...........................................$718.38

# Billing Invoice

Date: 03/27/03

WoodShack Inc
2119 Maple Rd.
Joliet, IL 60432

*PD 4/7/03*

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH 43231

Hello Bill, Alice, & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 03/01/03 thru 03/27/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| Gunter | (1)A106 | 3/17 | $32.71 |
| 115-0123 | (1) 106 Marker Face | 3/17 | $18.56 |
| 349318 | (1)A110 | 3/24 | $36.85 |
| 57166 | (3)A165 | 3/24 | $47.64 |
| 0060592 | (1)A104 | 3/24 | $30.33 |
| 8000203184 | (1)A106 | 3/24 | $36.59 |
| 3140157 | (1)A150 | 3/24 | $36.59 |
| 129300 | (1)A104 | 3/24 | $41.71 |
| PDO3E27000190 | (2)A165 | 3/27 | $31.76 |
| Wedd | (1)A175 | 3/27 | $16.82 |
| 502066 | (2)A165 | 3/27 | $31.76 |
| N/A | (3)A100 | 3/31 | $140.55 |
| 327728 | (1)A100 | 3/31 | $36.59 |
| 0531-0318 | (1)A103 | 3/31 | $30.38 |
| 6032056 | (1)A104 | 3/31 | $36.59 |

*605.48*

Due On (10) Alice's Home Frames at $32.82 each................................. $328.20
Due On (1) Tall Alice's Home Frame at $32.82....................................$32.82
Due On (1) Economy Frame at $15.95.............................................$15.95
Due On (1) Tabletop Frame at $15.78............................................$15.78
Due On (7) Desktop Frames at $13.84 each.......................................$96.88
Due On (5) Temp. Mas Faces at $9.57 each.......................................$47.85
Deposit Due On (50) Desktop Frames............................................$692.00

Total Due This Invoice............................$1,834.96

# Billing Invoice

Date: 04/25/03

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice, & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 03/28/03 thru 04/25/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 35164 | (1)A150 | 4/9 | $30.38 |
| G(T1)-197 | (2)A103 | 4/9 | $83.42 |
| 113278 | (2)A165 | 4/23 | $30.88 |
| Kleepbua | (1)A104 | 4/23 | $27.55 |
| 239525 | (5)A100 | 4/23 | $30.00 |
| 239526 | (5)A100 | 4/23 | $30.00 |
| 16626 | (2)A100 | 4/23 | $73.18 |
| 04813233 | (1)A103 | 4/23 | $41.71 |
| 04813233 | (1)A175 | 4/23 | $18.13 |

Due On (16) Alice's Home Frames at $32.82 each ..................$525.12
Due On (1) Economy Frame.....................................................$15.95
Due On (1) Tabletop Frame.....................................................$15.78
Due On (2) Desktop Frames at $13.84 each ...........................$27.68
Due On (15) Temp.Mas Faces at $9.57 each...........................$143.55

Total Due This Invoice...........................................$1,093.33

Faces in stock:
Desktop (52)
Marker Widebody (57)
Chalk Widebody (3)
Econo Chalk (20)
Econo.Marker (26)

PD 5/1/03




# Billing Invoice

Date: 06/19/03

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 06/10/03 thru 06/19/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 141-00015349 | (12)A150 | 6/16 | $79.00 |
| Wedd | (5)Leg Braces | 6/16 | $8.65 |
| 84879 | (10)A106 | 6/18 | $70.00 |
| 1-ins | (1)A106 | 6/18 | |
| 1-ins | (2)A104 | 6/18 | $98.13 |
| Mount Daniel | (1)Chalk Face | 6/18 | $19.38 |

Due On (8) Alice's Home Frames at $32.82 each........ ... .. ............ $262.56
Due On (5) Alice's Home Frames at $37.76. ............ .. .. ...$188.80
Due On (12) Economy Frames at $15.95 each... ........ ............. .. ... $191.40
Balance Due From Previous Invoice.... ..... .. ...................... .. .. ...$4,628.40

Total Due This Invoice... .. ............... ....... . .. ............ .....$5,546.32

Jun 10 03 12:23p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 06/09/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH 43231

Hello Bill, Alice,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 05/30/03 thru 06/09/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 03-0265902 | (2)A106 | 6/03 | $73.18 |
| 305113 | (1)A100 | 6/03 | $3038 |
| 51016 | (1)A100 | 6/03 | $32.71 |
| Alice's Home | (30)A111 | 6/09 | $50.31 |
| 21402 | (25)A111 | 6/09 | $38.84 |

Due On (4) Alice's Home Frames at $32.82 each..................................$131.28
Due On (55) Lapstands...................................................$1496.00
Due On (2) Temp.Mas.Faces at $9.57 each...............................$19.14
Deposit Due On (50) Alice's Home Frames at $37.76each.............$1888.00
Due From Previous Invoice...........................................$868.56

Total Due This Invoice............................$4,628.40

May 29 03 03:27p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 05/29/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice,
    Hope things are going well for all of you. The following is a breakdown of the charges incurred from 04/26/03 thru 05/29/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 307669 | (14)A108 | 5/14 | $137.00 |
| 155658 | (1)A104 | 5/27 | $46.85 |
| Walker | (2)A165 | 5/27 | $31.76 |
| 303210 | (1)A175 | 5/27 | $14.94 |
| 33642 | (1)A110 | 5/27 | $40.88 |
| 087971 | (1)A165 | 5/27 | $14.71 |

Due On (1) Alice's Home Frame at $32.82........ . . ...... .... ..... ......$32.82
Due On (15) Tall Widebody Frames at $32.82 each............... ...........$492.30
Due On (3) Desktop Frames at $13.84 each ... .. . ...... .. ......... .......$41.52
Due On (1) Tabletop Frame at $15.78................................ . .......$15.78

Total Due This Invoice.......... . .. ...... . .. ........$868.56

Hi Bill,
    Your dry erase stands will be in production next week. They should be ready for delivery by weeks end or the first of the following week. Hope things are going well.

Doug

WoodShack Inc.                    815 722-3683                    p.1

# Billing Invoice

Date: 07/16/03

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice,
   Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 06/20/03 thru 07/16/03. As always your prompt attention to this matter is
greatly appreciated. Please give Bill our best.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| ✓ 270621 | (12)A165 | 7/16 | $185.16 |
| ✓2003002492 | (2)A165 | 7/16 | $29.88 |
| ✓100761 | (1)A165 | 7/16 | $15.88 |
| ✓pymt enclosed | (2)A165 | 7/16 | $31.76 |
| ✓56658 | (7)A153 | 7/16 | $67.00 |
| ✓089609 | (1)A165 | 7/16 | $14.71 |
| ✓209181 | (1)A165 | 7/16 | $15.88 |
| ✓431028 | (2)A104 | 7/17 | $65.42 |
| ✓329538 | (8)A104 | 7/17 | $75.00 |
| ✓16989 | (3)A150 | 7/18 | $91.14 |
| ✓100869 | (1)A150 | 7/18 | $30.38 |

Due On (10) Alice's Home Frames at $37.76 each........................ ......... ....$377.60
Due On (19) Desktop Frames at $13.84 each........................ .... .........$262.96
Due On (11) Economy Frames at $15.95 each... ... ............ ... .. ...$175.45
Deposit Due On (50) Economy Frames.... .............................. .. ...... . ...$917.00

Total Due This Invoice...... . ............... ....$2,355.22

Hi Alice,
     You need to order Marker Economy Faces as well as Widebody Marker and Chalk.
Thanks
Doug

pd 7/18/03

WoodShack Inc.                    815 722-3683                    p.1

# Billing Invoice

Date: 08/15/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432



To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice,

   Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 07/17/03 thru 08/15/03  As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
| --- | --- | --- | --- |
| 2162 | (10)A100 | 8/14 | $75.00 |
| 2150 | (1)A100 | 8/14 | $27.55 |
| 400634 | (5)A100 | 8/14 | $182.95 |
| 81570100 | (1)A100 | 8/14 | $32.71 |
| 401398 | (2)A100 | 8/14 | $73.18 |
| 401103 | (3)A106 | 8/14 | $109.77 |
| 040362 | (1)A106 | 8/14 | $32.71 |
| 2296 | (6)A103 | 8/14 | $165.30 |
| 104 | (2)A103 | 8/14 | $83.42 |
| 00514015 | (1)A103 | 8/15 | $41.71 |
| 0400299 | (4)A104 | 8/15 | $146.36 |
| 46292 | (2)A104 | 8/15 | $60.76 |
| 24001255-00 | (1)A165 | 8/15 | $15.88 |
| 03-250 | (1)A165 | 8/15 | $15.88 |
| 9334 | (3)A165 | 8/15 | $44.13 |

Due On (38) Alice's Home Frames at $37.76 each. ... .... ... .........$1434.88
Due On (5) Desktop Frames at $13.84 each........................... ................$69.20
Due On (28) Temp.Mas.Faces at $9.47 each . ... ...................... .... ...$265.16
Deposit Due On (50) Alice's Home Frames........... ....................................... $1888.00

Total Due This Invoice.. .................. .......    $4,764.55

WoodShack Inc.                    815 722-3683              p. 1

# Billing Invoice

Date: 08/28/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill, Alice,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 08/16/03 thru 08/28/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|-----|--------|---------|---------|
| ✓ N/A Campobello | (1)A165 | 8/25 | $15.44 |
| ✓ PD04E77100018 | (1)A165 | 8/25 | $15.44 |
| ✓ Credit Card Independent Elem. | (4)A165 | 8/25 | $61.76 |
| 15 ✓ | (1)A103 | 8/25 | $41.71 |
| ✓ 1031 | (4)A106 | 8/25 | $130.84 |
| ✓ 6601-04-WT | (1)A106 | 8/25 | $32.71 |
| ✓ 2561-FY04-136 | (1)A103 | 8/25 | $41.71 |

Due On (7) Alice's Home Frames at $37.76 each........ ...... .. ... .......$264.32
Due On (6) Desktop Frames at $13.84 each............. ... ..............$83.04
Due On (2) Temp.Mas.Faces at $9.47 each............. ........ .. ...... .$18.94
Balance Due From Previous 8/15 Invoice........ ......... .. ......$4,764.55    pd

Total Due This Invoice........ ........................ .$5,470.46    705.91

due

# Billing Invoice

Date: 09/12/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Alice & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 09/04/03 thru 09/12/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 04-01525 | (3)A104 | 9/12 | $109.77 |
| 04-01525 | (3)A165 | 9/12 | $47.64 |

Due On (3) Alice's Home Frames at $37.76 each........................................$113.28
Due On (3) Desktop Frames at $13.84 each............................................$41.52
Due From 9/03 Invoice.....................................................................$1,311.72


Total Due This Invoice.........................................$1,623.93



Have A Great Week,

WoodShack Inc.                          815 722-3683          p.1

# Billing Invoice

Date: 09/03/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill, Alice,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 08/16/03 thru 08/28/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 100869 | (1)A150 | 8/29 | Pd.7/16 Inv. |
| 16989 | (3)A150 | 8/29 | Pd.7/16 Inv. |
| 23069 | (1)A153 | 8/29 | $36.59 |
| 17436 | (1)A150 | 8/29 | $30.38 |
| 56859 | (2)A153 | 8/29 | $65.42 |
| 56859 | (2)A165 | 8/29 | $30.88 |
| 29402 | (1)A100 | 9/02 | $30.38 |
| 08/26/03 | (1)A100 | 9/02 | $32.71 |
| 091772 | (1)A165 | 9/02 | $14.71 |
| 091772 | (1)A106 | 9/02 | $27.55 |

Due On (3) Alice's Home Frames at $37.76............................................$113.28
Due On (4) Economy Frames at $18.34 each...........................................$73.36
Due On (3) Desktop Frames at $13.84 each............................................$41.52
Due On (2) Temp.Mas.Faces at $9.47 each............................................$18.94
Deposit Due On (50) Desktop Frames.................................................$796.00
Balance Due From 8/28 Invoice.....................................................$705.91

Total Due This Invoice.........................................$2,017.63

Hi Melissa and Alice,
   F.Y.I.
You need to order Widebody marker faces. You currently have three in stock.
You also need to order Desktop faces.

Thanks,
Doug

WoodShack Inc.                    815 722-3683              p.1

# Billing Invoice

Date: 10/10/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill & Melissa,
   Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 09/13/03 thru 10/10/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|-----|--------|---------|---------|
| 41237 | (4)A106 | 10/09 | $146.36 |
| 04-01527 | (2)A104 | 10/09 | $73.18 |
| 04-01527 | (2)A165 | 10/09 | $31.76 |
| 401632 | (2)A100 | 10/09 | $73.18 |
| 04-01526 | (2)A104 | 10/09 | $73.18 |
| 04-01526 | (2)A165 | 10/09 | $31.76 |
| 32598 | (1)A106 | 10/09 | $32.71 |
| 04-01524 | (7)A104 | 10/10 | $70.00 |
| 04-01524 | (7)A165 | 10/10 | |
| 100303 | (1)A165 | 10/10 | $15.44 |
| 07725 | (1)A110 | 10/10 | $46.29 |
| Sandy | (1)A110 | 10/10 | $46.29 |

Due On (18 Alice's Home Frames . . .. .... ....... .. ........  $679.68
Due On (2) Tall Widebody Easels............. ......... ... ........$75.52
Due On (12) Desktop Frames. ....... ... ................ . ;....$166.08
Due On (2) Temp Mas Faces . ... ....... ... ........ . . . ...$18.94
Deposit On (50) Alice's Home Frames . ......... ....      $1888.00

Total Due This Invoice  .. .......... . ............. .......$3,468.37

Note: We need more Widebody Marker faces.

# Billing Invoice

Date: 10/17/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH 43231

Hello Bill & Melissa,
   Hope things are going well for all of you.  The following is a breakdown of the charges
incurred from 10/11/03 thru 10/17/03  As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 81-71101 | (1)A100 | 10/17 | $31.56 |
| 401720 | (1)A100 | 10/17 | $35.44 |
| 138694 | (3)A106 | 10/17 | $87.69 |
| 241926 | (1)A100 | 10/17 | $35.44 |
| 401857 | (1)A106 | 10/17 | $35.44 |
| 040362 | (1)A106 | 10/17 | $31.56 |

Due On (8) Alice's Home Frames ..................................................$302.08
Due On (3) Temp.Mas.Faces .......................................................$28.41
Due From 10/10/03 invoice...........................................................$3,468.37

Total Due This Invoice ................................................$4,055 99

WoodShack Inc.                    815 722-3683              p.1

PO 12/9/03

# Billing Invoice

Date: 11/24/03

WoodShack Inc
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH 43231

Hello Bill & Melissa,

Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 10/18/03 thru 11/24/03. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| Taylor | A110 Hdwpac | 10/20 | N/C |
| ✓ 120433 | (1)A175 | 11/04 | $22.96 |
| ✓ 00000155 | (25)A111 | 11/06 | $28.81 |
| ✓ 34718 | (1)A106 | 11/21 | $36.59 |
| ✓ """""" | (1)A100 | 11/21 | $36.59 |
| ✓ 88081 | (3)A106 | 11/21 | $109.77 |
| ✓ 401881 | (2)A100 | 11/21 | $73.18 |
| ✓ 44021 | (1)A100 | 11/21 | $36.59 |
| ✓ 000764 | (1)A100 | 11/21 | $32.71 |
| ✓ 401980 | (1)A100 | 11/21 | $36.59 |
| ✓ 401978 | (1)A100 | 11/21 | $36.59 |
| ✓ 401977 | (2)A100 | 11/21 | $73.18 |
| 29402 | (1)A100 | 11/21 | $30.38 |
| ✓ Macomber | (1)A106 | 11/24 | $36.59 |
| ✓ 402072 | (1)A100 | 11/24 | $36.59 |
| ✓ 144627 | (1)A100 | 11/24 | $36.59 |
| ✓ 04-02523 | (1)A104 | 11/24 | $36.59 |
| | (1)A165 | 11/24 | $15.88 |
| ✓ 04-02522 | (1)A104 | 11/24 | $36.59 |
| | (1)A165 | 11/24 | $15.88 |
| ✓ 04-02521 | (1)A104 | 11/24 | $36.59 |
| | (1)A165 | 11/24 | $15.88 |
| ✓ 04-02520 | (1)A104 | 11/24 | $36.59 |
| | (1)A165 | 11/24 | $15.88 |
| ✓ 04-02519 | (1)A104 | 11/24 | $36.59 |
| | (1)A165 | 11/24 | $15.88 |

DAMAGE REPLACEMENT (handwritten note beside 29402)

WoodShack Inc.                  815 722-3683          p.2

| √ 04-02524 | (1)A104 | 11/24 | $36.59 |
| | (1)A165 | 11/24 | $15.88 |

Due On (23) Alice's Home Frames .. ..... ...... .. ... .. ..... ...$868.48
Due On (6) Desktop Frames . . ........... .. . .... ... ............. . .$95 52
Due On (1) Tabletop Frame. ........ . ...... .... ....... .............$15.78
Due On (25) A111 Standboards ....................................... . ......$680.00
Due On (12) Temp Mas Faces................... ...................... .....$113 64

Total Due This Invoice...... . ......... .. . ...    ..$2,751 95

Exhibit J

WoodShack Inc.                    815 722-3683                    p.1

# Billing Invoice

Date: 12/23/03

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

*PD 1/21/04*

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH  43231

Hello Bill & Melissa,

Hope things are going well for all of you  The following is a breakdown of the charges
incurred from 11/25/03 thru 12/23/03  As always your prompt attention to this matter is
greatly appreciated.

Thanks,
Doug

| PO#          | Easels   | Shipped | Charges  |
|--------------|----------|---------|----------|
| 006349004-349 | (1)A110  | 12/02   | $32.71   |
| 18555        | (6)A106  | 12/15   | $219.54  |
| Carol Levine | (1)A165  | 12/15   | $15.88   |

Due On (1) Tall Widebody. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $37.76
Due On (6) Alice's Home Frames . . . . . . . . . . . . . . . . . . . . . . . $226.56
Due On (1)A165 Desktop Frame . . . . . . . . . . . . . . . . . . . . . . . $15.92

Balance Due This Invoice. . . . . . . . . . . . . . . . . . . . . $548.37

Hope your doing well and may God bless you for the Holidays
Merry Christmas to All of you

Doug



DEFENDANT'S EXHIBIT

J

Feb 23 04 03:38p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 02/24/04

WoodShack Inc
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH 43231

Hello Bill & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges incurred from 02/07/03 thru 02/24/04. As always your prompt attention to this matter is greatly appreciated

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 402606 | (6)A100 | 2/12 | $223 38 |
| Due On (6) Alice's Home Frames | | | $453.12 |
| Due On (6) Temp.Mas.Faces | | | $56.82 |
| Due From 02/06/04 Invoice | | | $4,712 45 |

Total Due This Invoice............................$5,445 77

*2033 PD 2/26/04*

*3445.77 BALANCE PD 3/6/04*

# Billing Invoice

Date: 02/06/04

WoodShack Inc
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH 43231

Hello Bill & Melissa,
   Hope things are going well for all of you. The following is a breakdown of the charges
incurred from 12/24/03 thru 02/06/04. As always your prompt attention to this matter is
greatly appreciated

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 58418 | (2)A175 | 1/19 | $46.68 |
| 35114 | (1)A104 | 1/19 | $33.27 |
| 17300 | (5)A106 | 1/22 | $186.15 |
| Exhibit | (1)A108 | 1/28 | $34.63 |

Due On (2) Tabletop Frames........................................................ $31.56
Due On (16) Widebody Frames.................................................... $604.16
Deposit Due On (50) Alice's Home Frames.................................. $1888.00
Deposit Due On (50 Tall Widebody Frames ................................ $1888.00
Total Due This Invoice................................ $4,712.45

Inventory

| Frames | | Faces |
|---|---|---|
| 46 Economy Frames | 843.64 | 45 Desktop |
| 45 Desktop Frames | 755.55 | 22 Tabletop |
| 22 Tabletop Frames | 513.48 | 31 Widebody Marker |
| 0 Widebody Frames | | 10 Widebody Chalk |
| 0 Tall Widebody Frames | | 18 Economy Marker |
| | | 35 Economy Chalk |

# Billing Invoice

Date: 07/07/04

WoodShack Inc.
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH 43231

Hello Bill & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 03/31/03 thru 07/07/04. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| Smith | (1)A165 | 5/3 | $16.05 |
| Beth | (2)A165 | 5/3 | $32.56 |
| 122299 | (1)A175 | 5/6 | $23.87 |
| 122299 | (1)A100 | 5/6 | $34.27 |
| 365 | (1)A165 | 5/3 | $17.80 |
| 46509 | (5)A100 | 5/6 | $196.15 |
| 316796 | (5)A165 | 5/3 | $81.40 |
| 126712 | (1)A165 | 7/6 | $16.79 |
| 90588 | (10)A106 | 7/6 | $95.00 |
| 2004002786 | (5)A165 | 7/6 | $81.40 |
| 1A04-090 | (2)A104 | 7/6 | $86.90 |
| 027673 | (8)A103 | 7/6 | $81.00 |
| 042980 | (1)A110 | 7/6 | $31.90 |
| 141-00007732 | (1)A150 | 7/6 | $34.27 |
| 050103 | (1)A175 | 7/6 | $23.00 |

Due On (26) Alice's Home Frames........................................ $981.76
Due On (1) Tall Widebody Frame........................................ $37.76
Due On (1) Economy Frame............................................. $18.34
Due On (2) Tabletop Frames............................................ $31.50
Due On (15) Desktop Frames........................................... $238.80
Due On (14) Temp Mas.Faces.......................................... $154.00

Total Due This Invoice ..............................  $2,314.52

PD 7/26/04

Apr 02 08 02:58p    WoodShack Inc.    815 722-3683    p.1

# Billing Invoice

Date: 03/30/04

WoodShack Inc.
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus,OH. 43231

Hello Bill & Melissa,
   Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 02/25/03 thru 03/30/04  As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| Alice's | (1)A150 | 3/09 | $31.90 |
|  | (1)A165 | 3/09 | $16.28 |
| 58743 | (2)A165 | 3/10 | $33.58 |
| 122826 | (1)A165 | 3/10 | $16.79 |
| osterholtz | (1)A165 | 3/10 | $15.28 |
| 1945 | (1)A175 | 3/23 | $18.34 |
| All Saints | (1)A165 | 3/26 | $16.28 |
| 0043013 | (2)A165 | 3/29 | $32.56 |

Due On (8) Desktop Frames...................................$127.36
Due On (1) Tabletop Frame...................................$15.76
Due On (1) Economy Frame...................................$18.34

Total Due This Invoice................    $343.47

PD 4/12/04

# Billing Invoice

Date: 07/27/04

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH  43231

Hello Bill & Melissa,

    Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 07/08/03 thru 07/27/04. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 09967 | (1)A165 | 7/20 | $16.79 |
| 101251 | (1)A175 | 7/20 | $25.97 |
| 0507013 | (1)A150 | 7/20 | $34.27 |
| 403135 | (1)A100 | 7/20 | $38.23 |
| 2035 | (1)A165 | 7/26 | $16.28 |
| 80-0882 | (1)A165 | 7/26 | $16.79 |

Balance Due On (1) Alice's Home Frame ................................................$37.76
Balance Due On (1) Tabletop Frame...................................................$15.75
Balance Due On (1) Economy Frame.................................................$18.34
Balance Due On (3) desktop Frames...............................................$47.76
Balance Due On (1) Temp.Mas Face .................................................$11.00
Balance Due From 07/07/04 Invoice. ...........................................$2,314.52

    Total Due This Invoice ...........................$2,593.46

# Billing Invoice

Date: 08/09/04

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432


To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill & Melissa,

Hope things are going well for all of you   The following is a breakdown of the charges incurred from 07/28/04 thru 08/09/04. As always your prompt attention to this matter is greatly appreciated

Thanks,
Doug

| PO# | Easels | Shipped | | Charges |
|-----|--------|---------|---|---------|
| 871487 | (4)A150 | 8/3 | | $137.08 |
| 403135 | (1)A100 | 8/4 | Damage Return | N/C |
| 92730 | (2)A100 | 8/4 | | $76.46 |
| 501573 | (1)A108 | 8/6 | | $48.88 |
| 501572 | (1)A108 | 8/6 | | $48.88 |
| 0601Office | (3)A103 | 8/6 | | $114.69 |
| 38717 | (1)A104 | 8/9 | | $34.27 |

Due On (7) Alice's Home..... .... .... ....... .... ........ .....$264.32
Due On (4) Economy Frames.... ..... ..... ....... ..... .......$73.36
Due On (2) Tall Widebody...... ..... .... .... .... ...... ... ...$75.52
Due On (6) Temp. Mas  faces. .. ....... .... ........ ........ ...$66.00
Due On (25) Lapstands. ..... .............. ....... ...... ........$850.00

Total Due This Invoice. .. .... ........ ... ........ ........ .. .  $1,789.46

# Billing Invoice

Date: 08/13/04

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH. 43231

Hello Bill & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 08/10/04 thru 08/13/04. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 09967 | (1)A165 | 8/11 | $16.79 |
| 0050412 | (4)A100 | 8/13 | $127.60 |
| Voris | (1)A100 | 8/13 | $31.90 |
| 04001587 | (1)A150 | 8/13 | $38.23 |

Due On (5) Alice's Home Frames.................$188.80
Due On (1) Desktop Frame.......................$15.92
Due On (1) Economy Frame.......................$18.34
Due On (5) Temp. Mas. Faces....................$55.00
Due from Previous Invoice......................$1,789.46

Total Due This Invoice.........................$2,282.04

PD 8/16/04

WoodShack Inc.                        815 722-3583                    p.1

# Billing Invoice

Date: 09/10/04

WoodShack Inc
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH 43231

Hello Bill & Melissa,
   Hope things are going well for all of you.  The following is a breakdown of the charges incurred from 08/14/04 thru 09/10/04  As always your prompt attention to this matter is greatly appreciated

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|-----|--------|---------|---------|
| 028024 | (4)A103 | 9/8 | $116.08 |
| 05000933 | (5)A106 | 9/8 | $171.35 |
| 06310031 | (1)A103 | 9/8 | $43.45 |
| 501884 | (1)A108 | 9/9 | $48.68 |
| 18127 | (3)A150 | 9/10 | $95.70 |

Due On (10) Alice's Home Frames. . . . . . . . . . . . . . . . . . . . . . . . . . . . $377.60
Due On (1) Tall Widebody Frame. . . . . . . . . . . . . . . . . . . . $37.76
Due On (3) Economy Frames . . . . . . . . . . . . . . . . . . . . . . . . . . $55.02
Deposit On (50) Alice's Home Frames. . . . . . . . . . . . . . . . . $1,888.00
Due On (5) Temp Mas Faces. . . . . . . . . . . . . . . . . . . . . . . . . . $55.00

Total Due This Invoice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,888.64

Hi Bill,
   Talked to DHL and it sounds promising. They state that they will and can ship your product. They are sending a rep. out next week. I also requested info from Fed-Ex and they too will send info next week.
Checked your inventory on chalk faces and you might want to order some. You have thirteen faces in stock as of now. Thanks and have a great weekend.

doug

PAID 9/10/04

65-65

WoodShack Inc.                        815 722-3683         P.1

# Billing Invoice

Date: 10/06/04

WoodShack Inc.
2119 Maple Rd.
Joliet, IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr.
Columbus, OH. 43231

Hello Bill & Melissa,

Hope things are going well for all of you. The following is a breakdown of the charges incurred from 09/11/04 thru 10/06/04. As always your prompt attention to this matter is greatly appreciated

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 40670 | (25)A111 | 9/21 | $26.94 |
| 05-01694 | (4)A104 | 10/04 | $153.72 |
|  | (4)A165 | 10/04 | $68.96 |
| 05-01695 | (1)A104 | 10/04 | $38.40 |
|  | (1)A165 | 10/04 | $17.24 |
| Beggrow | (1)A104 | 10/04 | $31.90 |
| 028114 | (2)A103 | 10/04 | $58.04 |
| 50000984 | (4)A165 | 10/05 | $68.96 |
| 130338 | (2)A165 | 10/05 | $33.58 |

Due On (8) Alice's Home Frames ................................$302.08
Due On (11) Desktop Frames ....................................$175.12
Due On (2) Temp. Mas Faces......................................$22.00

Total Due This Invoice ..........................................$996.97

PD 10/12/04

WoodShack Inc.                    815 722-3683              p.1

# Billing Invoice

Date: 11/05/04

WoodShack Inc
2119 Maple Rd.
Joliet, IL 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus,OH 43231

Hello Bill,
   Hope things are going well for you. The following is a breakdown of the charges incurred from 10/07/04 thru 11/05/04. As always your prompt attention to this matter is greatly appreciated.

Thanks,
Doug

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| 1400500030 | (1)A104 | 10/28 | $31.90 |
| 050463 | (1)A100 | 10/28 | $29.02 |
| Plummer | (1)A104 | 10/28 | $38.23 |
| 05-01697 | (2)A104 | 10/28 | $76.46 |
|  | (2)A165 | 10/28 | $35.60 |
| 05-01696 | (6)A104 | 10/28 | $229.30 |
|  | (6)A165 | 10/28 | $106.80 |
| 502631 | (1)A100 | 11/05 | $31.90 |
| 10966F | (1)A108 | 11/05 | $42.88 |
| 50094 | (1)A110 | 11/05 | $43.53 |

Due On (12) Alice's Home Frames ......................................$453.12
Due On (2) Tall Widebody Frames......................................$75.52
Due On (8) Desktop Frames...............................................$128.36
Due On (2) Temp.Mas.Faces ............................................$22.00
Deposit Due On (50) Desktop Frames ...............................$796.00

Total Due This Invoice ....................................................$2,139.62

Hi Bill,
Chalk Widebody Faces-(0) in inventory
Marker Widebody Faces-(11) in inventory
Sorry for the delay in billing. DHL still hasn't sent me a zoning chart so I used U P S. zoning chart which they state is very similar.

Thanks,

DONNA
516 937 6321
TRACKING NO. FOR DESK. 05-01697

Exhibit K

## Billing Invoice

Date 01/31/05

**WoodShack Inc.**
2119 Maple Rd.
Joliet. IL. 60432

To: Alice's Home
Attn: Bill Wedd
2784 Shady Ridge Dr
Columbus, OH. 43231

Hello Bill,
The following is a breakdown of the charges incurred from 11/16 thru 01/31/05. As always your prompt attention to this matter is greatly appreciated.

Thank You,
Kristin

*A058110  1 A104 - RECEIVED BY CUSTOMER*

| PO# | Easels | Shipped | Charges |
|---|---|---|---|
| Connell | (1) 100 | 11/16 | $38.23 |
| 05-01697 | (2) 165 | 01/25 | N/A |
| PD05E77100011 | (1) 165 | 01/25 | $16.79 |
| Wedd | (1) 165 | 01/25 | $16.28 |
| Todd | (1) 150 | 01/25 | $43.45 |
| 148267 | (1) 106 | 01/25 | $31.90 |
| 502427 | (1) 100 | 01/25 | $76.46 |
| 50005337 | (1) 165 | 01/25 | $17.24 |
| Coleman | (1) 104 | 01/25 | $34.27 |
| 4058110 | (1) 104 | 01/25 | $43.45 |

Due On (6) Alice's Home Frames ................................$226.56
Due On (5) Desktop Frames.........................................$79.60
Due On (1) Economy Frame...........................................$16.90
Due On (3) Temp, Mas. Faces........................................$33.00

Total Due This Invoice .............................................$674.15



DEFENDANT'S
EXHIBIT
K