CERTIFICATE OF SERVICE

I, Samuel T. Hirzel, hereby certify that on October 21st, 2005, I electronically filed AFFIDAVIT OF WILLIAM E. WEDD, which will send notification of such filing(s) to the following:

>Allen M. Terrell, Jr., Esq.
>Kelly E. Farnan, Esq.
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19899

_____
Samuel T. Hirzel, II (#4415)