IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) ) Civil Action No. 05-461-GMS ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| ALICE'S HOME, *et al.*, | |
| Defendants. | |

### PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF WILLIAM WEDD

Childcraft Education Corporation ("Childcraft") respectfully moves the Court for an Order striking the Affidavit of William Wedd (D.I. 26), which was filed with Defendants Alices Home and William Wedd's Motion to Dismiss. The Court should strike the affidavit because it may have the effect of changing Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) into a motion for summary judgment, and, at this state of the litigation, the parties are in no position to present all material pertinent to a motion for summary judgment.

The grounds for this motion are fully set forth in the Memorandum in Support of Plaintiff's Motion to Strike Affidavit of William Wedd, filed contemporaneously herewith.

RLF1-2942388-1

OF COUNSEL:
Mark S. Floyd
Christopher R. Johnson
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Tel: (216) 566-5500

Dated: November 4, 2005

/s/ Kelly E. Farnan
Allen M. Terrell, Jr. (#709)
(terrell@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Plaintiff
Childcraft Education Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> S. Mark Hurd, Esq.
> Samuel T. Hirzel, II, Esq.
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com