## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

The undersigned certifies that counsel for Childcraft Education Corporation has contacted counsel for Alice's Home and William Wedd (collectively, "Defendants") about the attached Motion and can advise the Court that Defendants are opposed to the relief sought in the Motion.

Kelly E. Farnan (#4395)
farnan@rlf.com