IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) | |
| | ) | Civil Action No. 05-461-GMS |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ALICE'S HOME, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

IT IS HEREBY ORDERED THIS _____ day of November, 2005 that Plaintiff's

Motion to Strike is GRANTED.


_____

UNITED STATES DISTRICT JUDGE