## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF WILLIAM WEDD** were caused to be served this 18th day of November, 2005 upon the following by electronic filing:

>Allen M. Terrell, Jr., Esq.
>Kelly E. Farnan, Esq.
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19899

_____
Samuel T. Hirzel, II (#4415)