IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHILDCRAFT EDUCATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-461-GMS |
| v. | ) ) | |
| ALICE'S HOME, et al., | ) ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that John L. Reed and Mark D. Olivere of Edwards Angell Palmer & Dodge LLP are substituted for Allen M. Terrell, Jr., Kelly E. Farnan and Richards, Layton & Finger, P.A. as counsel for Plaintiff Childcraft Education Corporation in the above-captioned matter.

 /s/ Allen M. Terrell, Jr.  
Allen M. Terrell, Jr. (#709)  
(terrell@rlf.com)  
Kelly E. Farnan (#4395)  
(farnan@rlf.com)  
Richards, Layton & Finger  
One Rodney Square  
920 King Street  
P.O. Box 551  
Wilmington, DE 19899  

Dated: November 28, 2005

 /s/ John L. Reed  
John L. Reed (#3023)  
(jreed@eapdlaw.com)  
Mark D. Olivere (#4291)  
(molivere@eapdlaw.com)  
Edwards Angell Palmer & Dodge LLP  
919 North Market Street  
Wilmington, DE 19801  
(302) 777-7770  

Dated: November 28, 2005