# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> S. Mark Hurd, Esquire
> Samuel T. Hirzel, II, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, Delaware 19899-1347

I hereby certify that on November 28, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

> James P. Connors, Esquire
> Law Offices of James P. Connors
> 221 South High Street
> Columbus, Ohio  43215

**EDWARDS ANGELL PALMER & DODGE LLP**

 /s/  John L. Reed
John L. Reed (Del. No. 3023)
Mark D. Olivere (Del. No. 4291)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
molivere@eapdlaw.com